1 | Matthew J. Preusch (CSB No. 298144)
2 | **KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
3 | (805) 456-1496, Fax (805) 456-1497
mpreusch@kellerrohrback.com
4 |
5 | ***Attorney for Plaintiff***
*[Additional counsel listed on signature page]*

6 |
7 | UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

8 |
9 | ROBERT BUETTNER on behalf of himself and all others similarly situated,

No. 8:21-cv-1057

**COMPLAINT – CLASS ACTION**

10 |                                    Plaintiff,
V.

**JURY DEMAND**

11 | HYUNDAI MOTOR AMERICA, INC.,
HYUNDAI MOTOR COMPANY, KIA
AMERICA, INC., AND KIA
CORPORATION,

12 |
13 |                                    Defendants.
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |

i

# **TABLE OF CONTENTS**

I.    INTRODUCTION ........................................................ 1

II.   PARTIES ................................................................. 4

    A.   Defendants. ...................................................... 4

    B.   Plaintiff. ........................................................... 5

III.  JURISDICTION AND VENUE ................................... 6

IV.  FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS ................... 7

    A.   Theta II 2.0L and 2.4L MPI Engines are Defective. ........................... 7

        1.   Defendants' Theta II MPI engines. ........................... 7

        2.   The Theta II MPI engine defect is a manufacturing and/or design defect that causes premature wear to crucial engine components and leads to safety hazards, like engine stalling and fires. ........................... 10

        3.   Widespread evidence of the Theta II MPI engine defect. ...... 12

            a.   NHTSA complaints evidence the defect. ................... 14

            b.   Defendants' recent insufficient recalls of Class Vehicles evidence the defect. ........................... 96

            c.   Defendants' recent TSB illustrates the nature of the defect. ................................................. 101

            d.   Defendants' Product Improvement Campaigns show evidence of the defect. ........................... 104

    B.   Defendants knew that the Theta II MPI engines were defective before the Class Vehicles were sold in the United States. ............... 105

        1.   Defendants' early testing revealed the Theta II MPI engines' defect across all Class Vehicles before any vehicles were sold in the United States. ........................... 105

        2.   Early NHTSA complaints gave Defendants knowledge of the defect. ........................................... 108

3.    Hyundai Defendants' 2015 Sonata recall targeting metal debris and engine component damage in related engines shows that Defendants knew about the defect no later than 2015. ...................................................................111

4.    Hyundai's 2017 Sonata and Santa Fe recall targeting metal debris and engine component damage in other vehicles shows Defendants knew about the defect in 2017. ........................................................................................113

5.    Kia's 2017 recall and subsequent TSBs targeting metal debris and engine component damage in other vehicles shows Defendants knew about the defect in 2017. ...............114

6.    Defendants' Product Improvement Campaigns for the same issues in other vehicles shows their knowledge of the defect. ...............................................................................115

C.    Defendants continued marketing and selling vehicles with defective Theta II MPI engines despite knowing about the defect. ...............................................................................116

V.    CLASS ACTION ALLEGATIONS .........................................................122

A.    Class Definitions. ..........................................................................122

B.    Class Certification Requirements. ................................................123

VI.    EQUITABLE TOLLING .........................................................................127

A.    Discovery Rule Justifies Tolling. .................................................127

B.    Fraudulent Concealment Justifies Tolling. ..................................128

C.    Estoppel Justifies Tolling. ............................................................128

VII.    CLAIMS FOR RELIEF ...........................................................................129

COUNT I  FRAUD BY CONCEALMENT (Common Law) ..................129

COUNT II  VIOLATIONS OF THE CALIFORNIA UNFAIR
    COMPETITION LAW Cal. Bus. & Prof. Code § 17200, *et seq.* ...132

COUNT III  VIOLATIONS OF THE CALIFORNIA FALSE
    ADVERTISING LAW Cal. Bus. & Prof. Code § 17500, *et seq.* ...134

iii

COUNT IV  VIOLATIONS OF THE CALIFORNIA CONSUMER
LEGAL REMEDIES ACT Cal. Civ. Code § 1750, *et seq.*..............136

COUNT VI  VIOLATIONS OF THE WASHINGTON CONSUMER
PROTECTION ACT Wash. Rev. Code § 19.86.010, *et seq.* .........139

VIII.  PRAYER FOR RELIEF ...........................................................................142

IX.    DEMAND FOR JURY TRIAL ...............................................................143

Plaintiff brings this action on behalf of himself and all others similarly situated, against the Hyundai Defendants, Hyundai Motor America, Inc. ("HMA"), and Hyundai Motor Company ("HMC"), and the Kia Defendants, Kia America, Inc. ("KA"), and Kia Corporation ("KCO")—collectively, "Defendants." Plaintiff alleges the following based upon information and belief, the investigation of counsel, and personal knowledge as the factual allegations pertaining to themselves.

## I.   INTRODUCTION

1.   Defendants' Theta II 2.0L and 2.4L multi-point injection or "MPI" engines are defective. The defect is the same across Defendants' vehicles equipped with Theta II MPI engines, including vehicles equipped with both 2.0L and 2.4L engines ("Class Vehicles"). On information and belief, Class Vehicles include both Hyundai and Kia vehicles, including the following model years: 2010–2012 Santa Fe, 2009–2010 Sonata, 2011–2016 Sonata Hybrid, and 2010–2013 Tucson, and 2009–2015 Genesis Coupe (the "Hyundai Class Vehicles"); 2010–2013 Forte, 2012–2013 Forte Koup, 2009–2016 Optima, 2011–2013 Optima Hybrid, 2011–2013 Sorento, and 2011–2013 Sportage (the "Kia Class Vehicles").[1]

2.   The Class Vehicles suffer from a manufacturing and/or design defect that leads to premature engine wear and damage. The defect is present in the engines when Defendants' vehicles are sold. Over time, the defect can result in damage to various

---

[1] Plaintiff anticipates that discovery may reveal additional models or model years and therefore expect that this list could evolve as the matter proceeds.

1   engine components, and, ultimately, lead to dangerous and unsafe driving conditions—

2   including possible engine stalls and fires—which are often signaled by the "knocking"

3   sound described by so many people in complaints filed with the National Highway

4   Traffic Safety Administration ("NHTSA").

5        3.     Engine stalls, fires, and damage to various relevant engine components in

6   vehicles equipped with Theta II MPI engines have been reported far and wide by

7   consumers, who have made hundreds if not thousands of relevant complaints to NHTSA.

8   Defendants have also issued numerous recalls, "Product Improvement Campaigns," and

9   Technical Service Bulletins ("TSBs"). These efforts demonstrate that Defendants have

10  long known about the existence of the defect but have attempted to conceal its true nature

11  and severity by offering piecemeal, incomplete fixes. On information and belief, it is

12  impossible to fully repair the defect and remove the risk of serious and dangerous engine

13  failures without completely replacing the defective engines, or entirely flushing them and

14  replacing damaged rotating parts.

15       4.     This is because Defendants' manufacturing process leaves metal debris (also

16  known as "swarf") in the engines and/or results in poorly machined engine components,

17  resulting in metal-on-metal contact in the rotating assembly of the engine and, ultimately,

18  creating a risk of catastrophic engine failure. So far, Defendants have not been able to fix

19  the defect, instead offering insufficient repair attempts.

20       5.     One such repair attempt involves updating vehicles' "Knock Sensor

21  Detection Systems" ("KSDS"). But on its own, the KSDS is nothing more than a canary

in a coal mine: it does nothing to repair the underlying causes of the defect or to prevent engine damage accruing over time, but merely detects the first sign of catastrophic failure once damage has already occurred. At most, this "fix" might prevent some failures or fires while driving, but only in engines that are already damaged and which will still need significant repair.

6.      Defendants knew about the presence of the defect before any of the Class Vehicles were sold (or resold) based on early high-mileage testing, early and overlapping NHTSA complaints, early warranty claims, and prior recalls for vehicles exhibiting the same symptoms and presenting the same safety risks to drivers. But rather than come clean and tell consumers the truth, Defendants marketed, sold, and leased vehicles they knew had defective engines even though the defect presents clear safety hazards.

7.      As a result of Defendants' deception, owners and lessees of Class Vehicles, like Plaintiff Buettner and other Class Members, have been injured in multiple ways, including: (1) paying more for defective, unsafe vehicles than they otherwise would have had Defendants' disclosed the defect; (2) paying for numerous repairs to the defective, unsafe vehicles, when the defect manifested outside the terms of Defendants' warranties or Defendants denied warranty coverage; and (3) suffering diminished value as a result of the growing public awareness of the defect.

## II.    PARTIES

**A.    Defendants.**

8.    Defendant Hyundai Motor America, Inc. ("HMA") is a manufacturer and
distributor of new motor vehicles under the Hyundai brand and is incorporated and
headquartered in the state of California. Its principal place of business is located at 10550
Talbert Avenue, Fountain Valley, California. HMA distributes, markets, leases, warrants,
and oversees regulatory compliance and warranty servicing of Hyundai brand vehicles
through a network of over 800 dealers throughout the United States, from its headquarters
in California. HMA also creates and distributes the warranties and other written materials
that accompany the sale and lease of Hyundai-branded vehicles throughout the United
States, and makes decisions concerning warranty coverage of customer vehicles when
problems arise.

9.    Defendant Hyundai Motor Company ("HMC") is a multinational auto
manufacturer with its headquarters in Seoul, South Korea. HMC controls and operates its
subsidiaries in the Hyundai Motor Group, which includes HMA, as well as Kia
Defendants. Activities of the Hyundai Motor Group include the design, manufacture, and
testing of the engines and vehicles at issue in this Complaint. Revenue from the
distribution and sale of Hyundai-branded vehicles in the United States flows from HMA
to its corporate parent, HMC.

10.    Defendant Kia America, Inc. ("KA") is a manufacturer and distributor of
new motor vehicles under the Kia brand and is incorporated and headquartered in the

state of California. Its principal place of business is located at 111 Peters Canyon Road, Irvine, California. KA markets, leases, warrants, and oversees regulatory compliance and warranty servicing of Kia-brand vehicles through a network of over 700 dealers throughout the United States from its headquarters in California. KA also creates and distributes the warranties and other written materials that accompany the sale and lease of Kia-branded vehicles throughout the United States, and makes decisions concerning warranty coverage of customer vehicles when problems arise.

11.     Defendant Kia Corporation ("KCO") is a multinational auto manufacturer with its headquarters in Seoul, South Korea. It is the corporate parent of Kia Motors America, Inc. and is a part of the Hyundai Motor Group. Defendant HMC has an ownership interest in KCO. Revenue from the distribution and sale of Kia-branded vehicles in the United States flows from KA to its corporate parent, KCO.

**B.     Plaintiff.**

12.     Plaintiff Robert Buettner is a resident of Lacey, Washington. He purchased a new 2012 Santa Fe with a 2.4L Theta II MPI engine on July 30, 2012, for $24,231 from Titus Will Hyundai in Olympia, Washington. Plaintiff Buettner's Santa Fe is a Class Vehicle equipped with the defective engine.

13.     Through his exposure and interaction with Hyundai, Plaintiff was aware of Hyundai's uniform and pervasive marketing message of dependability and safety, which is a primary reason he purchased his Class Vehicle. However, despite touting the safety and dependability of the Class Vehicles, at no point did Hyundai disclose the engine

defect to him. Had Defendants disclosed the engine defect and safety risks it poses, including the risk of stalling or fire, Plaintiff would not have leased or purchased the vehicle or would have paid considerably less for it. In fact, Defendants continue to conceal the truth about the engine defect to this day.

14.    Plaintiff regularly services the vehicle but is now concerned about driving it due to the dangers resulting from the defect and believes that its market value has been diminished as a result of the defect.

## III.    JURISDICTION AND VENUE

15.    This Court has subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d), because the putative class numbers more than 100, the aggregate amount in controversy exceeds $5,000,000 excluding costs and interest, and at least one plaintiff and one defendant are citizens of different states. This Court has supplemental jurisdiction over the state law claims alleged herein pursuant to 28 U.S.C. § 1367.

16.    This Court has general personal jurisdiction over Defendants because the American defendants, HMA and KA, which act as the Korean parents' companies agents in the United States, have corporate headquarters and offices located in this judicial district, and all Defendants conducted substantial business in this judicial district and intentionally and purposefully placed Class Vehicles into the stream of commerce within the state of California and throughout the United States.

17.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in and emanated from this District.  Defendants have marketed, advertised, and sold the affected vehicles in this District, and otherwise conducted extensive business in this District.

## IV.     FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

**A.     Theta II 2.0L and 2.4L MPI Engines are Defective.**

**1.     Defendants' Theta II MPI engines.**

18.     In a multi-point injection or "MPI" engine, every engine cylinder has its own fuel injector, which, when directed, injects fuel into open intake valves, where the fuel is combusted in the engine.

19.     Defendants' Theta II MPI engine, which exists in both 2.0L or 2.4L variants, works as follows: Fuel is injected into the engine at multiple points, where it is combusted, driving the engines' pistons as part of a four-stroke sequence that includes an intake stroke, a compression stroke, a power stroke, and an exhaust stroke. Here is a picture of the outside of the 2.4L Theta II used in Defendants' vehicles:

1
2
3
4
5
6
7
8
9
10



11
12

20.     Each of the engine's four pistons are connected to a crankshaft via a

connecting rod, which has a large bearing at the end opposite the piston:

13
14
15
16
17
18
19
20



21

21.     When the pistons combust fuel, the connecting rod moves up and down, rotating the crankshaft and generating the power that is ultimately sent to the wheels. During normal vehicle operation, the crankshaft can rotate thousands of times per minute:



22.     The rods connect to the crankshaft at the bearings, and the metal surfaces of the crankshaft and bearings are lubricated by engine oil. These metal parts comprise the main moving parts—often called the rotating assembly—of the engine.

23.     Defendants' recent recalls have specifically identified the following Class Vehicles as having Theta II MPI engines:

| Recall No. & Date | Vehicles & Theta II MPI Engines |
|---|---|
| 20V746000 12/1/2020 | 2012 Hyundai Santa Fe (2.4L Theta II MPI)<br><br>2011-2013 and 2016 Hyundai Sonata Hybrid (2.4L Theta II MPI) |
| 20V75000 12/2/2020 | 2012-2013 Kia Sorento (2.4L Theta II MPI)<br><br>2012-2015 Kia Forte (2.4L Theta II MPI) and Forte Koup (2.4L Theta II MPI)<br><br>2011-2013 Kia Optima Hybrid<br><br>2012 Kia Sportage (2.4L Theta II MPI) |

24.     Additionally, on information and belief, all the Class Vehicles also have Theta II MPI engines, although discovery may reveal that additional models or model years also come equipped with relevant engines.

**2.      The Theta II MPI engine defect is a manufacturing and/or design defect that causes premature wear to crucial engine components and leads to safety hazards, like engine stalling and fires.**

25.     Defendants manufacture their Theta II MPI engines in multiple locations, including one in the United States. But Hyundai Defendants' recent recall, No. 20V746000, indicates that many of the defective MPI engines were manufactured in the Republic of Korea, and some of them by KCO:

| Recall No. & Date | Vehicles & Engines | Production Dates & Locations for Class Vehicles |
|---|---|---|
| 20V746000 12/1/2020 | 2012 Hyundai Santa Fe (2.4L Theta II MPI)  2011-2013 and 2016 Hyundai Sonata Hybrid (2.4L Theta II MPI) | **Santa Fe:** 1/10/2012 to 7/3/2012; Hyundai Motor Manufacturing Alabama and Kia Motor Company in the Republic of Korea.  **Sonata Hybrid:** 6/2/2010 to 12/17/2013; Hyundai Motor Company in the Republic of Korea. |

26.     Regardless of the manufacturing location, Defendants' engine manufacturing process creates defective Theta II MPI engines because it (1) leaves metal debris, or swarf, in various parts of the engine, including various engine passageways, and/or (2) poorly machines various components of the engine's rotating assembly, such as the crank or cam shafts. The consequence is metal shavings and damage throughout

the engine. This defect is present when the vehicles are manufactured and before they are sold.

27.    The manufacturing and/or design defect in the Theta II MPI causes, during normal vehicle operation, early engine wear and damage to multiple engine components. The metal debris resulting from the defect circulates throughout the engine, scratching various parts and creating buildup and blockages along the way, while also damaging adjacent systems, like the oil pump or catalytic converter:[2]



---

[2] *What Causes a Catalytic Converter to Fail?*, Viper Motorsports (Aug. 3, 2017, 5:49 AM), https://www.vipermotorsports.com/About/News/articleid/67/what-causes-catalytic-converters-to-fail.

Damaged catalytic converters can put back-pressure on the engine, leading to reduced

engine power and, potentially, stalling, among other issues.

28.    Similarly, the poorly machined components generate more contact and/or

friction than they otherwise should, damaging points of contact and generating excess

heat and swelling.

29.    Both situations—swarf and poorly machined components—can and often do

cause engine hesitations and/or stalls (frequently reported to NHTSA about these

engines), and even potentially engine fires, when the issue becomes so bad that one part

of the engine actually punctures the engine block, causing hot oil and/or fuel to spill out

of the engine onto hot surfaces, and ignite in flame.

30.    Both situations are also clearly indicated by the "knocking" sound identified

in so many NHTSA complaints related to Defendants' engines, as detailed below. No

wonder Defendants' proposed "fix" for the MPI engines is an update to the knock sensor

software—but updating KSDS software doesn't actually address or fix the defect and the

risks it poses to driver safety.

### 3.    Widespread evidence of the Theta II MPI engine defect.

31.    The evidence of the Theta II MPI engine defect is present throughout the

hundreds and thousands of NHTSA complaints, Defendants' existing recalls and

"Product Improvement Campaigns" related to certain Class Vehicles, and a recent TSB

intended to check whether engine rod bearings have sufficient clearance within the

engines. The following table summarize the relevant evidence of the defect in the Class Vehicles:

| Class Vehicle | Evidence of the Defect |
|---|---|
| **2010–2013 Santa Fe** | • **NHTSA complaints**<br>• **Recall:** 20V746000 covers 2012 Santa Fe<br>• **TSBs:** (1) 21-EM-004H covers 2000-2021 Santa Fe; (2) 21-EM-005H covers 2011-2012 Santa Fe |
| **2009–2010 Sonata** | • **NHTSA complaints** |
| **2011–2016 Sonata Hybrid** | • **NHTSA complaints**<br>• **Recall:** 20V746000 covers 2011-2013 and 2016 Sonata Hybrid<br>• **TSBs:** (1) 21-EM-004H covers 2011-2021 Sonata Hybrid; (2) 21-EM-005H covers 2011-2013 and 2016 Sonata Hybrid |
| **2010–2013 Tucson** | • **NHTSA complaints**<br>• **Recall:** 19V063000 covers 2011-2013 Tucson<br>• **TSBs:** 21-EM-004H covers 2004-2021 Tucson |
| **2009–2015 Genesis Coupe** | • **NHTSA complaints** |
| **2010–2013 Forte** | • **NHTSA complaints**<br>• **Recall:** 20V75000 covers 2012-2015 Forte |
| **2012–2013 Forte Koup** | • **NHTSA complaints**<br>• **Recall:** 20V75000 covers 2012-2015 Forte Koup |
| **2009–2016 Optima** | • **NHTSA complaints** |
| **2011–2013 Optima Hybrid** | • **NHTSA complaints**<br>• **Recall:** 20V75000 covers 2011-2013 Optima Hybrid |
| **2011–2013 Sorento** | • **NHTSA complaints**<br>• **Recall:** 20V75000 covers 2012-2013 Sorento |
| **2012–2013 Sportage** | • **NHTSA complaints**<br>• **Recall:** 20V75000 covers 2012 Sportage<br>• **Product Improvement Campaign:** April 2021 campaign covers 2011-2013 Sportage |

### a.  NHTSA complaints evidence the defect.

32.  In the NHTSA database, hundreds and thousands of drivers of Class Vehicles have reported almost identical observations—including, e.g., knocking sounds coming from their engines—and near if not total catastrophes, such as stalling and fires. Many drivers directly report harrowing near accidents and fear for themselves and their families.

33.  The below NHTSA complaints related to Class Vehicles[3] are just a representative sample.[4] This sample includes some early complaints, some emblematic complaints of knocking and engine stalls, some harrowing reports of near accidents and fires, as well as more recent complaints showing the ongoing nature of the defect. Some complaints occurred at low mileage, indicating that the defect caused damage well within the range Defendants tested for in their pre-sale durability testing (discussed below in Section IV.B.1), and well before the initial vehicle warranties expired. Some complaints

---

[3] Class Vehicles include: (i) 2010 Santa Fe; (ii) 2011 Santa Fe; (iii) 2012 Santa Fe; (iv) 2009 Sonata; (v) 2010 Sonata); (vi) 2011 Sonata Hybrid; (vii) 2012 Sonata Hybrid; (viii) 2013 Sonata Hybrid; (ix) 2014 Sonata Hybrid; (x) 2015 Sonata Hybrid; (xi) 2016 Sonata Hybrid; (xii) 2010 Tucson; (xiii) 2011 Tucson; (xiv) 2012 Tucson; (xv) 2013 Tucson; (xvi) 2009 Genesis Coupe; (xvii) 2010 Genesis Coupe; (xviii) 2011 Genesis Coupe; (xix) 2012 Genesis Coupe; (xx) 2013 Genesis Coupe; (xxi) 2014 Genesis Coupe; (xxii) 2015 Genesis Coupe; (xxiii) 2010 Forte; (xxiv) 2011 Forte; (xxv) 2012 Forte; (xxvi) 2013 Forte; (xxvii) 2012 Forte Koup; (xxviii) 2013 Forte Koup; (xxix) 2009 Optima; (xxx) 2010 Optima; (xxxi) 2011 Optima; (xxxii) 2012 Optima; (xxxiii) 2013 Optima; (xxxiv) 2014 Optima; (xxxv) 2015 Optima; (xxxvi) 2016 Optima; (xxxvii) 2011 Optima Hybrid; (xxxviii) 2012 Optima Hybrid; (xxxv) 2013 Optima Hybrid (xl) 2011 Sorento; (xli) 2012 Sorento; (xlii) 2013 Sorento; (xliii) 2011 Sportage; (xliv) 2012 Sportage (xlv) 2013 Sportage.

[4] *See generally Safety Issues and Recalls*, NHTSA, https://www.nhtsa.gov/recalls (last visited May 28, 2021).

also expressly mention that the drivers took their vehicles to Defendants' dealers and/or that the manufacturers were notified. Some complaints note that after their vehicles were inspected, metal shavings or debris was found in the engine. Some complaints also expressly state that the drivers were told that their vehicles were not covered by Defendants' recalls for other vehicles manifesting the same exact problems.

(i)    **2010 Hyundai Santa Fe**

**July 25, 2010 NHTSA ID NUMBER: 10345212**

ON TUESDAY, JUNE 8, 2010 I WAS ON A BUSY INTERSTATE HIGHWAY WITH FAST MOVING TRAFFIC AND MY CAR LOST ALL POWER WHILE TRAVELING AT 70 MPH. FORTUNATELY, I WAS ABLE TO BARELY GLIDE THE SANTE FE TO THE SHOULDER AND STOP WITHOUT INCIDENT.

***

OBVIOUSLY, THIS IS A SERIOUS LIFE THREATENING SITUATION THAT NEEDS TO BE RESEARCHED THOROUGHLY AND CORRECTED. *TR

**February 1, 2011 NHTSA ID NUMBER: 10379895**

ON SATURDAY, JAN. 15TH, I WAS DRIVING MY 2010 HYUNDAI SANTA FE V6 (4 1/2 MONTHS OLD, < 2000 MILES) WHEN I TURNED A CORNER ONTO A BUSY STREET, AND THE CAR LOST ALL POWER AS IF SOMEONE HAD TURNED OF THE IGNITION. LUCKILY WE WERE NOT IN AN ACCIDENT WHEN WE LOST POWER STEERING AND ENGINE POWER OR WHEN WE SAT IN THE MIDDLE OF TRAFFIC SINCE THE CAR WOULD NOT RE-START. ROADSIDE ASSISTANCE WAS UNABLE TO SEND ANYONE FOR ALMOST 40 MINUTES, SO WE HAD TO HAVE THE POLICE PUSH US TO SAFETY.

AFTER BEING TOWED TO THE HYUNDAI DEALER FOR SERVICE, THE CAR JUST STARTED UP AGAIN. WE WERE TOLD THAT THEY COULD NOT FIND THE PROBLEM SINCE NO ERROR CODE WAS

SEEN. THE TECHNICIANS UPDATED THE ECM TO VERSION CMAN S2 AB8F SINCE IT WAS A RECOMMENDED GENERAL SERVICE. NO ONE KNEW IF IT WOULD FIX THE PROBLEM. THE TECHNICIANS ALSO MENTIONED THAT ANOTHER CUSTOMER HAD THE SAME PROBLEM THE WEEK BEFORE. HYUNDAI CONSUMER AFFAIRS WAS NOT HELPFUL, BUT DID OPEN A CASE NUMBER.

PROBLEM HAS NOT RE-OCCURED YET ALTHOUGH TRANSMISSION OFTEN POPS. *LN

**November 30, 2018 NHTSA ID NUMBER: 11155264**

ENGINE STOPPED AND ROD KNOCKING STARTED WHILE I WAS DRIVING ON A HIGHWAY

**April 3, 2019 NHTSA ID NUMBER: 11193558**

TL* THE CONTACT OWNS A 2010 HYUNDAI SANTA FE. THE CONTACT STATED THAT THE MOTOR STARTED KNOCKING AND SPUTTERING, AND THE VEHICLE LOST POWER WHILE DRIVING 55 MPH. BOB KING HYUNDAI (1601 SILAS CREEK PKWY, WINSTON-SALEM, NC 27127, (336) 724-2861) STATED THAT THERE WAS NO RECALL AND ADVISED THE CONTACT TO BRING THE VEHICLE IN FOR DIAGNOSTIC TESTING. THE CONTACT ALSO TOOK THE VEHICLE TO AN INDEPENDENT MECHANIC AND WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 115,000.

**October 1, 2020 NHTSA ID NUMBER: 11362147**

ENGINE SHUTS DOWN WHILE DRIVING ON THE HIGHWAY OR I EXPERIENCE A LURCHING. AT TIME IT JUST WON'T ACCELERATE. THIS HAPPENS ON SEVERAL OCCASION THIS YEAR

      (i)    **2011 Hyundai Santa Fe**

**June 30, 2011 NHTSA ID NUMBER: 10410037**

NEW SANTA FE, 45 DAYS OLD, SCREECHING / METAL ON METAL GRINDING SOUND. DEALERSHIP COULD NOT FIND A PROBLEM.

AT 3 MONTHS OLD, CAR ENGINE TURNED OFF WHILE DRIVING. DEALERSHIP COULD NOT FIND A PROBLEM. NOTHING DONE TO CORRECT THE FAILURE. DO NOT TRUST CAR. *TR

**November 17, 2011 NHTSA ID NUMBER: 10436180**

TL* THE CONTACT OWNED A 2011 HYUNDAI SANTA FE. THE CONTACT STATED THAT WHILE DRIVING 68 MPH, THE ENGINE BEGAN TO EMIT A LOUD BANGING NOISE AND CAUGHT ON FIRE. THE VEHICLE WAS MANEUVERED TO THE SHOULDER AND STOPPED. A STATE TROOPER APPEARED ON THE SCENE TO EXTINGUISH THE FIRE. THE VEHICLE WAS DESTROYED AND TOWED TO AN AUTHORIZED DEALER. THE FAILURE WAS NOT DIAGNOSED AND THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE AND THE CURRENT MILEAGES WERE 673.

**July 18, 2012 NHTSA ID NUMBER: 10466481**

I HAVE HAD THE SAME PROBLEM WITH MY 2011 HYUNDAI SANTA FE REPORTED IN OTHER ODI COMPLAINTS. SPECIFICALLY, MY VEHICLE STALLS RANDOMLY WHILE TRAVELING AT LOW SPEEDS. ODI ID #10460671, #10453272, AND #10412636, ALL SEEM TO REPORT THE SAME PROBLEM I HAVE. OCCASIONALLY, WHILE BRAKING OR ALLOWING THE CAR TO STOP, IT WILL STALL OUT. WHEN IT DOES, ACCELERATING, POWER STEERING, AND POWER BRAKING ARE ALL DISABLED. ONCE THE CAR GEAR IS SHIFTED TO PARK AND THE IGNITION IS TURNED OFF, THE PROBLEM RESOLVES AFTER RE-STARTING THE CAR LATER. THE DEALERSHIP SERVICE DEPARTMENT HAD WORKED ON THIS CAR FOR THE SAME PROBLEM FOUR TIMES WITHOUT BEING ABLE TO 1. DIAGNOSE THE PROBLEM AND 2. COME UP WITH AN ADEQUATE REMEDY. EVEN THOUGH THE TECHNICIANS HAVE NOT BEEN ABLE TO REPRODUCE THE STALLING, THE FIRST THREE TIMES IT WAS IN THE SHOP, THREE DIFFERENT REPAIRS WERE MADE. THEY HAVE ALL INVOLVED COMPUTER FIXES, INCLUDING CHANGING OUT THE CONTACTS, REPLACING THE JUNCTION BOX, AND UPDATING SOFTWARE. HYUNDAI IS AWARE OF MY ISSUE AND THE PENDING LEMON LAW ARBITRATION CLAIM THAT I HAVE MADE. HYUNDAI HAS CURRENTLY MADE THE UNILATERAL DETERMINATION THAT THIS VEHICLE DOES NOT QUALIFY AS A LEMON, WHICH I

DISPUTE BECAUSE 1. THIS DETERMINATION IS NOT CAPABLE OF BEING MADE UNILATERALLY, AND 2. THIS IS A SERIOUS SAFETY DEFECT AND MORE THAN A "REASONABLE" AMOUNT OF REPAIR ATTEMPTS HAVE BEEN UNSUCCESSFUL. A MANAGING ENGINEER HAS EXAMINED THE VEHICLE WITHOUT FINDING ANY PROBLEMS, AND I'M CURRENTLY WORKING WITH HYUNDAI TO HAVE A "FLIGHT RECORDER" INSTALLED TO RECORD DATA WHEN THE CAR STALLS NEXT. THE MOST RECENT OCCURRENCE WAS WHILE I WAS DRIVING IN HEAVY TRAFFIC WITHOUT A SHOULDER ON THE FREEWAY--A LIFE-THREATENING SITUATION. I CONSIDER THIS CAR TO BE AN UNRELIABLE SAFETY THREAT ON THE ROADWAYS AND HAVE COMMUNICATED THIS TO HYUNDAI, BUT ITS REPRESENTATIVE DO NOT HAVE THE SAME SENSE OF URGENCY I HAVE. *TR

**June 5, 2014 NHTSA ID NUMBER: 10596478**

WHILE DRIVING THE ENGINE DIED SUDDENLY, I WAS ABLE TO RESTART THE ENGINE. THIS HAS HAPPENED MULTIPLE TIMES AND IS VERY DANGEROUS FOR A REAR END COLLISION, I HAVE TAKEN THE CAR TO HYUNDAI DEALERSHIPS BUT THEY ARE UNABLE TO DUPLICATE THE PROBLEM AND SAY THAT THEY CAN'T FIND ANYTHING WRONG WITH THE VEHICLE. I HAVE NOTIFIED HYUNDAI OF THE PROBLEM AND THEY JUST TELL ME TO TAKE IT TO A DIFFERENT DEALERSHIP. I HAVE RESEARCHED THIS ISSUE ON THE INTERNET AND THERE SEEMS TO BE MANY HYUNDAI OWNERS HAVING THE SAME ISSUE WITH THE SAME YEAR AND MAKE OF VEHICLE. THERE DOESN'T SEEM TO BE A FIX FOR THIS PROBLEM THAT HYUNDAI IS AWARE OF. PLEASE HELP! THANK YOU *TR

**December 30, 2020 NHTSA ID NUMBER: 11385612**

AS I WAS DRIVING MY FAMILY HOME FROM A SOCCER MATCH IN DENVER TO OUR HOME IN BRECKENRIDGE MY CAR(HYUNDAI, SANTA FE 2011) LOST ALL POWER WITH OUT THE ENGINE DYING.

WE WERE HEADING WEST AND IN THE TUNNEL. IT WAS EXTREMELY SCARY AND PUT MY FAMILY IN DANGER. NO WARNING LIGHTS HAVE EVER COME UP ON MY CAR BEFORE OR AFTER. THIS IS THE FIRST TIME OF MANY INCIDENTS THAT THIS

HAS HAPPENED AND NOT ONLY WHEN I HAVE BEEN DRIVING BUT ALSO MY DAUGHTER, SHE HAS HER PERMIT! IT DOESN'T JUST HAPPEN ON THE INTERSTATE BUT ALSO AROUND OUR COMMUNITY WHILE DRIVING. I HAVE HAD IT CHECKED IT OUT WITH MY MECHANIC AND THEY COULDN'T FIND THE ISSUE AS THE DIAGNOSTIC CAME UP WITH NOTHING. THIS IS A SERIOUS SAFETY HAZARD NOT ONLY FOR MYSELF BUT MY FAMILY AND OTHERS ON THE ROAD.

### (ii)    2012 Hyundai Santa Fe

**March 25, 2012 NHTSA ID NUMBER: 10452900**

ON THURSDAY MAR 22 2012 I WAS DRIVING MY HYUNDAI SANTA FE SE AWD WITH 2400 MILES ON IT IN TWO WAY DOWN HILL ROAD WITH A SPEED OF 20 TO 25 MILES PER HOUR THAN ALL OF SUDDEN WITHOUT ANY WARNING OR ANY SIGN THE CAR JUST DIE ON ME I TRIED TO TURN IT BACK ON IT DID TURN ON SO NEXT DAY I TOOK IT TO HYUNDAI DELEAR IN SAN JOSE CALIFORNIA THEEY CHECKED IT AND SAID THEY COULDN'T FIND NOTHING WRONG WITH SO I AM KIND OF CONCERN ABOUT MY SAFETY AND MY FAMILY IF THIS DOES HAPPEN AGAIN. *TR

**August 7, 2012 NHTSA ID NUMBER: 10469577**

THE VEHICLE ENGINE STALLED RANDOMLY DURING DRIVING, TOTAL 4 TIMES, ALMOST CAUSING 4 ACCIDENTS. THE DEALER MECHANIC INSPECTED THE VEHICLE BUT COULD NOT FIND THE CAUSES FOR THIS PROBLEM AND THEREFORE WAS UNABLE TO FIX IT, LEAVING THE VEHICLE IN A STATUS WITH TREMENDOUS SAFETY CONCERNS. *TR

**September 14, 2017 NHTSA ID NUMBER: 11023494**

MY SANTA FE HAS ONLY 78,000 MILES ON IT AND HAS BEEN MAINTAINED VERY WELL. DESPITE THIS, DURING OUR EVACUATION FOR HURRICANE IRMA, THE ENGINE COMPLETELY LOCKED UP ON THE HIGHWAY, DRIVING ABOUT 70 MPH WITH CRUISE CONTROL. THE VEHICLE WAS NOT UNDER STRAIN, WE WERE NOT TOWING ANYTHING AND ONLY HAD 2 PERSONS IN THE CAR. WE WERE LEFT HAVING TO GET THE

VEHICLE TOWED TO A REPAIR SHOP WHERE I WAS INFORMED THE THE THETA II 2.4L ENGINE THAT WAS IN MY VEHICLE WAS ON RECALL. HOWEVER THE RECALL ONLY COVERED THIS ENGINE IN THE HYUNDAI SONATA MODELS AND FOR SOME REASON WAS NOT COVERED IN THE SANTA FE. I CAN'T IMAGINE WHY AN IDENTICAL ENGINE WOULD BE RECALLED FOR THIS PROBLEM IN ONE MODEL VEHICLE BUT NOT IN ANOTHER. I HAD EVEN HAD THE OIL CHANGED 3 WEEKS PRIOR, WHICH THE MECHANIC CONFIRMED THAT EVERYTHING APPEARED FULLY FUNCTIONAL AND IN GOOD WORKING ORDER WITH THE OIL, TRANSMISSION AND COOLING SYSTEM.

**January 31, 2017 NHTSA ID NUMBER: 10948737**

4/1/2016: DRIVING ON INTERSTATE I-40 WESTBOUND IN LAS CRUCES IN A CONSTRUCTION ZONE, THE CAR ENGINE DIED, BUT I WAS ABLE TO GET TO SHOULDER. CAR TOWED TO AUTO REPAIR SHOP, BUT PROBLEM COULD NOT BE DIAGNOSED; CAR EVENTUALLY RESTARTED. 2ND ATTEMPT TO DIAGNOSE ON 4/11/16; NONE COULD BE FOUND. CAR STARTED TO MAKE OCCASIONAL LOUD ENGINE NOISE OVER ENSUING MONTHS. I CONTACTED HYUNDAI, AND IN OCTOBER 2016 WAS TOLD TO BRING CAR 100 MILES BACK TO LAS CRUCES, NM (BORMAN AUTOPLEX) FOR FURTHER DIAGNOSIS. BORMAN DIAGNOSED METAL SHAVINGS IN ENGINE (SIMILAR OR IDENTICAL TO PROBLEM FOR THE 470,000 SONATAS WITH METAL SHAVINGS IN THE ENGINE). A FULL ENGINE FAILURE AND ENGINE REPLACEMENT WAS RECOMMENDED. I CONTENDED THAT THE ENGINE SHOULD BE REPLACED FREE OF CHARGE, AS IT WAS A MANUFACTURING DEFECT AND THE VEHICLE DYING WITHOUT NOTICE WHILE BEING DRIVEN COULD PROVE DANGEROUS OR FATAL TO THE DRIVER/PASSENGERS. THE ENGINE FAILED FULLY, AND THE VEHICLE IS NOT DRIVABLE. AGAIN, ISSUE BEGAN 4/1/2016; ENGINE FAILED COMPLETELY 12/28/2016. *TR

**February 25, 2021 NHTSA ID NUMBER: 11397903**

TL* THE CONTACT OWNS A 2012 HYUNDAI SANTA FE. THE CONTACT STATED WHILE DRIVING 65 MPH, THERE WAS AN ABNORMALLY LOUD KNOCKING COMING FROM THE VEHICLE. THE CONTACT PULLED OVER TO THE SIDE OF THE ROADWAY AND WAITED A LITTLE WHILE BEFORE RESTARTING THE

VEHICLE AND CONTINUED DRIVING TO HER DESTINATION. THE CONTACT ARRIVED HER DESTINATION AND THEN DECIDED TO HAVE THE VEHICLE TOWED BACK TO HER RESIDENCE. THE CONTACT LATER DROVE THE VEHICLE TO THE LOCAL DEALER ADVANTAGE HYUNDAI (440 PLAINVIEW RD, HICKSVILLE, NY 11801) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE VEHICLE WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE)  HOWEVER, THE PART TO DO THE RECALL REPAIR WAS NOT YET AVAILABLE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 98,000.*DT*JB

(iii)   **2009 Hyundai Sonata**

**August 30, 2014 NHTSA ID NUMBER: 10629611**

TAKING MY CAR FOR THE FIRST OIL CHANGE SINCE I BOUGHT IT AND THE CAR STALLED WHILE IN NEUTRAL WAITING FOR AN OIL CHANGE. RESTARTED WITHOUT A PROBLEM. IT HAS ALSO TRIED TO STALL WHILE DRIVING SEVERAL TIMES SINCE, MORE FREQUENT THAN BEFORE. IT'S ALSO STALLED IN STOP AND GO TRAFFIC. MY CHECK LIGHT ONLY COMES ON FOR A SPLIT SECOND WHEN THE CAR TRIES TO DIE, BUT AFTER THAT, IT'S JUST FINE. BROUGHT IT TO 3 DEALERSHIPS THAT TOLD ME THAT NOTHING WAS WRONG WITH MY CAR. I BOUGHT AN OBDII SCANNER AND FOUND TROUBLE CODES P0335 AND P0108. TOOK IT TO THE DEALER AGAIN AND THEY STILL COULDN'T FIND A CODE. MY CAR HAS ALMOST STALLED WHILE TRYING TO CROSS A BUSY INTERSECTION AND NO ONE WANTS TO EVEN TRY TO HELP ME. *TR

**November 21, 2016 NHTSA ID NUMBER: 10927287**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT NOTICED THE PRESENCE OF METAL SHAVINGS MIXED WITHIN THE OIL AND HEARD AN ABNORMAL NOISE COMING FROM THE ENGINE AREA. THE VEHICLE WAS TAKEN TO A MECHANIC AND A DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 120,000.

**May 25, 2017 NHTSA ID NUMBER: 10991682**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. THE CONTACT STATED THAT THE VEHICLE STALLED AND MADE AN ABNORMAL SOUND. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE CONNECTING ROD WAS DEFECTIVE AND THE ENGINE NEEDED TO BE REPLACED. THE CONTACT REFERENCED NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE); HOWEVER, THE VIN WAS NOT INCLUDED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT THE VEHICLE WAS MANUFACTURED IN ALABAMA. NO FURTHER ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS APPROXIMATELY 104,000.

**October 31, 2019 NHTSA ID NUMBER:**

TL* THE CONTACT OWNS A 2009 HYUNDAI SONATA. WHILE DRIVING, THE CHECK ENGINE WARNING INDICATOR ILLUMINATED AND THE VEHICLE STALLED. THE CONTACT COASTED TO THE SIDE OF THE ROAD AND POWERED OFF THE ENGINE. THE VEHICLE WAS RESTARTED AND WAS ABLE TO DRIVE NORMALLY. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE P0014 CODE APPEARED AND THE CAM SENSOR NEEDED TO BE REPLACED. THE VEHICLE WAS TAKEN TO ANOTHER INDEPENDENT MECHANIC WHERE THE CAM SENSOR WAS REPLACED; HOWEVER, THE CHECK ENGINE WARNING INDICATOR ILLUMINATED ONCE AGAIN. THE VEHICLE WAS TAKEN TO ANOTHER INDEPENDENT MECHANIC WHO DIAGNOSED THAT THE VIVID AND RR VIVID SOLENOIDS NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE VEHICLE WAS TAKEN BACK TO THE INDEPENDENT MECHANIC AND A FULL SERVICE WAS COMPLETED, INCLUDING FLUSHING THE ENGINE WITH CLEANSER AND CHANGING THE OIL. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND SCHEDULED AN APPOINTMENT AT JIM BURKE HYUNDAI (1424 5TH AVE N, BIRMINGHAM, AL 35203, (205) 386-959). THE VEHICLE WAS TAKEN TO JIM BURKE HYUNDAI WHERE IT WAS DETERMINED THAT IT WAS NOT UNDER WARRANTY. THE DEALER DIAGNOSED THE VEHICLE AND FOUND CODES: P0013 AND P0011 (CVVT AND ASSY NOT HOLDING THE CAMSHAFT TIMING). THE

VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 79,930.

**August 24, 2020 NHTSA ID NUMBER: 11350861**

WAS DRIVING DOWN INTERSTATE ENGINE LIGHT CAME ON CAR CUT OFF TOOK ALL I HAD TO COAST TO THE SHOULDER HAD TO CALL TOW TRUCK TO COME GET ME TOOK TO A GARAGE AND THEY INFORMED ME I NEEDED A NEW MOTOR.

### (iv)    2010 Hyundai Sonata

**September 28, 2015 NHTSA ID NUMBER: 10778266**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING AT 75 MPH, AN ABNORMAL NOISE COULD BE HEARD FROM THE FRONT OF THE VEHICLE. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 74,000.

**January 25, 2016 NHTSA ID NUMBER: 10822126**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. WHILE DRIVING 65 MPH, THERE WAS AN ABNORMAL KNOCKING NOISE COMING FROM THE ENGINE COMPARTMENT. THE FAILURE RECURRED RANDOMLY. THE CONTACT ALSO STATED THAT THE GAUGES ON THE INSTRUMENT PANEL BECAME INOPERABLE RANDOMLY. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE OIL MEASURING DEVICE FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 70,000.

**February 29, 2016 NHTSA ID NUMBER: 10838901**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. WHILE DRIVING APPROXIMATELY 65 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT

THE TIMING CHAIN FAILED AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE). THE FAILURE MILEAGE WAS 123,000.

**February 14, 2020 NHTSA ID NUMBER: 11309273**

WHILE DRIVING THE CAR ON A CITY STREET AT ABOUT 35 MILES AN HOUR, IT SUDDENLY STALLED. I WAS ABLE TO GET TO A SIDE STREET. THE CAR WOULD NOT START. THE ENGINE IS RUINED AND NEEDS TO BE REPLACED. THE CAR HAS HAD ALL OF ITS MAINTENANCE/OIL CHANGES. IT HAS HAD NO ACCIDENTS. IT HAS 70,000 MILES ON IT.

**March 2, 2021 NHTSA ID NUMBER: 11398690**

TL* THE CONTACT OWNS A 2010 HYUNDAI SONATA. THE CONTACT STATED THAT WHILE DRIVING 70 MPH, THE ENGINE THREW A ROD AND THE VEHICLE STALLED WITHOUT WARNING. DUE TO THE FAILURE, THE CONTACT PULLED THE VEHICLE OFF TO THE SIDE OF THE ROADWAY AND HAD THE VEHICLE TOWED TO AN INDEPENDENT MECHANIC. THE MECHANIC CONFIRMED THAT THE ENGINE THREW A ROD WHICH LED TO COMPLETE ENGINE FAILURE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT TO TOWED THE VEHICLE TO AN AUTHORIZED DEALER FOR ASSISTANCE. THE VEHICLE WAS THEN TOWED TO HYUNDAI OF GREELEY (4533 W 29TH ST, GREELEY, CO 80634) AND HE WAS INFORMED THAT THE VEHICLE WAS NO LONGER UNDER WARRANTY. NEITHER THE DEALER NOR THE MANUFACTURER OFFERED ANY FURTHER ASSISTANCE. THE VEHICLE REMAINED IN THE POSSESSION OF THE DEALER. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 116,000.*DT*JB*DT

(v)    **2011 Hyundai Sonata Hybrid**

**April 14, 2014 NHTSA ID NUMBER: 10579596**

THE CAR SUDDENLY STARTED CHIMING LOUDLY, THE CHECK ENGINE LIGHT LIT UP, A SECOND LIGHT LIT ON THE DASH AND

A WARNING MESSAGE THAT SAID TO CHECK THE CHARGING SYSTEM APPEARED ON THE CONSOLE. THE CAR BECAME NEAR IMPOSSIBLE TO OPERATE: LIMITED ACCELERATION, JERKED REPEATEDLY TRYING TO STOP IN A SAFE LOCATION, LOST POWER TO AC SYSTEM....DANGEROUS SITUATION IF OTHER TRAFFIC HAD BEEN NEARBY. THE CAR IS NOW INOPERABLE AS WE WAIT FOR A TOW TO TAKE IT TO THE NEAREST DEALER. *JS

**June 8, 2015 NHTSA ID NUMBER: 10724008**

I HAVE HAD THIS 2011 HYUNDAI SONATA HYBRID IN THE SHOP SINCE I PURCHASED IT IN 2011 NEW

THE CAR HAS SERIOUS CAR HESITATION AND GAS MILEAGE IS 19 TO 30 PER GALLON.

I HAVE HAD NUMEROUS PROBLEMS WITH OIL LEAKS AND ENDED UP WITH A BLOWN MOTOR AT 60,000 MILES.

I ALSO HAVE NUMEROUS SERVICE ISSUES WITH THE BLOWER AC/ HEATER NOT WORKING AS WELL.

THE CAR IS A LEMON AFTER 30 VISITS TO DEALERSHIP FOR REPEATED PROBLEMS. I HAVE TAKEN CAR TO 4 DIFFERENT DEALERSHIPS TO HAVE A NEW SET OF EYES FIX THE PROBLEMS AND STUCK WITH A REBUILT MOTOR IN MAY 2015. CAR IS BACK IN THE SHOP FOR HESITATE AND ECS PROBLEMS AS OF JUNE 2015. NEED HELP.

**November 21, 2016 NHTSA ID NUMBER: 10927169**

METAL SHAVINGS IN ENGINE OIL PAN CAUSING ENGINE FAILURE, KNOCKING, LOSE OF POWER WHILE DRIVING, MANUFACTURING DEFECT ON SMALL BLOCK ENGINE BUT NOT ON THE SMALL BLOCK HYBRID... WE WERE TOLD BY THE DEALER BUT THE HYBRID STILL HAS THE SAME DEFECT AS THE NONE HYBRID SAME EXACT ISSUES METAL SHAVING IN OIL PAN DEFECTS FROM MANUFACTURER. THE NONE HYBRID WAS RECALLED BUT A RECALL WAS NEVER ISSUED FOR THE HYBRID STATED BY EMPLOYEES AT GLOBAL AUTO MALL IN NEW JERSEY.

**January 26, 2020 NHTSA ID NUMBER: 11301915**

ENGINE BEGAN MAKING A ENGINE KNOCKING NOISE THAT BECAME WORSE OVER THREE DAYS (ORIGINALLY MISTAKEN FOR BAD GAS BUT BECAME MUCH LOUDER THAN THAT WOULD BE). WHILE DRIVING ALONG A BUSY STATE ROAD (NC 98) AND CAR CHOKED TWICE WITH A LOUD THUMP AND I FEARED IT WOULD STALL. PULLED OVER, SHUT VEHICLE OFF. SMOKE WAS COMING FROM ENGINE COMPARTMENT. NO ACTUAL FLAMES DETECTED. TOWED TO DEALER. DEALER DESCRIBED HOLES IN THE ENGINE. CONSULTED HYUNDAI AND THEY WILL ONLY OFFER A SHORT BLOCK REPLACEMENT. LABOR COSTS ARE APPROXIMATELY $2500 WHICH I AM REQUIRED TO PAY. VEHICLE HAS APPROXIMATELY 141K MILES. TOW TRUCK OPERATOR ALSO TOLD ME TO RESEARCH THE RECALLS ON THIS VEHICLE BUT THIS VEHICLE WAS NOT LISTED BUT SHOULD BE. IT WOULD APPEAR THAT THE RECALL WAS INCOMPLETE AND SHOULD HAVE BEEN BROADER.

**February 25, 2021 NHTSA ID NUMBER: 11397944**

TL* THE CONTACT OWNS A 2011 HYUNDAI SONATA HYBRID. THE CONTACT STATED WHILE DRIVING 75 MPH, THERE WAS AN ABNORMAL CLUNKING SOUND DETECTED. THERE WERE NO WARNING LIGHTS ILLUMINATED. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS UNAVAILABLE. THE VEHICLE WAS TOWED TO AMARILLO HYUNDAI (1900 INTERSTATE 40 ACCESS RD #3029, AMARILLO, TX 79103, (806) 376-4911) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED HOWEVER, THE VEHICLE WAS NOT REPAIRED. THE PART WAS NOT AVAILABLE. THE CONTACT STATED THAT THE MANUFACTURER HAD EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS 105,000. VIN TOOL CONFIRMS PARTS NOT AVAILABLE.

### (vi)   2012 Hyundai Sonata Hybrid

**September 15, 2014 NHTSA ID NUMBER: 10633248**

WE WERE TRAVELING DOWN HIGHWAY 125 WHEN MY 2012 HYUNDAI SONATA HYBRID CAUGHT ON FIRE. IT COMPLETELY

BURNED TO THE GROUND. WE HAD ABOUT 5 SECONDS TO JUMP OUT OF CAR. ALL 4 OCCUPANTS GOT OUT OF CAR THANK YOU GOD. *TR

**October 25, 2015 NHTSA ID NUMBER: 10785863**

WHILE DRIVING IT DOWN THE STREET STARTED TO HESITATE FREQUENTLY WHILE DRIVING THEN HEARD A LOUD CLANKING SOUND WHICH CONTINUED ON WHILE DRIVING IT TO DEALER.

DEALER LOOKED AT IT AND WE WERE TOLD THE MOTOR HAD GONE OUT AND NEEDED TO BE REPLACED! THEY ALSO SAID WE HAD TO PAY FOR IT BECAUSE THEY SAID OUR OIL CHANGES WERE NOT APPROVED! ONCE WE GOT THE PAPER WORK BACK THEY QUOTED THEY FOUND OIL BUILD UP AND LARGE CHUNKS OF METAL THROUGHOUT THE ENGINE THAT HAS CONTAMINATED THE VALVE TRAIN. THEY HAD TO REPLACE ENGINE, CYLINDER HEAD, VALVE, VALVE SPRING, CAMSHAFTS ,GASKETS! NOW THEY ARE ISSUING A RECALL ON HYUNDAI SONATAS FOR THIS EXACT PROBLEM , BUT THEY ARE ALSO SAYING OUR CAR IS NOT INCLUDED IN THE RECALL EVEN THOUGH WHAT THEY FIXED IS THE EXACT PROBLEM THAT IS LISTED ON THE RECALL. IT TOOK THEM ALMOST 2 MONTHS TO HAVE OUR CAR IN THE SHOP BECAUSE THEY COULDN'T FIND THE PARTS NEEDED TO FIX THE ENGINE!!!!

**May 23, 2016 NHTSA ID NUMBER: 10870404**

MY VEHICLE BLEW A PISTON ROD WHILE I WAS DRIVING DOWN THE HIGHWAY ON CRUISE CONTROL DOING 2000 RPM'S. I HAVE ALWAYS KEPT UP ON THE MAINTENANCE WITH THIS CAR BUT WHEN I HAD IT TOWED TO THE DEALERSHIP THEY ARE SAYING THAT IT WAS MY FAULT. THEY DO HAVE AN OPEN RECALL ON MY YEAR, MAKE, MODEL AND ENGINE SIZE BUT NOT MY VIN. I HAVE DONE MY RESEARCH ONLINE AND I HAVE FOUND OTHER CASES LIKE THIS. THE CAR ONLY HAS 69,000 MILES ON IT.

**August 7, 2018 NHTSA ID NUMBER: 11118421**

ENGINE STARTED MAKING A VERY LOUD KNOCKING SOUND WHILE DRIVING 70-75 MPH. SHORTLY THERE AFTER THE ENGINE STOPPED AND SMOKE CAME OUT OF THE HOOD.

TOWED THE VEHICLE TO A LOCAL HYUNDAI DEALERSHIP THAT SAID THE PISTON BROKE AND WENT THROUGH THE FIREWALL.

### (vii)   2013 Hyundai Sonata Hybrid

**August 4, 2016 NHTSA ID NUMBER: 10893204**

TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. WHILE DRIVING 25 MPH, A LOUD KNOCKING SOUND WAS HEARD FROM THE HOOD OF THE VEHICLE. THE FAILURE RECURRED INTERMITTENTLY. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED, BUT THE CAUSE OF THE FAILURE WAS NOT FOUND. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 64,000.

**November 23, 2017 NHTSA ID NUMBER: 11048131**

WE BOUGHT THIS CAR USED FROM THE DEALER EARLY ON WE HAD HYBRID WARNING SYSTEM ISSUES WE HAVE BEEN STUCK ON THE SIDE OF THE ROAD SEVERAL TIMES HAVING TO HAVE THE CAR TOWED TO THE DEALER RECHARGED AND SERVICE EACH TIME WE WERE TOLD THEY DON'T FIND ANYTHING WRONG THE DEALER CHARGES THE BATTERY AND GIVES THE CAR BACK. NOW 3 YEARS LATER WE GOT THE OIL CHANGED AS NORMAL, IT'S THANKSGIVING WEEK AND WE ARE HEADED TO VACATION 3 HOURS FROM HOME WE AR E AN HOUR AWAY FROM DESTINATION AND THE CAR LOSES POWER GOING UP HILL THE OIL PAN LIGHT COMES ON, WE PULL OVER IN THE MIDDLE OF THE MOUNTAINS AND SIT ON THE SIDE OF THE ROAD WAITING FOR THE TOW TRUCK TO FIND US. WE TOW THE CAR TO THE DEALER HOPING SOMETHING WASN'T DONE RIGHT WITH THE OIL CHANGED HOWEVER DEALER SAYS THE ENGINE SEIZED AND THE CAR IS OUTSIDE OF WARRANTY AND EXTENDED WARRANTY SO WE WILL NEED TO PAY $6600 TO REPLACE WITH USED ENGINE. THIS CAR IS 4 YEARS OLD WE REGULARLY HAD THE OIL CHANGED. WE ARE NOT GIVEN ANY REASON FOR THE SEIZED ENGINE. PLEASE LOOK INTO THIS. THIS CAR HAS BEEN NOTHING BUT PROBLEMS SINCE THE DAY WE GOT IT AND THE DEALER HAS NEVER PROVIDED MUCH HELP AS WERE ASKED TO TAKE PICTURES WHICH WE DID BUT STILL NOTHING

**June 28, 2018 NHTSA ID NUMBER: 11104473**

MY HUSBAND AND I WERE DRIVING ON INTERSTATE 81 SOUTH NEAR WOODSTOCK, VA ON SUNDAY MORNING, JUNE 24, 2018. THE CAR BEGAN MAKING A KNOCKING SOUND, THEN WE LOST POWER. BY THE TIME WE WERE ABLE TO PULL OVER, THE ENGINE WAS ON FIRE. THE ENTIRE CAR ENDED UP BURNING. THE VA STATE POLICE, VDOT, AND FIRE DEPARTMENT RESPONDED AND I-81 SOUTH WAS SHUT DOWN FOR A TIME. I PURCHASED MY CAR NEW AND DID ALL REQUIRED MAINTENANCE PER FACTORY RECOMMENDATION INCLUDING OIL CHANGES, TIRE ROTATIONS, ETC. BY THE HYUNDAI DEALER IN BOWIE, MD. I HAVE COPIES OF ALL MY RECEIPTS FROM THE DEALER AND THEY HAVE THE RECORDS ON THEIR COMPUTER SYSTEM. MY CAR HAD 91,000 MILES ON IT. WE CONTACTED THE INSURANCE COMPANY AND THE CAR IS A TOTAL LOSS.

**April 30, 2019 NHTSA ID NUMBER: 11204784**

I WAS DRIVING HOME FROM WORK AND SUDDENLY LOUD TICKING SOUNDS STARTING COMING FROM THE ENGINE. THEN THE POWER ALMOST WENT TO NOTHING AND THE CAR STARTED SLOWLY DOWN (AS IF THE CAR HAD BEEN TURNED OFF (IT WAS STILL ON).

THE CHECK ENGINE LIGHT CAME ON AND THE TICKING SOUND GOT LOUDER. I WAS ABLE TO SAFELY DRIVE OFF WITHOUT ANY ACCIDENTS.

I GOT HOME AND CALLED SEVERAL MACHANICS TO SEE IF ANYONE COULD COME BY AND SEE WHAT'S GOING ON AS I DIDN'T FEEL SAFE TO DRIVE THE CAR.

TODAY A MECHANIC CAME AND SAID THE FOLLOWING:

CHECK ENGINE LIGHT ON. LOUD VALVE TRAIN NOISES AND FAINT KNOCKING CAN BE HEARD AT IDLE.

DEAD MISFIRE ON ONE CYLINDER.

NOISE IS MECHANICAL.

ONE DTC RETURNED (PO365 - CAN SENSOR B CKT MALFUNCTION).

PER MECHANIC - STRONGLY SUSPECT ENGINE IS IN EARLY STAGES OF COMMON FAILURE.

INQUIRE W/MFG ENGINE RECALL.

IT IS SHOWING SAME SYMPTOMS AS PREVIOUS YEAR RECALL FOR SONATA HYBRIDS AND ENGINE FAILURES.

THERE IS LOW OF POWER AND LOUD TICKING NOISES FROM THE ENGINE.

**August 13, 2020 NHTSA ID NUMBER: 11349028**

TL* THE CONTACT OWNS A 2013 HYUNDAI SONATA HYBRID. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 55 MPH, THE VEHICLE LOSS MOTIVE POWER AND THE SPEED WAS REDUCED. AFTER STOPPING ON THE SIDE OF THE ROADWAY, THERE WAS AN ABNORMAL KNOCKING SOUND COMING FROM THE FROM THE ENGINE. THE VEHICLE WAS TOWED TO DEALER SOUTHERN STATE HYUNDAI OF RALEIGH LOCATED AT 2511 WAKE FOREST RD, RALEIGH, NC 27609, WHO DIAGNOSED THAT THE ENGINE WAS DEFECTIVE AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE CONTACT WAS INFORMED BY THE DEALER THAT THE VEHICLE WAS NOT INCLUDED IN THE NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE COOLING). THE CONTACT STATED THAT THE VEHICLE HAD EXPERIENCED THE SAME FAILURE LISTED IN THE RECALL. THE FAILURE MILEAGE WAS 138,000

### (viii)  2014 Hyundai Sonata Hybrid

**May 25, 2017 NHTSA ID NUMBER: 10991578**

THE ENGINE STOP WORKING, DEALER SAID ENGINE IS SIS UP. DEALER DIDN'T WANT TO APPLY THE 100,000 MILES WARRANTY BECAUSE THE CAR WAS NOT CERTIFIED AND WE ARE 2ND OWNER. WE BOUGHT CERTIFY, BUT DEALER WASH THE HANDS AND SAID UPS IT WAS NOT, YOU NEED A NEW ENGINE.

**October 1, 2017 NHTSA ID NUMBER: 11030760**

IT'S A 2014 HYUNDAI SONATA HYBRID, WITH A LITTLE OVER 61000 MILES ON IT, I HAD TO EVACUATE FROM A HURRICANE ABOUT WEEK AFTER THAT, WHEN I RETURNED I CHECKED THE OIL ON MY CAR THERE WAS NO OIL SHOWING ON THE STICK THE OIL LIGHT NEVER CAME ON, I TOOK IT TO THE DEALERSHIP THEY SAID ENGINE OIL DRAIN BOLT WASHER HAD CRACK IN IT, THEY PUT OIL IN AND SAID EVERYTHING WAS FINE. I HAD TO GO OUT OF TOWN THIS PAST WEEK AND ON THE WAY BACK I CHECKED THE OIL IT WAS ABOUT A QUART AND A HALF LOW I CALLED THE DEALERSHIP AND ASK THE SERVICE MANAGER WHAT TYPE OF OIL THEY USED WAS IT SYNTHETIC OR REGULAR OIL SHE WENT AND ASK THE MECHANIC SHE CAME BACK AND SAID DO NOT PUT OIL IN IT BECAUSE IT WOULD VOID THE WARRANTY I ASK HER HOW THAT WOULD VOID IT, SHE DIDN'T HAVE AN ANSWER FOR ME AND I GOT KINDA MAD CAUSE THEY WOULD NOT TELL ME WHAT OIL TO PUT IN IT, THEN I DROVE TO THE NEXT REST AREA A CHECKED IT AGAIN THERE WAS NO OIL ON THE STICK I TRIED TO CALL THE DEALERSHIP THEY WOULD NEVER ANSWER THE PHONE I GUESS THEY HAD CALLER ID , SO I CALLED A TOW TRUCK AND TOOK IT TO THE CLOSET HYUNDAI DEALERSHIP THEY PUT IT ON THE RACK THE UNDER BELLY WAS CLEAN THERE HAD BEEN NO LEAK, HE THEN TOOK OFF THE OIL CAP AND THERE WAS SO MUCH SLUDGE BUILD UP HE SAID THE ENGINE WAS TORCHED NO WAY IT COULD BE FIX, I ASK WAY THE OIL LIGHT NEVER CAME ON, HE SAID BECAUSE OF ALL THE SLUDGE IN THERE, HE SAID THIS SHOULD HAVE NEVER BEEN SOLD

**March 12, 2019 NHTSA ID NUMBER: 11186237**

WHILE IN MOTION GOING 60MPH, VEHICLE SPUTTERED AND THEN AN ALARM SOUNDED ALONG WITH A WARNING DISPLAYED ON THE DRIVERS SIDE SCREEN STATING "HYBRID SAFETY WARNING. PULL OVER AND DO NOT DRIVE." THE CAR WOULD NO LONGER ACCELERATE AND CAME TO A STOP. HAD TO RESTART THE CAR. THE SAME WARNING HAPPENED AGAIN THE FOLLOWING DAY WHILE IN MOTION GOING 50MPH. HAD TO GET OUT OF THE ROADWAY AND RESTART THE CAR. HYUNDAI REPLACED THE ENTIRE ENGINE UNDER MANUFACTURER WARRANTY (TOOK ABOUT 5 MONTHS). UPON RECEIVING

VEHICLE BACK, THE SAME ISSUE HAPPENED IN THE FIRST 10 MINS OF DRIVING IT (ISSUE NOT FIXED). IT IS BACK AT THE HYUNDAI SERVICE CENTER AWAITING REPAIR.

### (ix)   2015 Hyundai Sonata Hybrid

**March 6, 2017 NHTSA ID NUMBER: 10958901**

A FEW MONTHS AGO THE VEHICLE STALLED AT A RED LIGHT. I FOUND COMPLAINTS OF THE SAME MAKE, YEAR AND MODEL STALLING ON OTHER OWNERS ON THE INTERNET. WENT TO DEALER AND AFTER NUMEROUS HOURS IN THE SHOP THEY COULD NOT FIND THE PROBLEM. TODAY MY 19 YEAR OLD DAUGHTER WAS ON A FOUR LANE HIGHWAY WITH NO PULL OFF LANES, ONLY CEMENT BARRIERS. THE VEHICLE STALLED AT 60 MPH. SHE ALMOST DIED FROM BEING HIT BY A TRACTOR TRAILER. SHE WAS MISSED BY ONLY A FEW INCHES. THE VEHICLE DID START AGAIN AND SHE GOT OFF THE HIGHWAY. MADE COMPLAINT WITH HYUNDAI CONSUMER AFFAIRS.

**December 19, 2017 NHTSA ID NUMBER: 11055562**

TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA HYBRID. THE CONTACT STATED THAT THE VEHICLE HAD PREMATURE ENGINE FAILURE DUE TO SLUDGE AND METAL FRAGMENTS ENTERING THE ENGINE ASSEMBLY. THE VEHICLE STALLED MORE THAN TWICE. THE VEHICLE WAS TOWED TO NORTH COUNTY HYUNDAI OF CARLSBAD (5285 CAR COUNTRY DR, CARLSBAD, CA 92008, (760) 929-4900) FOR THE FIRST REPAIR. THE DEALER INDICATED THAT THEY REPLACED THE GSI BELTS, BUT THE FAILURE RECURRED. THE VEHICLE WAS TOWED TO THE DEALER A SECOND TIME WHO INDICATED THAT THE HYBRID BATTERY DETACHED. THE DEALER RE-ATTACHED THE BATTERY, BUT THIS DID NOT PREVENT THE FAILURE. THE VEHICLE STALLED AGAIN AND WAS UNABLE TO BE DRIVEN. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DID NOT ASSIST. THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 15V568000 (ENGINE AND ENGINE COOLING). THE APPROXIMATE FAILURE MILEAGE WAS 88,000.

**June 21, 2018 NHTSA ID NUMBER: 11103080**

TL* THE CONTACT OWNS A 2015 HYUNDAI SONATA HYBRID. WHILE DRIVING 65 MPH, A LOUD POP SOUND WAS HEARD COMING FROM UNDERNEATH THE VEHICLE ON THE FRONT PASSENGER SIDE. THE CONTACT NOTICED SMOKE COMING FROM THE FRONT PASSENGER SIDE FLOOR PANEL. THERE WERE NO WARNING INDICATORS. THE CONTACT COASTED THE VEHICLE TO THE SIDE OF THE ROAD, EXITED THE VEHICLE, AND NOTICED FLAMES UNDERNEATH THE CENTER OF THE VEHICLE. THE ENTIRE VEHICLE BECAME ENGULFED IN FLAMES. THE FIRE DEPARTMENT WAS CALLED AND EXTINGUISHED THE FIRE. A FIRE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOW LOT. THE VEHICLE WAS NOT TAKEN TO A DEALER OR AN INDEPENDENT MECHANIC FOR DIAGNOSTIC TESTING. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DID NOT ASSIST. THE APPROXIMATE FAILURE MILEAGE WAS 35,000. THE VIN WAS NOT AVAILABLE. *TT

**December 2, 2018 NHTSA ID NUMBER: 11155443**

COMING HOME FROM A FUNERAL OUT OF TOWN. THE THE VEHICLE STARTED MAKING A CLICKING NOISE UNDER THE HOOD ON THE PASSENGER SIDE OF THE CAR. THEN THE VEHICLE STARTED SLOWING DOWN. WE WERE ABLE TO MAKE IT TO A GAS STATION AND THE VEHICLE STOPPED. THERE IS ALSO OIL LEAKAGE. IT WOULD TURN OVER, BUT STOP AGAIN. HAD TO PAY 700 TO TOW US AND THE VEHICLE HOME.

### (x)    2016 Hyundai Sonata Hybrid

**January 8, 2018 NHTSA ID NUMBER: 11061129**

ON 4 SEPARATE OCCASIONS WHILE TRAVELING ON HIGHWAYS AT HIGHWAY SPEED IN EV MODE, GETTING A WARNING "CHECK HYBRID SYSTEM TURN OFF ENGINE" ALONG WITH A CHECK ENGINE LIGHT; THESE ARE THE OCCURRENCE DATES 12/01/2017, 12/11/2017, 12/23/2017, 01/06/2018. EACH TIME HAS BEEN ACCOMPANIED BY A COMPLETE LOSS OF GASOLINE ENGINE AVAILABILITY RESULTING IN A SIGNIFICANT AND UNSAFE DROP IN VEHICLE SPEED DUE TO THE CAR ONLY BEING ABLE TO CONTINUE RUNNING ON BATTERY POWER. AFTER PULLING OVER I HAVE BEEN ABLE SHUTDOWN THE CAR AND RESTART.

UPON RESTART, THE GASOLINE ENGINE DOES COME BACK ON. ALSO NOTE THE "CHECK ENGINE" LIGHT HAS TURNED BACK OFF BY THE TIME I HAVE TAKEN THE CAR BACK TO THE DEALERSHIP. THE CAR HAS BEEN TO THE DEALERSHIP TWICE NOW AND SUPPOSEDLY REPAIRED BOTH TIMES UNDER WARRANTY. THE FIRST REPAIR ATTEMPT ON 12/12/2017; THE DEALER WAS INSTRUCTED BY HYUNDAI TO TRY TSB 16-01-020-1. THE SECOND REPAIR ATTEMPT ON 12/27/2017; THERE HAD BEEN A P261F AND P0A0F FAULT CODE AND THE DEALER WAS INSTRUCTED BY HYUNDAI TO REPLACE ALL FOUR SPARK PLUG COILS. THESE ATTEMPTS HAVE NOT FIXED THE UNDERLYING PROBLEM AS REPRESENTED BY THE LATEST OCCURRENCE ON 01/06/2018. THIS CAR IS LESS THAN TWO YEARS OLD AND HAD ONLY 36000 MILES ON IT WHEN THIS STARTED HAPPENING.

**February 15, 2019 NHTSA ID NUMBER: 11180233**

WENT TO GO GET AN OIL CHANGED ON FEB 9TH. MONDAY, FEB 11TH DROVE TO WORK AND BACK HOME, WHEN I REACHED THE EXIT OFF THE BELTWAY, THE CAR STARTED PUT PUTING, SMOKE STARTED COMING OUT OF THE BACK, ENGINE AND OIL LIGHT CAME ON. I IMMEDIATELY DROVE IT 6 MILES HOME TO PARK IT. HAD IT TOWED AN HOUR LATER. THE SHOP SAID THE ROD BUSTED AND WENT THROUGH MY ENGINE AND NO OIL WAS IN THE CAR. THIS HAS BEEN AN ONGOING ISSUES WITH THIS TYPE OF CAR. THIS EXPERIENCE HAS REALLY DRAMATIZED ME. NOT SURE IF MY INSURANCE WILL PAY FOR IT AND I WILL HAVE TO COME OUT OF POCKET TO REPLACE AN ENGINE THAT COULD HAVE POSSIBLY BEEN A RECALL. BASED OF MY VIN: ITS NOT, BUT JANUARY 2019 & APRIL 2016, THERE WERE RECALLS WITH THIS SAME ISSUE. ITS NOT RIGHT.

**May 23, 2019 NHTSA ID NUMBER: 11209538**

ON 5/11 MY WIFE WAS DRIVING WHEN SHE HEARD A CLICKING SOUND. SHE WAS NOT FAR FROM THE DEALERSHIP AND DECIDED TO DRIVE THE CAR IN TO GET LOOKED AT. AS SHE GOT CLOSE TO THE DEALERSHIP THE VEHICLE STARTED TO SMOKE. SHE PULLED OVER TO A SAFE LOCATION WHERE SHE COULD GET OUT AND AS SHE WAS PULLING OVER THE VEHICLE STARTED TO FLAME. SHE IMMEDIATELY GRABBED THE DOG AND JUMPED OUT OF THE CAR AND CALLED 911. WITHINJUST A

COUPLE MINUTES OF EXITING THE VEHICLE IT WAS FULLY ENGULFED IN FLAMES AND EXPLODED.

**March 25, 2021 NHTSA ID NUMBER: 11404829**

TL* THE CONTACT OWNS A 2016 HYUNDAI SONATA HYBRID. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V746000 (ENGINE) HOWEVER, THE PART TO DO THE RECALL REPAIR WAS UNAVAILABLE. THE CONTACT CALLED BOB BAKER HYUNDAI (5285 CAR COUNTRY DR, CARLSBAD, CA 92008, (760) 929-4900) WHERE IT WAS CONFIRMED THAT THE PART WAS NOT YET AVAILABLE FOR THE RECALL REPAIR. THE CONTACT STATED THAT THE MANUFACTURER EXCEEDED A REASONABLE AMOUNT OF TIME FOR THE RECALL REPAIR. THE CONTACT STATED WHILE DRIVING 30 MPH, A CLICKING SOUND WAS HEARD. THE CONTACT STATED THAT SEVERAL WARNING LIGHTS WERE ILLUMINATED. THE VEHICLE WAS NOT TAKEN TO AN INDEPENDENT MECHANIC OR DEALER TO DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS APPROXIMATELY 55,707. PARTS DISTRIBUTION DISCONNECT.

**May 19, 2021 NHTSA ID NUMBER: 11417828**

The contact owns a 2016 Hyundai Sonata Hybrid. The contact stated while driving 15 mph, the vehicle loss motive power and shuddered while the accelerator pedal was being depressed. There was no warning light illuminated. The contact pulled over and restarted the vehicle however, the failure persisted. The contact took the vehicle to the local dealer however, the vehicle was not yet diagnosed nor repaired. The contact was concerned that the failure was engine related. The manufacturer was made aware of the failure. The failure mileage was 99,000.

### (xi)    2010 Hyundai Tucson

**December 16, 2013 NHTSA ID NUMBER: 10556218**

TL* THE CONTACT OWNS A 2010 HYUNDAI TUCSON. THE CONTACT STATED THAT WHILE TRAVELING VARIOUS SPEEDS, THE VEHICLE SUDDENLY LOST ACCELERATION POWER. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE REPLICATED. THE MANUFACTURER WAS

CONTACTED ABOUT THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 20,000.

**March 19, 2019 NHTSA ID NUMBER: 11190038**

I FIRST NOTICED WHITE SMOKE COMING FROM THE BACK OF MY SUV. I PULLED INTO A STORE PARKING LOT AND TRIED TO PARK. MY MAIN BRAKES FAILED. I THEN TRIED USING MY EMERGENCY BRAKE. IT TOO FAILED. WHITE SMOKE STARTED COMING THROUGH THE VENTS SO I TURNED THEM AWAY FROM ME AND TRIED SHIFTING TO PARK WITH NO SUCCESS. I THEN PRESSED THE MAIN BRAKE AGAIN AND WAS ABLE TO SHIFT TO PARK. THEN SOMEONE IN THE PARKING LOT YELLED, "YOUR CAR'S ON FIRE! GET OUT!" I GRABBED MY KEYS, CELL PHONE AND WORK BADGE AND AS I WAS GETTING OUT, BLACK SMOKE BEGAN FILLING THE CABIN. STORE EMPLOYEES TRIED TO PUT OUT THE FIRE WITH FIRE EXTINGUISHERS WITH NO SUCCESS. WITHIN 10 MINUTES THE FRONT HALF OF THE SUV WAS ENGULFED IN FLAMES! I HAVE NO CLUE WHAT COULD HAVE CAUSED THE BRAKES TO FAIL NOR THE REASON FOR THE ENGINE TO CATCH FIRE! I HAVE VIDEO AND PHOTOS FOR VIEWING.

**July 26, 2019 NHTSA ID NUMBER: 11235127**

TL* THE CONTACT OWNS A 2010 HYUNDAI TUCSON. THE CONTACT STATED THAT THE VEHICLE WAS LEAKING FUEL. THE FUEL PUDDLES UNDERNEATH THE VEHICLE GREW LARGER EACH WEEK. THE CONTACT CALLED HYUNDAI CUSTOMER SERVICE AT 1-855-371-9460, BUT WAS NOT ASSISTED. THE CONTACT CALLED KEYS MISSION HILLS HYUNDAI (10240 SEPULVEDA BLVD, MISSION HILLS, CA 91345, (818) 221-4000) AND WAS INFORMED THAT THE VIN WAS INCLUDED IN NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE AND ENGINE COOLING). THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 109,448. *JS *LN *JS

(xii)   **2011 Hyundai Tucson**

**September 29, 2010 NHTSA ID NUMBER: 10358198**

TL*THE CONTACT OWNS A 2011 HYUNDAI TUCSON. AFTER ATTEMPTING TO MOVE FORWARD FROM A STOP, THE VEHICLE SUDDENLY STALLED AND COMPLETELY SHUT OFF. THE CONTACT COULD NOT RESTART THE ENGINE. THE VEHICLE WAS TOWED TO AN AUTHORIZED DEALER BUT THE FAILURE COULD NOT BE DUPLICATED. THE MANUFACTURER SENT OUT A DISTRICT MANAGER TO INSPECT THE VEHICLE BUT COULD NOT FIND THE CAUSE FOR FAILURE. THE VEHICLE HAD NOT BEEN REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 600.

**July 11, 2019 NHTSA ID NUMBER: 11231044**

ENGINE HAS A VERY BAD KNOCKING SOUND AS DESCRIBED IN RECALLED CARS THAT CATCH FIRE WITH THE SAME ENGINE. I CAN'T DRIVE IT IN THIS CONDITION AND THE MECHANIC SAYS REPAIR IS VERY EXPENSIVE AND MIGHT NOT FIX THE PROBLEM. THERE IS A CONCERN THAT THERE ARE NO GOOD ENGINE PARTS FROM WHICH TO EVER FIX IT. THE SOUND JUST KEEPS GETTING WORSE.

**October 28, 2019 NHTSA ID NUMBER: 11271483**

TL* THE CONTACT OWNS A 2011 HYUNDAI TUCSON. THE CONTACT RECEIVED A RECALL NOTIFICATION FOR NHTSA CAMPAIGN NUMBER: 19V063000 (ENGINE, AND ENGINE COOLING). THE VEHICLE WAS TAKEN TO RICK CASE HYUNDAI (19991 VILLAVIEW RD, CLEVELAND, OH 44119, (216) 487-6295) AND REPAIRED PER THE RECALL. WHILE DRIVING, THE RPMS INCREASED, AND THE ENGINE REVVED AND MADE A CLICKING NOISE. ALL THE WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL. THE CONTACT COASTED THE VEHICLE TO THE SIDE OF THE ROAD AND SMOKE EMERGED FROM THE ENGINE. THE CONTACT LIFTED THE HOOD AND NOTICED OIL SPILLED ALL AROUND THE ENGINE. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC WHO STATED THAT THE ENGINE NEEDED TO BE REPLACED. ACCORDING TO HYUNDAI IT WAS A BOLT THAT GOT LOOSE AND CAUSED ALL THE HAVOK. RODS AND METAL WERE EVERYWHERE IN THE VEHICLE AND THERE IS APPARENTLY (HAVEN'T SEEN IT YET) A HOLE IN THE ENGINE BLOCK AND OIL PAN. THE VEHICLE WAS NOT REPAIRED. THE DEALER AND MANUFACTURER WERE NOT

NOTIFIED. THE FAILURE MILEAGE WAS APPROXIMATELY 140,000. *TR *JB *BF *JS

**August 31, 2020 NHTSA ID NUMBER: 11352210**

TL* THE CONTACT OWNS A 2011 HYUNDAI TUCSON. THE CONTACT STATED THAT WHILE DRIVING ON THE HIGHWAY AT 55 MPH, THE VEHICLE STARTED LEAKING OIL, RESULTING IN A BLOWN PISTON. THE ENGINE WAS SEVERELY DAMAGED BY THE PISTON HOWEVER, THE COMPLETE EXTENT OF THE DAMAGES WERE UNKNOWN. THE CONTACT PULLED OVER TO THE SIDE OF THE ROADWAY. THE CONTACT STATED THAT THERE WAS EVIDENCE OF THE OIL LEAK ON THE ROADWAY. THE VEHICLE WAS TOWED BY THE INSURANCE COMPANY TO AN INDEPENDENT MECHANIC TO BE DIAGNOSED. AN UNKNOWN DEALER WAS CONTACTED AND INFORMED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER HAD NOT BEEN CONTACTED. THE FAILURE MILEAGE WAS 78,000.

### (xiii)  2012 Hyundai Tucson

**June 13, 2016 NHTSA ID NUMBER: 10873948**

WHILE DRIVING ON THE I90 THROUGH SNOQUALMIE PASS IN WASHINGTON, MOVED TO OVERTAKE ANOTHER VEHICLE IN THE OVERTAKING LANE.

AS I MOVED INTO THE LANE AND ACCELERATED, THE ENGINE DROPPED DOWN A GEAR AND A WHINING NOISE WAS HEARD. AT THIS POINT I HAD TOTAL LOSS OF POWER AND WAS TRAVELLING AT ~70MPH.

I WAS ABLE TO SAFELY PULL OVER ONTO THE SIDE OF THE ROAD AND THE CAR WAS TOWED. THERE WAS MEDIUM TRAFFIC AT THE TIME HOWEVER I WAS ON A SLIGHT DOWNHILL SO DIDN'T RAPIDLY LOSE SPEED.

HYUNDAI CARPROS IN RENTON REPORTED THAT THE PISTON HAD FAILED AND HAD PUNCTURED THE ENGINE CASING.

**October 3, 2016 NHTSA ID NUMBER: 10911312**

TRAVELING STRAIGHT ON INTERSTATE, SPONTANEOUSLY LOST ALL POWER TO VEHICLE AFTER A LOUD METAL CRUNCHING SOUND. HARDLY WAS ABLE TO DRIFT OUT OF INTERSTATE TRAFFIC ON TO SHOULDER OF ROAD. I WAS UNABLE TO TURN IGNITION OVER, OIL AND ENGINE CAUTION LIGHTS WERE ON. NO VISIBLE ISSUES OR LEAKS FROM ENGINE.

ONE OWNER VEHICLE, TRAVELED MOSTLY HIGHWAY MILES, HAD REGULAR MAINTENANCE FROM DEALER SHIP WHERE PURCHASED FROM, AND ONLY HAD 70776 MILES ON A 2012 MODEL.

**April 11, 2017 NHTSA ID NUMBER: 10971922**

WHILE DRIVING --LOUD KNOCKING NOISE IN THE ENGINE. WAS DIAGNOSED BY DEALER AS HAVING WORN ROD/CRANKSHAFT;METAL DEBRIS IN OIL PAN -- IF CONTINUING TO DRIVE, THEN WARNED TO CAUSE ENGINE FAILURE AND SHUTDOWN. THIS SAME PROBLEM RECEIVED A RECALL IN SONATAS, BUT NOW IS HAPPENING WITH THE TUCSONS.

**June 25, 2019 NHTSA ID NUMBER: 11222384**

TL* THE CONTACT OWNS A 2012 HYUNDAI TUCSON. THE CONTACT RECEIVED A NHTSA CAMPAIGN NUMBER : 19V063000 (ENGINE AND ENGINE COOLING). THE CONTACT STATED THAT WHILE DRIVING AT 65 MPH, HE HEARD AN EXPLOSION IN THE ENGINE AND THE POWER BRAKES STOPPED WORKING. THE ENTIRE PANEL ILLUMINATED AND THE CONTACT PULLED THE VEHICLE OVER. THE VEHICLE WAS SMOKING AND THE CONTACT HAD TO BE HELPED OUT OF THE VEHICLE BY A PASSER BY. THE ENTIRE VEHICLE ENGULFED IN FLAMES. THE FIRE WAS FROM THE FRONT OF THE VEHICLE BY THE ENGINE AND WENT TO THE REAR PASSENGER DOORS. THERE WERE NO INJURIES. A POLICE AND FIRE REPORT WERE COMPLETED AND THE FLAMES WERE FINALLY PUT OUT BY THE FIRE COMPANY. THE DEALER KEY HYUNDAI 4660 SOUTHSIDE BLVD #100, JACKSONVILLE, FL 32216 (904) 642-6060 WERE EMAILED BY THE CONTACT TO TRY TO ARRANGE TO HAVE THE VEHICLE TOWED TO THEIR LOCATION FOR A DIAGNOSIS. THE MANUFACTURER WAS NOT YET CONTACTED. THE FAILURE MILEAGE WAS 134,000.

**January 19, 2021 NHTSA ID NUMBER: 11388898**

WHILE ACCELERATING ONTO THE HIGHWAY, A CLICKING OR CLACKING NOISE WAS HEARD FROM THE ENGINE, THE VEHICLE THEN SEEMED TO SUDDENLY LOOSE POWER THEN STALL. I WAS FORTUNATE TO BE ABLE TO COAST THE VEHICLE OFF THE ROAD AND INTO A PARKING LOT. WITH THE VEHICLE PARKED, FOUND OIL POURING FROM UNDER THE ENGINE AND ALSO SAW A LONG TRAIL OF OIL LEADING FROM THE HIGHWAY TO THE VEHICLE. ALSO FOUND METAL SHAVINGS IN THE OIL AND DEBRIS FROM THE BROKEN ENGINE BLOCK CAUGHT IN THE PLASTIC SHROUD UNDER THE ENGINE.

### (xiv)  2013 Hyundai Tucson

**April 17, 2017 NHTSA ID NUMBER: 10978772**

TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE STALLED AND THE ENGINE SEIZED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO THE DEALER, BUT THE CAUSE OF THE FAILURE COULD NOT BE DUPLICATED. THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN NUMBER: 17V226000 (ENGINE). THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND INFORMED THE CONTACT THAT NOTHING COULD BE DONE TO ASSIST. THE FAILURE MILEAGE WAS APPROXIMATELY 61,000.

**May 20, 2017 NHTSA ID NUMBER: 10990692**

I OWN A 2013 HYUNDAI TUCSON WITH 70,000 MILES ON IT. I MAINTAIN IT PROPERLY, USE SYNTHETIC OIL REGULARLY, BUT THE ENGINE SEIZED YESTERDAY WHILE DRIVING ON THE PENNSYLVANIA TURNPIKE. HYUNDAI KNOWS THEY HAVE A PROBLEM WITH THEIR ENGINES AND I AM HOPING MY ACTION TODAY WILL LEAD TO A RECALL OF THIS TYPE OF VEHICLE.

**June 7, 2017 NHTSA ID NUMBER: 10993737**

TL* THE CONTACT OWNS A 2013 HYUNDAI TUCSON. WHILE DRIVING APPROXIMATELY 65 MPH, THERE WAS A KNOCKING NOISE COMING FROM THE FRONT PASSENGER SIDE OF THE ENGINE COMPARTMENT WHILE ACCELERATING. THE ENGINE

SEIZED WITHOUT WARNING. THE CONTACT COASTED THE
VEHICLE TO THE SIDE OF THE ROAD AND ATTEMPTED TO
START THE ENGINE, BUT IT FAILED. THE VEHICLE WAS TOWED
TO THE DEALER (HEADQUARTERS HYUNDAI LOCATED AT 3775
N US HIGHWAY 17-92, SANFORD, FL, 32773) WHERE IT WAS
DIAGNOSED THAT THE SECOND BEARING MELTED AND THE
ENTIRE ENGINE NEEDED TO BE REPLACED. THE DEALER
INFORMED THE CONTACT THAT THE VEHICLE WAS OUT OF
WARRANTY AND COULD NOT BE SERVICED. THE VEHICLE WAS
NOT REPAIRED. THE VIN WAS NOT INCLUDED IN NHTSA
CAMPAIGN NUMBER: 17V226000 (ENGINE AND ENGINE
COOLING). THE MANUFACTURER WAS NOTIFIED. THE
APPROXIMATE FAILURE MILEAGE WAS 95,000.

**August 8, 2018 NHTSA ID NUMBER: 11118639**

AT HIGHWAY SPEED VEHICLE BEGAN TO SHUDDER THEN LOUD
"CLUNK" AND LOST POWER. SMALL ENGINE COMPARTMENT
FIRE DEVELOPED BUT THEN THANKFULLY WENT OUT. VEHICLE
WAS TOWED TO NEAREST SHOP WHICH INFORMED US THAT
VEHICLE HAD THROWN A ROD AND WILL REQUIRE ENGINE
REPLACEMENT. VEHICLE HAS NOW BEEN TOWED TO NEAREST
HYUNDAI DEALER THAT "WILL GO TO BAT TO TRY AND GET
HYUNDAI TO FIX". WE ARE NOT THE ORIGINAL OWNERS OF
VEHICLE SO APPARENTLY THE 10/100 DOES NOT APPLY.
VEHICLE HAS BEEN MAINTAINED PROPERLY. NEED TO KNOW
WHAT TO DO OR WHO TO COMMUNICATE WITH TO GET
HYUNDAI TO RECOGNIZE THIS PROBLEM.

**April 9, 2021 NHTSA ID NUMBER: 11407201**

I WAS DRIVING AT HIGH SPEED OF 55 MPH AND EXPERIENCED A
HIGH-SPEED STALL ON MY 2013 HYUNDAI TUSCON. I HEARD A
KNOCKING SOUND AND THEN ALL MY LIGHTS CAME ON
(OIL,ENGINE,ETC.). I WAS SO SCARED AND MADE IT TO THE
SHOULDER SAFELY. THANK GOD. I TRIED TO START THE CAR
BUT IT WOULDN'T START. I ALSO, SAW SMOKE SO I DIDN'T
KNOW WHAT WAS HAPPENING. SO I WAS STRANDED ON THE
HIGHWAY AND CALLED A TOW TRUCK AND THEY TOWED ME
TO THE MECHANICS SHOP IN MY TOWN. THE MECHANIC
STATED TO ME THAT THERE IS OIL LEAKING UNDERNEATH AND
THAT MY ENGINE IS SHOT! I HAVE ALWAYS TAKEN VERY CARE

OF MY VEHICLE, I STILL HAVE TWO YEARS OF CAR PAYMENTS ON IT! HE SAID IT LOOKS LIKE A ROD BROKE AND THERE IS A HOLE IN MY ENGINE! ALSO, SOME KIND OF METAL DEBRIS IN MY OIL. SO GLAD I AM SAFE AND MY 9 YEAR OLD DAUGHTER IS SAFE. I AM SO UPSET. VERY SCARY SITUATION. STAY SAFE WITH THESE VEHICLES EVERYONE. NOT GOOD...

### (xv)    2009 Hyundai Genesis Coupe

**October 11, 2014 NHTSA ID NUMBER: 10643988**

THE CAR HAD RECENTLY GOTTEN A MAJOR SERVICE AT THE DEALERSHIP IN EARLY AUGUST. THE CAR HAD NOT BEEN DRIVEN MUCH SINCE THAT SERVICE AS THE PRIMARY DRIVER WAS UNABLE TO DRIVE THE CAR FROM MID AUGUST THROUGH THE TIME OF THE INCIDENT. THIS IS A CAR THAT WAS WELL MAINTAINED THROUGH DEALERSHIP SERVICING. THE CAR WAS BEING DRIVEN ON THE FREEWAY AT NIGHT AT THE APPROXIMATE SPEED OF 65 MPH. SUDDENLY, A LOUD METALLIC CLANK, CLANK CLANK CAME FROM UNDERNEATH THE CAR. IT SOUNDED AS IF WE HAD RUN OVER SOMETHING ON THE FREEWAY. DIRECTLY FOLLOWING THIS, THE CAR LOST ALL POWER AND WE NOTICED THE SMELL OF ELECTRICAL BURNING. WE WERE UNABLE TO ACCELERATE AND THE HEADLIGHTS BEGAN TO DIM. LUCKILY, WE WERE ABLE TO STEER THE CAR OFF THE NEXT OFF RAMP & BRING THE CAR TO A STOP BUT THE POWER STEERING AND POWER BRAKING WERE GONE. HAD THIS NOT OCCURRED ON A SUNDAY NIGHT, THE RESULTS COULD HAVE BEEN VERY DIFFERENT. ONCE SAFELY TO THE SIDE OF , WE SMELLED A STRONG ELECTRICAL BURNING SMELL IN THE PASSENGER COMPARTMENT. WE DID NOT WITNESS EVIDENCE OF FIRE OR SMOKE. INITIALLY, THE LIGHTS WENT OUT COMPLETELY. THEY SLOWLY POWERED BACK ON BUT EACH TIME KEYLESS START BUTTON WAS PUSHED, THE LIGHTS WOULD BEGIN TO DIM AGAIN. THE CAR WAS TOWED TO THE DEALERSHIP. THE DEALERSHIP CALLED THE FOLLOWING DAY TO LET US KNOW THAT THE ENGINE HAD A HOLE IN THE BLOCK. FROM THEIR ASSESSMENT, THIS WAS NOT CAUSED BY AN EXTERNAL FORCE BUT FROM THE FAILURE OF AN INTERNAL COMPONENT. WE FILED A CLAIM WITH HYUNDAI CORPORATE WHO DEEMED THAT THE PROBLEM WAS NOT CAUSED BY A MANUFACTURER'S DEFECT. *TR

**November 23, 2016 NHTSA ID NUMBER: 10927614**

WAS DRIVING CAR TO MEET MY HUSBAND AND WHEN I TURNED THE CORNER, HE WAS FRANTICALLY WAVING ME TO GET OUT OF THE CAR BECAUSE IT WAS ON FIRE, IN THE FRONT UNDER THE DRIVER'S SIDE BUMPER. I GOT OUT AND SAW FLAMES SHOOTING FROM UNDER THE BUMPER. WITH THE FIRE DEPARTMENT ON THE WAY, WE MADE SEVERAL ATTEMPTS TO PUT THE FIRE OUT W/WATER TO NO AVAIL. A NEARBY STORE OWNER CAME OUT WITH A FIRE EXTINGUISHER AND WAS ABLE TO PUT THE FIRE OUT. ONCE FIRE DEPARTMENT ARRIVED, HE INDICATED THAT IT APPEARED TO BE AN ELECTRICAL FIRE. ONCE THEY MOVED THE CAR, MY HUSBAND ATTEMPTED TO START IT AND IT STARTED BILLOWING OUT SMOKE. AT THAT POINT, THE FIRE DEPARTMENT ORDERED HIM TO TURN IT OFF AND HAVE THE CAR TOWED AND TO NOT DRIVE THE VEHICLE AGAIN

### (xvi)  2010 Hyundai Genesis Coupe

**May 12, 2015 NHTSA ID NUMBER: 10715933**

I WAS DRIVING ON ROUTE 81 TO HARRISBURG AND HEARD A LOUD NOISE AND MY ENGINE JUST SHUT OFF. I HAD TO COAST OVER TO THE SIDE OF THE ROAD TO A SAFE PLACE. I HAD TO GET MY CAR TOWED AND MY MECHANIC INSPECTED THE VEHICLE AND ADVISED THAT THE CONNECTING ROD INSIDE THE ENGINE BROKE AND PUT A HOLE IN THE ENGINE AND THE OIL TANK. I HAD TO GET THE CAR TOWED AND WHILE IT WAS ON THE TOW TRUCK I SAW THE OIL JUST POURING OUT OF THE BOTTOM OF THE VEHICLE. THE TECHNICIAN TOLD ME THAT THIS IS VERY ODD FOR THIS TO BREAK. HE SAID IT IS MOST LIKELY A MANUFACTURERS DEFECT BECAUSE THIS DOES NOT JUST HAPPEN. OIL TANK WAS FULL WITH OIL AND THE CAR HAS BEEN WELL TAKEN CAR OF. ANY OTHER INCIDENTS LIKE THIS ONE?

**April 18, 2016 NHTSA ID NUMBER: 10859999**

TL* THE CONTACT OWNS A 2010 HYUNDAI GENESIS. WHILE DRIVING APPROXIMATELY 45 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE FAILED TO RESTART AND

WAS TOWED TO THE DEALER. THE MECHANIC WAS UNABLE TO LOCATE THE FAILURE. THE FAILURE RECURRED THREE DAYS LATER. THE VEHICLE WAS TOWED BACK TO THE DEALER FOR A SECOND TIME. THE VEHICLE WAS IN THE PROCESS OF BEING DIAGNOSED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 75,000.

### (xvii) 2011 Hyundai Genesis Coupe

**March 8, 2016 NHTSA ID NUMBER: 10845551**

THE ENGINE DOESN'T TURN OVER, AND ACCORDING TO THE MECHANICS AT THE DEALER, IT APPEARS THAT THE "ENGINE IS LOCKED UP". PRIOR TO THE CAR JUST STOPPING WHILE I WAS DRIVING, NONE OF THE ENGINE INDICATOR LIGHTS CAME ON. THIS CAR HAS 23,000 MILES. THE MECHANICS HAVE CONTACTED THE WARRANTY DEPARTMENT WHO HAVE REQUESTED PICTURES OF THE OIL PAN. I RECEIVED AN OIL CHANGE EXACTLY ONE MONTH BEFORE THIS INCIDENT AND NO ONE AT JIFFY LUBE NOTED ANY PROBLEMS.

**July 28, 2017 NHTSA ID NUMBER: 11011364**

TL* THE CONTACT OWNS A 2011 HYUNDAI GENESIS. ON SEVERAL OCCASIONS, WHILE DRIVING ON THE HIGHWAY, THE VEHICLE STALLED WITHOUT WARNING AND LOST POWER. THE VEHICLE WAS TOWED TO FLORENCE HYUNDAI (1721 W LUCAS ST, FLORENCE, SC 29501 (843) 667-3317) WHERE NO DIAGNOSTIC FAILURE CODES WERE FOUND AND THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 147,000.

**July 29, 2018 NHTSA ID NUMBER: 11114378**

EVERY TIME I START MY CAR IN THE MORNING I GET THIS LOUD CLINKING NOISE LIKE SOMETHING IS RATTLING INSIDE THE ENGINE AND SOUNDS LIKE THE TIMING CHAIN . I HAVE TRIED EVERYTHING POSSIBLE TO FIX THIS I HAVE TAKEN IT TO HYUNDAI BEFORE AND THEY CHANGED OUT THE TENSION OR PULLEY AND OTHER THINGS I HAVE TAKEN IT TO GET HER BRAND NEW COMPRESSOR AFTER I JUST GOT A BRAND NEW

COMPRESSOR I HAVE TRIED PUTTING FORCE AND 30 MOTOR OIL ON REGULAR INTERVALS BUT NOTHING SEEMS TO QUIET THAT LOUD NOISE DON'T UNDERSTAND WHAT'S GOING ON AND HYUNDAI HAD NO IDEA WHAT THE NOISE WAS.

**September 13, 2019 NHTSA ID NUMBER: 11255361**

I HAD 53,000 MILES ON THE VEHICLE. DRIVING ON HIGHWAY MY STEERING WHEEL GOT STIFF AND TOOK AN EXIT. MY VEHICLE WAS IN SMOKE AND TOWED TO NEAR BY HYUNDAI SERVICE CENTER. I WAS TOLD THAT TIMING BELT GOT BROKEN AND THAT IN-TURN CAUSED DAMAGE TO ENGINE PISTONS. HYUNDAI DECLINED TO OFFER ANY ASSISTANCE, AND SAID I HAVE TO PAY FOR ALL THE REPAIRS. I HAD TO SELL THE CAR FOR A FEW HUNDRED DOLLARS, BECAUSE THEY ASKED ABOUT 7K TO FIX A REPLACEMENT ENGINE.

**December 10, 2020 NHTSA ID NUMBER: 11382916**

THE CAR WAS PARKED (NOT RUNNING OR MOVING) IN AN OPEN AIR GROCERY STORE PARKING LOT. I WAS IN THE GROCERY STORE FOR APPROXIMATELY 20 MINUTES AND CAME OUT TO FIND A CROWD AND A FIRE CREW WHO HAD JUST PUT OUT THE FIRE IN THE HOOD AREA OF MY CAR. I HAVE PHOTOS OF THE CAR BUT THEY ARE ON MY PHONE AND I DON'T KNOW HOW TO SEND THEM TO COMPUTER.

### (xviii) 2012 Hyundai Genesis Coupe

**October 19, 2016 NHTSA ID NUMBER: 10917320**

TL* THE CONTACT OWNS A 2012 HYUNDAI GENESIS. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 35 MPH OR LESS, THE ENGINE STALLED. THE VEHICLE WAS DRIVEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED AND REPAIRED. THE CRANKSHAFT SENSOR WAS REPLACED BUT THE FAILURE RECURRED. THE FAILURE MILEAGE WAS 72,000. THE VIN WAS NOT AVAILABLE.

**September 28, 2017 NHTSA ID NUMBER: 11030377**

45

TL* THE CONTACT OWNS A 2012 HYUNDAI GENESIS. WHILE AT A STOP LIGHT, THE VEHICLE SUDDENLY EXPERIENCED UNINTENDED ACCELERATION. DURING THE INCIDENT, THE BRAKES MALFUNCTIONED AND WOULD NOT IMMEDIATELY STOP THE VEHICLE WHEN THE BRAKE PEDAL WAS DEPRESSED. MOMENTS LATER, THE ENGINE BACKFIRED AND THE CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO THE LOCAL DEALER (HYUNDAI OF COCONUT CREEK IN COCONUT CREEK, FL) WHERE IT WAS DIAGNOSED THAT THE ENGINE VALVE WAS FAULTY AND NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION WAS FAULTY AND NEED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE, BUT NO ASSISTANCE WAS OFFERED. THE FAILURE MILEAGE WAS 65,000.

**March 17, 2018 NHTSA ID NUMBER: 11079945**

EVERY TIME MY CAR IS IDLE, WHETHER AT CARPORT, STREET LIGHT OR HEAVY TRAFFIC, THE ENGINE RUNS REALLY ROUGH SOUNDS/FEELS LIKE IT IS GOING TO TURN OFF (STOP RUNNING)ALSO WHEN AC/HEATER & RADIO ARE ON IT GETS WORSE! IT'S SCARY TO THINK I MAY GET STUCK IN MIDDLE OF FREEWAY/STREET EVERY TIME CAR IS AT IDLE. I'VE TAKEN IT TO HYUNDAI DEALER FROM DAY ONE FOR THE ISSUE AND EVEN LET THEM KNOW IT'S STILL HAPPENING EVERY TIME I TAKE IT FOR ENGINE OIL CHANGE OR OTHER SCHEDULED MAINTENANCE AND TOLD EVERY TIME THEY CAN'T FIND ISSUE!! I DO NOT REMEMBER SPECIFIC DATES, NOR DID I SAVE ALL THE PAPER WORK SINCE I BOUGHT THE CAR IN 2012! SHOULDN'T DEALER HAVE RECORDS IN THEIR COMPUTERS? IT'S BEEN ON GOING SINCE I BOUGHT THE CAR IN 2012!!

**January 28, 2021 NHTSA ID NUMBER: 11390586**

COMPLETE FAILURE OF ENGINE. SENSORS AND ELECTRICAL COMPONENTS MALFUNCTIONS. TOUCH SCREEN DISPLAY NON RESPONSIVE AND KEYSTROKES OFF. GAS/FUEL WOULD SPEW BACK OUT WHEN FILLING. WINDSHIELD VISIBILITY POOR. LIGHTING DIM. HYDRAULIC SYSTEM FAIL. TIMING BELT FAIL. FLANG SOUND (TICKING IN ENGINE) LED TO ENGINE FAIL.

ELECTRICAL LIGHTS FLICKERING WAS ME. VEHICLE STALLED OUT COMPLETELY SHUTTING OFF LOCKING UP AND SEIZING OUT. COMPONENTS MALFUNCTIONING. HARD BRAKE CHECKS, HIGH RPM RREVVING, AND IDLEING ALL ARE SHOWN WHEN CAR WAS TRAVELING AT 45 MPH AND NO CHANGE IN SPEED. FAILURE OF FLUIDS CAUSE CORROSION AND HECU. ENGINE LIGHT INDICATOR AND ENGINE OIL LAMP LIGHT FLICKERING WITH NO DISTINCT PATTERN. PROCEEDED TO BANG LOUD IN ENGINE. RPM REV 2-3K BEFORE SPEED CATCHES. CD PLAYER PROBLEMS. ALWAYS MAKING A SOUND AS IF IT IS TRYING TO EJECT AND THEN SPUTTERS OUT. IN 2 DAYS THE ENTIRE VEHICLE WENT FROM NO LIGHTS DISPLAYING NO KNOCKING SOUND. 94K MILES TOTAL

**(xix)  2013 Hyundai Genesis Coupe**

**June 28, 2013 NHTSA ID NUMBER: 10522298**

TL* THE CONTACT OWNS A 2013 HYUNDAI GENESIS. THE CONTACT STATED THAT WHILE DRIVING 72 MPH, BLACK EXHAUST CARBON SOOT EMERGED FROM THE EXHAUST PIPE. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSIS BUT THEY WERE UNABLE TO DUPLICATE THE PROBLEM. THE VEHICLE WAS NOT REPAIRED AND THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 50. UPDATED 07/11/13*LJ UPDATED 07/31/13*LJ A REGION REP INFORMED THE CONSUMER NOTHING COULD BE DONE TO CORRECT THE PROBLEM. *TR

**April 14, 2014 NHTSA ID NUMBER: 10579600**

IN THE MORNING AROUND 9AM GOING TO WORK ON 405 NORTH. ALL THE SUDDEN I STARTED TO LOSE POWER, ENGINE WAS STILL RUNNING BUT DIDN'T ACCELERATE AT ALL, I CAME TO STOP END UP BLOCKING ON OF RIGHT LANE AND NOTICED ENGINE SOUND WAS UNUSUAL AND STARTED SHAKING A LOT. I CALLED HYUNDAI ROADSIDE ASSISTANCE AND MY CAR WAS PICKED UP AND DROPPED TO A KIRKLAND HYUNDAI DEALER BUT THEY DIDN'T FIND ANYTHING UNUSUAL. SERVICE SHOP PERSONAL CLAIM THAT CAR STARTED RIGHT UP AND DIDN'T FIND ANYTHING FROM DIAGNOSTICS TEST. THIS INCIDENT MAKES ME VERY NERVOUS TO DRIVE THIS CAR. *JS

**September 29, 2016 NHTSA ID NUMBER: 10910567**

ROUGH IDLE ON COLD START. WE HAVE HAD THIS CONDITION CHECKED ON 3 SEPARATE OCCASSIONS WITH NO SUCCESSFUL REPAIR. CONDITION WAS FIRST CHECKED AT 18K MILES AND LAST AT 34K. WE HAVE HAD TO BRING THE VEHICLE TO PRIVATE SHOP TO HAVE OUR ROUGH IDLE ON COLD START CONDITION CONFIRMED. NO RESOLUTION WITH MANUFACTURER AT THIS TIME.

**February 23, 2021 NHTSA ID NUMBER: 11397605**

VEHICLE WAS IN MOTION AS I WAS TRAVELING ON A HIGHWAY VEHICLE IMMEDIATE POWERED DOWN, SHUT OFF AND STARTED TO SMOKE AND WHEN I ATTEMPTED TO START VEHICLE UP IT STARTED TO SPARK.. I HAVE NOTICED HYUNDAI HAS HAD MANY RECALLS ON THEIR ENGINES AND THEY ARE AWARE

### (xx)   2014 Hyundai Genesis Coupe

**September 28, 2016 NHTSA ID NUMBER: 10910306**

TL* THE CONTACT OWNS A 2014 HYUNDAI GENESIS COUPE. WHILE DRIVING 5 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE FAILURE OCCURRED NUMEROUS TIMES WHILE DRIVING. THE DEALER COULD NOT DIAGNOSE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS 43,514.

**June 4, 2018 NHTSA ID NUMBER: 11099504**

TL* THE CONTACT OWNS A 2014 HYUNDAI GENESIS. WHILE DRIVING APPROXIMATELY 45 MPH, THE ENGINE STALLED WITHOUT WARNING. THE VEHICLE WAS PULLED OVER TO THE SIDE OF THE ROAD AND RESTARTED, BUT THE FAILURE RECURRED. THE VEHICLE WAS TAKEN TO PEACOCK HYUNDAI HILTON HEAD IN HARDEEVILLE, SOUTH CAROLINA 29927 (843-208-1234) WHERE IT WAS DIAGNOSED THAT THE CHARCOAL FILTER WAS OVERLOADED AND SHUT DOWN THE ENGINE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND

RECOMMENDED THAT THE CHARCOAL FILTER BE REPLACED. THE FILTER WAS REPLACED, BUT THE CONTACT DID NOT FEEL THAT THE VEHICLE WAS SAFE TO DRIVE. THE FAILURE MILEAGE WAS APPROXIMATELY 51,000.

**February 4, 2019 NHTSA ID NUMBER: 11174359**

I WAS DRIVING ON A HIGHWAY WHEN MY VEHICLE STALLED NEARLY CAUSING A MAJOR ACCIDENT. THERE WAS NO WARNING, ENGINE LIGHT OR ISSUES WITH THE CAR STARTING OR DRIVING. NO ISSUES WITH IDLING OR ANYTHING TO SUGGEST I NEEDED SERVICE. THE DEALER IS SAYING IT IS EXCESS CARBON ON THE THROTTLE BODY. IT APPEARS HYUNDAI HAS HAD ISSUES WITH THIS THAT HAVE NOT BEEN ADDRESSED.

**October 25, 2019 NHTSA ID NUMBER: 11271128**

SO I HAD BOUGHT MY GEN COUPE 25 DAYS BEFORE IT HAD BLOWN UP. WHEN PURCHASED I DID ALL THE REGULAR MAINTENANCE. 4,000 MILES LATER. THE ENGINE HAS OIL ISSUES AND DROPPED A CYLINDER AND BLEW THE ENGINE. I HAD FINANCED THE CAR AND NOW I'M STUCK WITH A BROKEN CAR AND EVERY SHOP WANTS TO CHARGE ME 10-15K FOR A NEW USED ENGINE. I'M LOST AND DON'T KNOW WHAT TO DO. IS THERE ANYONE ELSE DEALING WITH THE SAME ISSUES?

**June 7, 2021 NHTSA ID NUMBER: 11419883**

The contact owns a 2014 Hyundai Genesis. The contact stated while starting the vehicle, the contact heard an abnormal sound coming from the vehicle. The contact stated that the check engine warning light was illuminated. The contact took the vehicle to the local dealer, where he was informed that the sound was normal. The contact stated that the sound remained. The manufacturer had not been informed of the failure. The failure mileage was approximately 65,000.

**(xxi)  2015 Hyundai Genesis Coupe**

**October 28, 2015 NHTSA ID NUMBER: 10786828**

THE CAR ENGINE WILL SPONTANEOUSLY STOP WHILE THE CAR
IS IN MOTION. THIS CAUSES ME TO LOSE ALL POWER STEERING,
BRAKES STABILITY CONTROL ETC. THIS HAS HAPPENED ON
CITY STREET WHILE THE CAR WAS IN MOTION. THE CAR WAS
MOVING FORWARD IN A RELATIVELY STRAIGHT LINE. IT HAS
BEEN "FIXED" BUT NOT FIXED. IT IS AT THE DEALER FOR THE
2ND "FIX". THE 1ST "FIX"WAS 10/12/15. THE 2ND "FIX" BEGAN
10/27/15 & IS STILL UNDERWAY. THE CONSUMER STATED A
DIAGNOSTIC REPORT FOUND 32 CODES. THE CONSUMER WAS
PROVIDED A LOANER VEHICLE. UPDATED 10/25/2017*JS

**February 22, 2017 NHTSA ID NUMBER: 10956266**

TL* THE CONTACT OWNS A 2015 HYUNDAI GENESIS. THE
CONTACT STATED THAT THERE WAS AN ABNORMAL NOISE
PROGRESSING NEAR THE ENGINE. AN APPOINTMENT WAS
SCHEDULED WITH THE DEALER. THE MANUFACTURER WAS
NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 268.

**July 2, 2018 NHTSA ID NUMBER: 11105075**

I WAS DRIVING NORTHBOUND ON I-295 IN WASHINGTON, DC
WHEN MY CHECK ENGINE LIGHT ILLUMINATED AND THE CAR
BEGAN TO SLOW DOWN IN EXTREMELY HEAVY TRAFFIC AND I
LOST THE ABILITY TO ACCELERATE. I ATTEMPTED TO
ACCELERATE IN ORDER TO GET MY VEHICLE OFF THE BUSY
HIGHWAY AND TO A SAFER LOCATION, BUT I WAS NOT ABLE
TO GO MORE THAN A FEW METERS. IT WAS FORTUNATE THAT I
WAS NOT SERIOUSLY HURT OR KILLED. THIS IS CLEARLY A
SERIOUS SAFETY ISSUE AND I AM SURPRISED THAT THERE HAS
NOT BEEN A RECALL TO FIX THIS PROBLEM, ESPECIALLY
CONSIDERING THAT IT APPEARS TO BE SOMETHING THAT HAS
BEEN HAPPENING TO MANY HYUNDAI VEHICLES FOR SOME
TIME NOW. AFTER MORE THAN ONE (1) HOUR, I WAS RESCUED
BY A TOWING COMPANY THAT LEFT MY CAR AT THE
DEALERSHIP. THE DEALERSHIP HAS DISCOVERED THAT I
REQUIRE AT LEAST A THROTTLE BODY ASSEMBLY TO REPAIR
THE ISSUE AND HAS ORDERED THE PARTS WHICH MEANS THAT
I AM RENTING A CAR UNTIL THE REPAIRS ARE MADE (THE PART
WILL TAKE SEVERAL DAYS TO BE DELIVERED). AFTER THE
THROTTLE BODY ASSEMBLY IS INSTALLED, THE DEALERSHIP

WILL RESCAN TO SEE IF THAT ELIMINATES SOME OF THE OTHER CODES THAT WERE DISCOVERED.

**March 10, 2020 NHTSA ID NUMBER: 11317277**

TL* THE CONTACT OWNS A 2015 HYUNDAI GENESIS. THE CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 25 MPH, THE VEHICLE STALLED WHILE SEVERAL UNKNOWN WARNING LIGHTS ON THE INSTRUMENTAL PANEL ILLUMINATED. THE CONTACT RESTARTED THE VEHICLE. THE VEHICLE WAS TAKEN TO ADVANTAGE HYUNDAI LOCATED AT (440 PLAINVIEW RD, HICKSVILLE, NY 11801) WHERE THE FAILURE WAS UNDETERMINED AND THE DEALER INFORMED THAT THE FAILURE MAY BE DUE TO FUEL SYSTEM. THE VEHICLE WAS NOT REPAIRED. THE FAILURE PERSISTED. THE VEHICLE WAS TAKEN BACK TO ADVANTAGE HYUNDAI 440 PLAINVIEW RD, HICKSVILLE, NY 11801, WHERE THE FAILURE WAS STILL UNDETERMINED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 38,000.

#### (xxii) 2010 Kia Forte

**March 25, 2014 NHTSA ID NUMBER: 10574780**

TL* THE CONTACT OWNS A 2010 KIA FORTE. THE CONTACT STATED THAT THERE WAS A LOAD KNOCKING IN THE ENGINE. THE VEHICLE WAS TAKEN TO THE DEALER, WHO DIAGNOSED THAT THE VEHICLE EXHIBITED A ROD KNOCK AND RECOMMENDED HAVING THE ENGINE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 47,000

**July 7, 2014 NHTSA ID NUMBER: 10608579**

TL* THE CONTACT OWNS A 2010 KIA FORTE. THE CONTACT STATED THAT WHILE DRIVING 40 MPH, THE ENGINE STALLED. THE CONTACT WAS ABLE TO RESTART THE VEHICLE BUT THE PROBLEM RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO THE DEALER, WHO COULD NOT DUPLICATE THE FAILURE. THE VEHICLE HAD NOT BEEN REPAIRED. THE

MANUFACTURER WAS NOT MADE AWARE OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 43,000.

**March 8, 2016 NHTSA ID NUMBER: 10845617**

I HAVE KIA FORTE WHICH WAS RUNNING FINE. UNTIL I CHANGE THE STARTER THEN THE OIL WAS PUMPING TO THE ENGINE IT WOULD KNOCK LOUDLY & IF I WOULD ANY LONGER IT WOULD BLOW THE ENGINE.

**February 14, 2019 NHTSA ID NUMBER: 11180050**

2010 KIA FORTE; 113,000 MILES. CHECK ENGINE LIGHT CAME ON. CODE READ '3RD ENGINE BANK SENSORS.' DEALERSHIP DIAGNOSED THE PROBLEM AS 'KNOCKING RODS COMING APART INSIDE THE ENGINE.' THE DEALERSHIP CURRENTLY HAS TWO KIA FORTES IN THE SHOP WITH THE SAME MILEAGE AND PROBLEM. SEEMS LIKE A PATTERN.

**September 15, 2020 NHTSA ID NUMBER: 11355065**

I HAD A MILD ENGINE KNOCKING NOISE FOR A SEVERAL WEEKS, BUT JUST HAD AN OIL CHANGE A FEW DAYS PRIOR TO THE INCIDENT. I WAS DRIVING DOWN THE ROAD AND THE CAR SEEMED TO BE STRUGGLING TO SHIFT GEARS AND GO. I PULLED OVER AND HEARD TERRIBLE ROD KNOCKING AND ENGINE CLANKING NOISES. I TURNED THE CAR OFF TO CALL MY FATHER AND ASK IF HE THOUGHT I COULD MAKE IT HOME, AND I AGREED TO ATTEMPT IT. WHEN I TURNED THE CAR BACK ON THE ROD KNOCKING WAS WORSE THAN BEFORE, IT MADE A VERY LOUD CLICKING NOISE WHEN I ACCELERATED, AND THE OIL LIGHT CAME ON. I GOT BACK ON THE ROAD AND THE ENGINE STALLED WITHIN MINUTES, IN THE MIDDLE OF A BUSY INTERSECTION.

### (xxiii) 2011 Kia Forte

**October 28, 2015 NHTSA ID NUMBER: 10786802**

TOOK MY 2011 KIA FORTE INTO THE KIA DEALERSHIP TODAY BECAUSE THE ENGINE IS MAKING A TICKING SOUND. I HAVE HAD TWO OTHER MECHANICS IN RECENT WEEKS TELL ME IT IS

A SERIOUS PROBLEM WITH THE LIFTERS AND/OR THE PISTONS INSIDE THE ENGINE. THE KIA MECHANIC REFUSES TO ACKNOWLEDGE THERE IS A TICKING SOUND, BUT IN FORMED ME THE AIR BAG SENSOR IS MALFUNCTIONING AND I WILL HAVE TO PAY $1100 TO HAVE THE AIR BAG SENSOR REPAIRED BEFORE I CAN SELL THE CAR. ALSO, MY BRAKES WILL OCCASIONALLY MAKE A VERY LOUD 'THUMP' WHEN I APPLY THEM, BUT THE KIA DEALER CAN FIND NOTHING WRONG WITH THEM.

**September 21, 2016 NHTSA ID NUMBER: 10908482**

WHEN DRIVING STRAIGHT ALONG AN INTERSTATE WITH MY CRUISE CONTROL SET TO THE SPEED LIMIT, A LOUD BANG CAME FROM UNDER THE HOOD OF MY KIA, THE CHECK ENGINE INDICATOR TURNED ON, AND SMOKE BEGAN TO POUR OUT FROM UNDER THE HOOD AND INSIDE MY CAR THROUGH THE AIR VENTS. WHEN I PUSHED THE GAS PEDAL GENTLY, THERE WAS A LOW GUTTURAL NOISE AND MY CAR WAS NOT PICKING UP SPEED. I PUT MY CAR INTO NEUTRAL AND COASTED TO THE SHOULDER WITH LOW VISIBILITY AS THE SMOKE BECAME MORE DENSE AND DARKER IN COLOR. I BROUGHT MY VEHICLE TO A FULL STOP ON THE SHOULDER AND PUT IT INTO PARK BEFORE TURNING IT OFF AND REMOVING MY KEY FROM THE IGNITION. UPON EXITING THE CAR I NOTICED THE SMOKE WAS EVEN MORE INTENSE THAN BEFORE AND PROMPTLY CALLED 911 AND GAVE MY LOCATION AND SITUATION INFORMATION TO THE 911 REPRESENTATIVE. AS I WAS SPEAKING, I NARRATED IN HORROR AS FLAMES BECAME VISIBLE FROM UNDER THE CAR ITSELF AND UNDER THE HOOD AS WELL, IN AS LITTLE AS ONE MINUTE AFTER EXITING MY CAR. BY THE TIME THE FIRE DEPARTMENT GOT TO THE VEHICLE, THE FLAMES WERE OVER 20 FEET TALL AND THE HEAT WAS UNBEARABLE; I RELOCATED MYSELF FARTHER AND FARTHER AWAY TO STAY COOL AND SAFE AS THE TIME WENT ON. NOBODY WAS BURNED, HURT, OR INJURED AS A RESULT OF THE INCIDENT, BUT ONLY MY MERE COINCIDENCE.

**February 2, 2018 NHTSA ID NUMBER: 11066683**

THE ENGINE IS MAKING A LOUD TICKING SOUND SO I BROUGHT IT TO THE DEALER THAT I PURCHASED IT FROM 11 MONTHS

EARLIER. THEY TOLD ME THE ENGINE NEEDS TO BE REPLACED AND IT WILL COST ABOUT $7,000. I PAID $9,000 FOR THE CAR 11 MONTHS AGO AND IT ONLY HAS 77,000 MILES ON IT. I'VE LEARNED THROUGH SOME EXTENSIVE RESEARCH THAT KIA HAS RECALLED THE ENGINES IN SEVERAL OF THEIR OTHER MODELS. THIS RECALL WAS PUT INTO PLACE BECAUSE THE ENGINES ARE "STALLING" AND POSING A SAFETY HAZZARD. THIS CAR CAN NOT BE DRIVEN UNTIL THE ENGINE IS REPLACE. ALL SCHEDULED MAINTENANCE HAS BEEN PERFORMED AND THE ENGINE STILL GAVE OUT AT ONLY 77,000 MILES. THE DEALER IS BERLIN CITY IN GORHAM, NH. THE R.O. PRINT OUT OF CODES AND ISSUES WITH THE ENGINE IS HALF A PAGE LONG AND INCLUDES BLUE SMOKE FROM EXHAUST, MISSFIRING ON TWO CYLINDERS, KNOCKING, FLASHING "CHECK ENGINE LIGHT", LEAKING HEAD GASKET, ETC. MY RESEARCH SEEMS TO TELL ME THAT THIS MODEL LINE SHOULD BE ADDED TO THE RECALL LIST. SEEMS LIKE THE SAME ISSUES AS THE ENGINES WITH THE RECALL ARE HAVING.

**August 15, 2020 NHTSA ID NUMBER: 11349555**

ENGINE ISSUES! THIS ENGINE NEEDS TO BE RECALLED FOR SAFETY REASONS AND POSSIBLE LEMON. MY CAR HAS ONLY 106,890 MILES ON IT. THE ENGINE STARTED MAKING A TAPPING NOISE. THEN I STARTED TO HAVE A LOSS OF POWER WHEN ACCELERATING OR GOING UP HILL. HAD THE CODES READ AND IT SAID THE CRANKSHAFT POSITION SENSOR. REPLACED THAT. THEN IT STARTED TO IDLE ROUGH. HAD CODE READ AGAIN. IT SAID MAP SENSOR AND NUMBER 2 CYLINDER MISFIRE. REPLACED PLUGS, COILS, AND MAP SENSOR. NOW IT WON'T START. IT HAS NO SPARK. NOW IT IS SHOWING CODES FOR MAP SENSOR AGAIN. NUMBER 2 CYLINDER MISFIRE, THROTTLE ACTUATOR CONTROL SENSOR AND THE POWER TRAIN CONTROL MODULE. AT JUST OVER 100,000 MILES THIS SHOULD NOT BE HAPPENING. OTHER MODEL CARS WITH THE SAME 2.0 ENGINE HAVE BEEN RECALLED. THE 2.0 ENGINE NEEDS TO ALSO BE RECALLED IN THE 2011 KIA FORTE KOUP EX. I'M NOT THE ONLY OWNER OF THIS MODEL CAR THAT HAS HAD MULTIPLE ISSUES AND OR TOTAL ENGINE FAILURE.

**February 17, 2021 NHTSA ID NUMBER: 11396697**

AFTER OWNING MY 2011 KIA FORTE FOR THE LAST 6 YEARS IT HAS DEVELOPED A TICKING SOUND IN THE ENGINE. IT IS VERY MILD WHILE IDLING, AND WHILE RPMS ARE UNDER 1500. AFTER RPMS GO PAST 2000 THE TICKING NOISE IS PROGRESSIVELY LOUDER. WHEN I BOUGHT THE CAR IT HAD ROUGHLY 85,000 MILES ON IT AND NOW HAS $125,000. I HAVE HAD REGULAR OIL CHANGES ON IT, EVERY 3000-5000 MILES. AFTER HEARING THE TICKING I TOOK IT IN TO MY MECHANIC WHO SAID THIS IS A REGULAR OCCURRENCE WITH KIA FORTES AND THAT THE ONLY FIX IS REPLACING OR REPAIRING THE ENGINE. I HAVE BEEN DOING A LOT OF RESEARCH AND READING A LOT OF COMPLAINTS ON THIS WEBSITE ABOUT KIA ENGINES GOING BAD AROUND 100,000 MILES AND I BELIEVE YOU SHOULD LOOK INTO KIA FOR THIS. THERE NEEDS TO BE A RECALL ON KIA'S ENGINES.

**(xxiv) 2012 Kia Forte**

**October 17, 2012 NHTSA ID NUMBER: 10480912**

WE WERE DRIVING OUR 2012 KIA FORTE EX (SEDAN) WHICH WE HAD PURCHASED BRAND NEW IN DECEMBER 2011 TO THE STORE TO GET BREAD AND WERE ON OUR WAY HOME (ONLY ABOUT 2 MINUTES INTO THE DRIVE) WHEN WE SAW SMOKE COMING FROM THE FRONT OF THE CAR. WE PULLED OVER WITHIN ABOUT 50 FEET OF SEEING IT, PUT IT IN PARK- WHICH BY THE TIME WE DID SO, WE LOST ALL POWER AND COULDN'T EVEN GET THE KEY OUT OF THE IGNITION. WE GOT OUT AND MY BOYFRIEND TRIED TO POP THE HOOD BUT IT WAS ALREADY SO HOT HE COULDN'T DO IT... I RAN ABOUT 20 FEET AWAY FOR SAFETY REASONS, SO I AM NOT SURE WHERE IT STARTED, BUT WITHIN ABOUT 30 SECONDS, THE FLAMES CAME OUT OF THE SIDES AND FRONT OF THE HOOD. MY BOYFRIEND THINKS IT WAS ABOUT WHERE THE FUSE BOX IS, BECAUSE THAT IS WHERE HE NOTICED THE PAINT START TO BUBBLE OFF. HE IS A MECHANIC AND HAS NEVER SEEN ANYTHING LIKE IT.

THE ENTIRE FRONT OF THE CAR, THROUGH THE DASH IS DISINTEGRATED. MY AIRBAGS MELTED AND POURED OUT OF THE DASH AND ROOF, UPHOLSTERY MELTED OFF THE SEATS, AND DOOR PANELS BUBBLED UP. ALL THE SPEAKERS BLEW AND MELTED.

IT HAPPENED SO QUICKLY, IF I HAD KIDS IN THE BACK OR COULDN'T HAVE PULLED OVER IN TIME, THERE COULD HAVE BEEN VERY SERIOUS INJURIES OR DEATHS. I AM VERY THANKFUL IT DIDN'T HAPPEN ON MY WAY TO WORK, AS I DRIVE IN TRAFFIC ON A HIGHWAY WITH NO SHOULDER.

I HAD NO ELECTRONIC MODIFICATIONS. IT WAS ENTIRELY STOCK, WITH THE EXCEPTION OF WINDOW TINT, EXHAUST, A LOWERING KIT, AND AFTERMARKET TIRES AND WHEELS--ALL WHICH WERE INSTALLED BY PROFESSIONALS. THE CAR HAD 8900 MILES ON IT AND ALL MAINTENANCE WORK HAD BEEN DONE. EVEN 3 OIL CHANGES- EVEN THOUGH KIA CLAIMS THE CAR CAN GO 7K WITHOUT ONE.

MY INSURANCE COMPANY IS GOING TO TREAT IT AS A TOTAL LOSS AND DO AN INVESTIGATION ON IT. KIA HAS A CASE GOING BUT HAVE NOT YET SENT AN ENGINEER OUT. *TR

**January 9, 2017 NHTSA ID NUMBER: 10943968**

DRIVING HOME ON CHRISTMAS DAY FROM MY PARENTS ON THE FREEWAY, HEARD A NOISE IN ENGINE IMMEDIATELY PULLED OVER. NOTICED THAT THE CAR WAS SMOKING. THE CAR WOULDN'T TURN OFF AND MY HUSBAND GOT OUT AND UPON OPENING THE HOOD OF THE CAR NOTICED IT WAS IN FLAMES. HE IMMEDIATELY YELLED FOR US TO ALL GET OUT OF THE CAR. AS WE STARTED RUNNING THE ENTIRE CAR WENT UP IN FLAMES. THANKFULLY WE GOT OUT WHEN WE DID, HOWEVER ALL OF MY CHILDREN'S CHRISTMAS GIFTS, ALL OF OUR BELONGINGS WEREN'T SO LUCKY. MY KIDS ARE TRAUMATIZED AND IN SHOCK. THE CAR ONLY HAD 40K MILES ON IT. RECENTLY HAD THE 35K SERVICE BY KIA AND NOTHING WAS WRONG WITH IT. YET THEIR WARRANTY MEANT NOTHING. THEY WON'T EVEN INSPECT THE CAR YET THEY DETERMINED THAT IT ISN'T THEIR PROBLEM. HOW DOES A RELATIVELY NEW CAR JUST BURN UP ?!?! *TR

**April 13, 2017 NHTSA ID NUMBER: 10972281**

MY WIFE AND I WERE PASSING ANOTHER VEHICLE GOING ABOUT 75MPH ON A HIGHWAY IN SOUTHEAST KANSASWHEN MY CAR ESSENTIALLY TURNED OFF. LUCKILY THERE WAS A

SHOULDER TO PULL ONTO. TRIED JUMPING IT WITH NO LUCK. WE HAD IT TOWED TO A NEARBY TOWN TO A BODY SHOP WHO KEPT IT OVER THE WEEKEND TO TRY AND REPLICATE THE ISSUE. THIS WAS A FRIDAY AND WE RETURNED THAT FOLLOWING MONDAY TO PICK UP THE CAR. BODYSHOP STATED THEY COULD NOT GET THE CAR TO REPICATE WHAT HAD HAPPEND AND NOTHING FLASHED ON THE COMPUTER. WE DROVE IT IN THE TOWN A LITTLE BIT WITH NO ISSUES AND PROCEEDED HOME. WE WERE OUT OF THE TOWN ABOUT 10 MINUTES WHEN WE HEARD A SMALL KNOCKING THAT CONTINUED TO GET WORSE. WE PULLED OVER. WE CONTINUED DOWN THE ROAD TO THE NEXT TOWN WHICH WAS ABOUT 5 MILES AWAY TO A BODY SHOP. WE JUST GOT INTO TOWN WHEN THE CAR DIED AGAIN AS IF I TURNED THE CAR OFF. I MUSCLED THE CAR TO A PARKING LOT. TRIED TURNING THE CAR ON AGAIN AND ENGINE STARTED SMOKING. GOT IT TOWED BACK HOME TO A LOCAL BODY SHOP WHO LOOKED AT IT THE NEXT DAY TO INFORM ME I NEEDED A NEW ENGINE, MAIN WIRE HARNESS, AND STARTER. I CONTACTED KIA, EVENTHOUGH I WAS ONLY 11K MILES OVER WARRANTY, TO SEE WHAT COULD BE DONE. GOT IT TOWED TO A LOCAL KIA DEALERSHIP WHO LOOKED IT OVER AND FOUND LOTS A METAL IN THE OIL. THEY PUT A CLAIM IN WITH KIA WHICH THEY DENIED. I CALLED CUSTOMER SERVICE WHO THEN SENT IT TO THE DISTRICT MANAGER AND HE DENIED ANY HELP. IT THEN GOT ESCALATED TO A HIGHER DEPARTMENT AND THEY DENIED ANY HELP EITHER. PRIOR TO THIS I HAD NO ISSUES OR PROBLEMS WITH THE CAR.

DURING THE TIME I HAD MY CAR I HAD PROPER OIL CHANGES AND MAINTENANCE. THE CAR IS ONLY 5 YEARS OLD WITH ONLY 71,462 MILES ON IT AND NOW NEEDS A WHOLE NEW ENGINE. THANKFULLY THE TIMES IT STALLED, WHICH NO WARNING LIGHT EVER CAME ON NOR WAS THERE EVER A NOISE OF ANY KIND INDICATING ANYTING WAS WRONG, MY WIFE AND I WERE NOT IN A CRASH.

**February 26, 2020 NHTSA ID NUMBER: 11311653**

TURN ON THE CAR AND THE ENGINE STARTED MAKING A LOUD KNOCKING NOISE. I WAS TOLD THE ENGINE NEEDS TO BE

REPLACED. I HAVE ALWAYS TAKEN THE CAR IN FOR REGULAR SCHEDULED OIL CHANGES AND MAINTENANCE SERVICES.

**January 2, 2021 NHTSA ID NUMBER: 11386061**

DEVELOPED A VERY SUBTLE TICKING NOISE IN 2018, HAPPENING MOSTLY AT LOW SPEEDS, GONE AFTER WARM UP. TOOK IT TO DEALERSHIP (NAPLETON'S IN URBANA, IL), AND WAS TOLD THEY COULD NOT LOCATE ANY NOISE AND DIDN'T FIND ANY IMPACT ON DRIVABILITY. I CONTINUED DRIVING THE CAR, WITH REGULAR OIL CHANGES (ALL MY MAINTENANCE WAS DONE AT THE DEALER), UNTIL SEPTEMBER 2020, WHEN THE NOISE BECAME VERY VERY NOTICEABLE, AT ALL SPEEDS AND ALMOST CONSTANT. BECAUSE I HAD MOVED TO CALIFORNIA, I TOOK IT TO ANOTHER KIA DEALERSHIP IN OAKLAND AND THEY SAID THEY CAN INSTALL A USED ENGINE REPLACEMENT (WITH 30 K MILES ON IT ALREADY) FOR A MINIMUM OF 6200 BEFORE TAX. I THOUGHT THEY WERE KIDDING, TOOK IT TO AN INDEPENDENT MECHANIC BECAUSE THEY DIDN'T EVEN DO SO MUCH AS CHANGE THE OIL IN THAT VISIT.... WELL THE INDEPENDENT MECHANIC AGREES ON THE ROD BEARING BEING ON ITS WAY OUT AND THAT THE ENGINE CAN SEIZE AT ANY POINT. THE INDEPENDENT MECHANIC TORE DOWN THE ENGINE TO DIAGNOSE IT. I NOW HAVE TO PAY MORE THAN THE CAR'S WORTH TO ENSURE IT DOESN'T SEIZE AT HIGHWAY SPEEDS AND KILL SOMEONE, OR HAVE TO SELL IT FOR SCRAPS, DESPITE INSTALLING BRAKE PADS, ROTORS, A NEW EVAP CANISTER (CRACKED AND FAILED SMOG TEST IN CALIFORNIA)AND PURGE VALVE JUST THIS YEAR ALONE. THE VEHICLE IS DANGEROUS TO DRIVE NOW. KIA NEEDS TO FIX THIS. THESE ENGINES NEED TO BE REPLACED UNDER WARRANTY. FORUMS ARE FULL OF FAILED KIA FORTES FROM 2012, SOME MUCH EARLIER THAN MINE. 93.5K MILES SINCE BUYING IT IN AUGUST 2013).

### (xxv)  2013 Kia Forte

**May 2, 2013 NHTSA ID NUMBER: 10510076**

THE CONSUMER STATED THREE WEEKS AFTER HER DAUGHTER PURCHASED THE VEHICLE, THE CHECK ENGINE LIGHT ILLUMINATED AND THE VEHICLE OVERHEATED. THE VEHICLE

STARTED TO MALFUNCTION AND BECAME DIFFICULT TO CONTROL. SMOKE AND A VERY STRONG BURNING ODOR EMITTED FROM THE ENGINE. THE VEHICLE WAS TOWED TO THE DEALER FOR AN INSPECTION. THE RADIATOR WAS FOUND TO BE FAULTY. SINCE THE REPAIRS WERE MADE, THE VEHICLE WAS BURNING EXCESSIVE AMOUNT OF OIL, WHICH REQUIRED ADDING OIL TO KEEP IT AT FULL LEVEL. THE TAIL PIPE WAS DARK BLACK AND HEAVILY SOILED, WHICH INDICATED THE VEHICLE STILL HAD A SERIOUS PROBLEM. ONE MONTH LATER, THE CONSUMER EXPERIENCED DELAYED ACCELERATION

**September 4, 2014 NHTSA ID NUMBER: 10630711**

I PURCHASED THE CAR DECEMBER 2012; 2013 KIA FORTE EX. ABOUT A 9 MONTHS AFTER I PURCHASED THE CAR, I WAS DRIVING AND THERE WAS A LOUD KNOCKING NOSE IN THE ENGINE AND ABOUT A HOUR LATER THE CAR STALLED ON ME IN DOWNTOWN SACRAMENTO, CA. I GOT THE CAR TOWED TO SACRAMENTO KIA (2820 FULTON AVE, SACRAMENTO, CA 95821). AFTER THE CAR WAS DIAGNOSED THEY TOLD ME THAT IT WAS A MANUFACTURING PROBLEM, THEY SAID WHEN THE CAR WAS BUILT A FEW PARTS IN THE ENGINE WERE PUT IN INCORRECTLY WHICH CAUSED MY ENGINE TO BASICALLY OVER HEAT AND START TO FALL APART. SO THEY SAID THAT THEY WILL REPLACE THE ENGINE FREE OF CHARGE.

AUGUST 17 2014 AWHILE AFTER THE NEW ENGINE WAS PUT IN MY CAR, THE CAR STALLED ON ME AGAIN WITH THE SAME KNOCKING NOISE COMING FROM THE ENGINE. AT THE TIME I WAS ON THE FREEWAY GOING ABOUT 60MPH. AFTER THE CAR STALLED ON ME I COULD NOT GO ABOVE 30MPH NO MATTER HOW HARD I PUSHED THE GAS PEDAL. I HAD TO DRIVE ALL THE WAY HOME ON THE FREEWAY WITH THE HAZARD LIGHTS ON GOING 30MPH. WHEN I GOT HOME I HAD THE CAR TOWED TO SACRAMENTO KIA (2820 FULTON AVE, SACRAMENTO, CA 95821). IT TOOK THEM A FEW DAYS TO A WEEK FOR THEM TO CALL ME AND LET ME KNOW THE CAR WAS THERE. I CALLED TWICE EVERYDAY AND NEVER RECEIVED A CALL BACK WHEN THEY SAID THEY WERE BUSY. I DID NOT RECEIVE A PHONE CALL UNTIL THEY CALLED ME THE THIRD WEEK AND SAID THEY ARE ORDERING PARTS FOR THE CAR. I DID NOT AUTHORIZE ANYONE TO ORDER PARTS FOR THE CAR BECAUSE I DID NOT FIND OUT

WHAT WAS WRONG WITH THE CAR. TWO DAYS AGO SEPTEMBER 2 2014 WAS THE DATE I FOUND OUT THAT I NEEDED A WHOLE NEW ENGINE WHEN THE ENGINE WAS REPLACED A YEAR AGO. SO THIS WOULD BE THE THIRD ENGINE FOR MY BRAND NEW 2013 KIA FORTE EX I PURCHASED A YEAR AGO. *TR

**December 14, 2017 NHTSA ID NUMBER: 11054770**

TL* THE CONTACT OWNS A 2013 KIA FORTE. WHILE DRIVING 70 MPH, THE MOTOR FAILED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TOWED TO DELAND KIA (2322 S WOODLAND BLVD, DELAND, FL 32720, (386) 734-7800) WHERE IT WAS DIAGNOSED THAT THE CRANK SHAFT FAILED AND DESTROYED THE ENGINE. THE VEHICLE WAS REPAIRED. THE MANUFACTURER STATED THAT THEY WOULD NOT REPAIR THE VEHICLE BECAUSE THERE WAS NO OPEN RECALL AND THE VEHICLE WAS NOT UNDER WARRANTY. THE FAILURE MILEAGE WAS 66,000.

**June 12, 2018 NHTSA ID NUMBER: 11101299**

I WAS ENTERING THE FREEWAY, ACCELERATED TO MATCH TRAFFIC SPEED, I HEARD THE ENGINE'S RPMS INCREASE BUT ALMOST IMMEDIATELY AFTERWARDS THE CAR SHUT DOWN. I WAS IN THE MIDDLE LANE OF A VERY BUSY INTERCHANGE AND GOING ABOUT 60MPH WHEN THE CAR QUIT. I KEPT TRYING TO RESTART THE CAR BY PUTTING IT IN NEUTRAL AND AT THE SAME TIME STEER IT TOWARDS THE SHOULDER. THERE WERE NO WARNING LIGHTS. WHEN I HEARD THE ENGINE NOISE I LOOKED AT THE DASH, ALL WAS NORMAL, THE D FOR DRIVE WAS VISIBLE. IT HAPPENED VERY QUICKLY. ONCE STOPPED AND OUT OF TRAFFIC, I TRIED TO RESTART THE CAR, IT RAN FOR JUST SECONDS THEN NOTHING. THIS CAR HAD JUST BEEN SERVICED AT THE KIA DEALER. IT ONLY HAS 51K MILES ON IT. I HAD TO HAVE IT TOWED TO THE DEALER. THEY ARE TELLING ME THE ENGINE IS FAULTY BUT THEY DON'T MAKE IT ANYMORE AND THEY HAVE NO RESOLUTION FOR ME. THE CAR IS ONLY 4 MONTHS PAST THE 5 YEAR MARK AND IT IS UNDER 60000 MILES. IT HAS BEEN MAINTAINED PERFECTLY, IT STILL LOOKS NEW. THE ORIGINAL OWNER DID ALL THE SERVICE AS WELL. KIA KNOWS THEY HAVE FAULTY ENGINES, YET THEY DO NOTHING TO WARN THE OWNERS OR REMEDY THE PROBLEM.

THE SAY THEIR CARS ARE GOOD FOR 10YRS OR 100K MILES, THEN THEY SHOULD MAKE IT SO. THIS CAR IS A TOP OF THE LINE 2013 FORTE SX (WITH ALL THE BELLS AND WHISTLES) . I BELIEVE IT IS ALSO AFFECTED BY THE LATEST AIRBAG RECALL AS WELL.

**February 23, 2021 NHTSA ID NUMBER: 11397481**

LOUD TICKING OR KNOCKING SOUND COMING FROM ENGINE. SOUNDS EXACTLY THE SAME AS OTHER ENGINES THAT WERE REPLACED BECAUSE OF "ROD KNOCK". THIS SAME ENGINE WAS RECALLED ON MANY OTHER MODELS SO WHY NOT ON THE 2013 KIA FORTE?

**(xxvi) 2012 Kia Forte Koup**

**December 22, 2019 NHTSA ID NUMBER: 11290669**

2012 KIA FORTE KOUP DRIVING ON A 45MPH ROAD WHEN WITHOUT WARNING ENGINE SEIZED CAUSING DANGEROUS SITUATION ATTEMPTING TO PULL CAR TO SIDE WITHOUT POWER.

TOOK VEHICLE TO DELEARSHIP FOR WARRANTY SERVICE AS CAR WAS STILL UNDER WARRANTY

WAS DENIED WARRANTY SERVICE FOR LUDICROUS REFUSAL TO ACCEPT MAINTENANCE RECORDS BECAUSE I SCANNED THE ORIGINALS AND WOULD NOT HAND OVER THE ORIGINALS.

VEHICLE WAS IN PERFECT RUNNING ORDER AND I PROVIDED VIDEO EVIDENCE SHOWING KIA VIDEO I HAPPENED TO HAVE SHOT JUST A FEW WEEKS BEFORE THE ENGINE FAILED DEMONSTRATING CAR WAS RUNNING PERFECT WITHOUT ANY SHAKES, RUMBLES,ODD NOISES AND ABSOLUTELY NO "SERVICE ENGINE" OR OTHER WARNING LIGHTS.

KIA TOOK 2 MONTHS TO EVEN GIVE ME A PRELIMINARY DECISION THAT WOULD NOT COVER THE REPAIRS WITH NO OFFER TO ASSIST WITH A LOANER CAR OR RENTAL OR ANY OTHER ASSISTANCE.

OPENED ENGINE UP TO FIND METAL SHAVINGS AND OTHER REMNANTS FROM MANUFACTURE FLOATING AROUND IN OIL PAN

UPON INVESTIGATING A LITTLE FURTHER DISCOVERED THAT KIA NEEDS TO HELD ACCOUNTABLE NOT ONLY FOR THE GDI THETA ENGINES THAT HAVE BEEN RECALLED UNDER SC147 BUT ALSO THE MPI MODEL ENGINES LIKE I HAVE IN MY CAR.

IN THE RECALL KIA CLAIMS METAL SHAVINGS FROM MANUFACTURE OF THE CRANKSHAFTS ON THE GDI ENGINES CAUSED THE ISSUES.......HOWEVER, THE EXACT SAME CRANKSHAFT DOWN TO THE PART NUMBERS ARE 100% IDENTICAL.

PLEASE I IMPLORE YOU TO HOLD KIA ACCOUNTABLE NOT ONLY FOR THE GDI ENGINES BUT ALSO THE MPI AS WELL. THEY BOTH USE THE EXACT SAME PART KIA CLAIMS HAD ISSUES AND KIA CONTINUES TO LIE AND NOT HONOR THEIR WARRANTY.

**December 6, 2020 NHTSA ID NUMBER: 11378120**

2012 KIA FORTE KOUP CAR WILL SHUT OFF WHILE DRIVEING AND VERY LOUD KNOCK IN THE ENGINE TOOK IT TO KIA IN LANCASTER OHIO VEHICLE THROWING NO CODES WHY IS THIS ENGINE NOT INCLUDED IN THE RECALL I HAVE SEEN OTHERS ASK THE VERY SAME QUESTION FOR EXACT VEHICLE

**(xxvii)     2013 Kia Forte Koup**

**August 10, 2019 NHTSA ID NUMBER: 11242998**

I HAVE A 2013 KIA FORTE KOUP SX WITH THE 2.4L MPI ENGINE. I WAS DRIVING DOWN THE INTERSTATE AT 75MPH AND ALL OF THE SUDDEN THE ENGINE QUIT RUNNING. I COASTED TO THE SIDE OF THE ROAD AND OPENED MY HOOD AND DID NOT SEE ANY APPARENT PROBLEMS IN THE ENGINE BAY. OIL LEVEL WAS OK. I STARTED THE CAR AGAIN AND DID NOT HEAR ANY ABNORMAL NOISES SO I DROVE IT HOME. TWO WEEKS LATER THE ENGINE STARTED TO MAKE KNOCKING SOUNDS ON MY WAY HOME FROM ANOTHER TRIP. I AM NOW TOLD THAT THE CAR NEEDS A NEW ENGINE WITH ONLY 69,000 MILES ON IT. THE

KIA RECALL 17V224000 FOR IMPROPERLY MACHINED ENGINES IS NOT NEARLY AS COMPREHENSIVE AS IT NEEDS TO BE AND DOES NOT INCLUDE THE FORTE. KIA CLAIMS THAT ONLY THE GDI ENGINES ARE AFFECTED BUT THE REALITY IS THE MPI VERSION OF THE 2.0 AND 2.4 THETA II ENGINES ARE FAILING PREMATURELY IN THE EXACT SAME MANNER AS EVIDENCED BY THE MANY REPORTS FROM OWNERS ONLINE.

**January 1, 2021 NHTSA ID NUMBER: 11386011**

DRIVING ON INTERSTATE I-70 MD AT 65MPH WHEN I HEARD A TICKING SOUND AND I WASNT GETTING ANY POWER. CAR WAS STRUGGLING TO MOVE WHEN ALL THE SUDDEN BANG!!!! SMOKE, PLASTIC AND METAL WENT FLYING EVERYWHERE FROM THE ENGINE BAY, RICOCHETING OFF THE ASPHALT TOWARDS THE SIDES OF MY VEHICLE AND OTHER CARS TRAILING BEHIND ME. CARS SWERVED TO AVOID THE DEBRIS FROM HITTING THEIR VEHICLES. POWER STEERING WENT OUT AND I STRUGGLED TO MOVE THE CAR OVER TO THE SHOULDER ACROSS ANOTHER LANE. I COULDVE EASILY BEEN KILLED HAD A DRIVER NOT BEEN PAYING ATTENTION OR LOOKING AT THEIR PHONE CROSSING LANES AS THE VEHICLE QUICKLY WAS COMING TO A STOP, INABLE TO MOVE. I SOMEHOW SAFELY GOT TO THE SHOULDER AND GOT THE CAR TOWED AT MY EXPENSE TO THE MECHANIC. CATASTROPHIC ENGINE FAILURE. ROD SNAPPED AND BLEW A 2 INCH HOLE THROUGH THE ENGINE BLOCK AND CAR LIT ON FIRE BRIEFLY. BOUGHT A NEW (USED) THETA II ENGINE (THE SAME ENGINE RECALLED IN HUNDREDS OF THOUSANDS OTHER KIAS AND HYUNDAIS) BUT NOT FOR THE 2013 KIA KOUP WITH THE SAME ENGINE PROBLEM. $4800+ LATER, IM STILL SCARED DRIVING ON THE HIGHWAY AS I COULDVE EASILY BEEN SMASHED THAT DAY BY ANOTHER VEHICLE. KIA NEEDS TO RECALL EVERY SINGLE MAKE YEAR AND MODEL WITH THE THETA 2 ENGINE. HAVE NEW (USED) ENGINE RECIEPT AND ALL DOCUMENTATION PERTAINING TO THE INCIDENT.

**February 15, 2021 NHTSA ID NUMBER: 11396326**

SEVERAL RECALLS HAVE BEEN ISSUED FOR THE THETA II ENGINE. I OWN A 2013 KIA FORTE KOUP EX WHICH IS EQUIPPED WITH THE 2.0L MPI ENGINE. THE 2.4L ENGINE OF THE SAME

TYPE WAS RECALLED JUST A FEW WEEKS AGO. THE ONLY DIFFERENCE BETWEEN THESE TWO ENGINES IS THE SIZE. THEY ARE NOT FUNDAMENTALLY DIFFERENT OTHER THAN A FEW TWEAKS TO ACCOUNT FOR THE EXTRA VOLUME. LIKELY THIS MEANS THE SAME MANUFACTURING PROCESSES WERE USED FOR BOTH ENGINES. IT WOULD BE INCREDIBLY INEFFICIENT TO CREATE NEW MANUFACTURING PROCESSES FOR EACH OF THESE ENGINES. THEREFORE, IF THERE WAS A MAJOR MANUFACTURING ERROR IN THE 2.4L PRODUCTION (SAY METAL SHAVINGS THAT BLOCK OIL ACCESS TO THE ROD BEARINGS CAUSING CRITICAL WEAR AND DAMAGE), THEN THAT ERROR PROBABLY OCCURRED IN THE 2.0L MANUFACTURING.

I WANT TO KNOW WHY THE 2.0L MPI ENGINE HAS NOT BEEN RECALLED.

THE 2.0L MPI ENGINE ON MY KIA FORTE KOUP EX HAS BEGUN TO KNOCK. BY THE SOUND, THE ROD BEARING HAS PROBABLY WORN THROUGH AND THE LIFE OF MY CAR AND MY OWN SAFETY ARE AT A HIGH RISK. I CANNOT AFFORD A NEW ENGINE OR A NEW CAR RIGHT NOW JUST BECAUSE KIA SCREWED UP. PLEASE LOOK INTO THIS ISSUE. JUST BECAUSE NOT AS MANY PEOPLE HAVE CARS WITH THE THETA II 2.0L MPI ENGINE DOESN'T MEAN OUR SAFETY AND OUR LIFE SAVINGS CAN BE THROWN OUT THE WINDOW.

### (xxviii)    2009 Kia Optima

**June 22, 2017 NHTSA ID NUMBER: 11000636**

THE ENGINE STARTED KNOCKING TWO MONTHS AGO AND YESTERDAY THE CHECK ENGINE LIGHT CAME ON WHILE DRIVING ON THE HIGHWAY RESULTING IN THE CAR SHUTTING OFF WITH NO WARNING.

**June 9, 2019 NHTSA ID NUMBER: 11218787**

A BEARING IN THE MOTOR OR SOMETHING GAVE OUT AS I WAS DRIVING. I AM UNABLE TO START IT AND KEEP IT STARTED. I WAS TOLD THE ENGINE CEASED UP. IT ONLY HAS LIKE 126000 MILES ON IT.

**February 28, 2020 NHTSA ID NUMBER: 11312041**

DRIVING AT 70 MPH, ENGINE DIED AND CAR STARTED SMOKING. PULLED TO SHOULDER, FRONT END OF CAR CAUGHT FIRE. FIRE DEPARTMENT EXTINGUISHED WITH FOAM. CAR A TOTAL LOSS.

### (xxix) 2010 Kia Optima

**April 28, 2016 NHTSA ID NUMBER: 10861976**

WHILE DRIVING HOME ONE DAY IN DECEMBER 2015, EACH TIME I APPROACHED A STOP LIGHT, YIELD SIGN OR SLOWED TO A LOW SPEED (LESS THAN 15 MPH), MY VEHICLE WOULD SHUT-OFF MULTIPLE TIMES. MY IN MOTION SPEED WAS APPROX 45 MPH WHEN NOT APPROACHING A STOP LIGHT OR YIELD SIGN. IT HAPPENED BOTH WHEN I WAS TURNING AND GOING STRAIGHT ON MAIN ROADS WITH 2-4 LANES. THE DEALERSHIP AND ANOTHER ASME CERTIFIED MECHANIC BOTH STATE ENGINE FAILURE, WHICH SEEMS TO BE A WIDESPREAD PROBLEM WITH 2.4L ENGINES MANUFACTURED BY KIA AND HYUNDAI AROUND THIS YEAR UP TO 2015.

**April 11, 2019 NHTSA ID NUMBER: 11195570**

DRIVING CAR JUST SHUT OFF IN HEAVY TRAFFIC ON RD AVERAGE SPEED 40 NO WARNING LIGHTS CAME ON RESTARTED STALLED ALL THE WAY HOME AND HUGE KNOCKING SOUND

**March 16, 2021 NHTSA ID NUMBER: 11403364**

ENGINE BLEW DOING 40-45 ON A COUNTY ROAD 1,000 RPM 5TH GEAR, IN AUTOMATIC. 2ND TO 1ST, SOFT TO HARD KICK. VEHICLE SPEED SENSOR MUST BE FAULTY I HAVE TO PUMP BRAKE MORE TO SLOW THE ENGINE SPEED IT LIKES TO BOG TRYING TO SPEED UP IN AUTOMATIC MODE

### (xxx) 2011 Kia Optima

**May 29, 2015 NHTSA ID NUMBER: 10722186**

I HAVE A 2011 KIA OPTIMA LX, 2.4 LITER ENGINE. ALWAYS KEEP UP ON THE MAINTENANCE AND OIL CHANGES, CAR IS IN GREAT

65

SHAPE. I WAS NOT EXPERIENCING ANY ISSUES, WARNINGS, NO CHECK ENGINE/OIL LIGHTS, NO NOISES, ABSOLUTELY NOTHING. THEN LAST NIGHT MY CAR JUST SPUTTERED AND CUT OFF WHILE BEING DRIVEN. APPARENTLY WHEN THE ENGINE CUTS OFF, SO DOES THE BRAKES. THERE WAS NO WAY TO PUSH THE BRAKES, SO I HAD TO TRY TO SAFELY COAST TO THE SIDE OF THE ROAD, WITH NO BRAKES AND NO POWER STEERING. I FINALLY PULLED OVER, TRIED TO RESTART THE CAR AND THERE WAS SUCH A LOUD KNOCKING NOISE, AND SOME SQUEALING NOISES AS WELL. THE CAR WILL NO LONGER START EITHER. I HAD A MECHANIC LOOK AT IT TODAY AND SAYS THE ENGINE IS "JUST GONE." NO EXPLANATIONS AT ALL. I VERIFIED THAT THE KIA OPTIMA AND THE HYUNDAI SONATA ARE THE SAME MANUFACTURER AND USE THE SAME ENGINES. I SEE THERE ARE WAY MORE COMPLAINTS ABOUT THE 2011 HYUNDAI SONATA WITH THIS SAME ISSUE. I WILL TRY TO NOTIFY KIA AND SEE IF THEY ARE WILLING TO STEP UP AND CORRECT THIS EVEN WITH THE WARRANTY EXPIRING 7,000 MILES AGO, SINCE I AM THE SECOND OWNER. I HAVE FOUND MANY COMPLAINTS ABOUT THIS SAME THING FOR BOTH THE 2011 OPTIMAS AND SONATAS. THIS IS SO DANGEROUS BECAUSE THERE ARE NO WARNINGS, AND THE ENGINE CUTS OFF IN TRAFFIC, WHICH ALSO CAUSES THE BRAKES AND STEERING TO GO OUT. NOT SAFE AT ALL.

**August 24, 2015 NHTSA ID NUMBER: 10778079**

DRIVING DOWN EXPRESS WHEN ENGINE STARTED TO LOOSE OIL. PULLED OVER ON SHOULDER, NOTICE A CLICKING NOISE AND SMELLED BURNING OIL. DEALER FOUND HOLE IN SIDE OF ENGINE BLOCK. STATED NEEDS NEW ENGINE AND QUOTED AND ESTIMATED PRICE OF $5,875.64 FOR A USED ENGINE WITH 46,000 MILES INSTALLED. HAD CAR REPAIRED AT ANOTHER PLACE FOR $5477.06 WITH 41,000 MILES. THIS SHOP SAID THE ENGINE HAD A ROD KNOCK THEN LOCKED UP. NEEDS THE ENGINE REPLACED. THIS IS THE SAME 2.4 LITER ENGINE THAT IS BEING RECALLED FOR THE HYUNDAI SONATAS.

**September 16, 2016 NHTSA ID NUMBER: 10907069**

I HAD DROVE THIS CAR FOR A YEAR WITH NO MINOR OR MAJOR PROBLEMS WHAT SO EVER JUST REGULARLY PERFORMED

MAINTENCE AND UP KEEP. NEVER ONCE SEEING A ENGINE OR OIL LIGHT.

HOWEVER IN MARCH OF 2016 WITH NO WARNING OR ANYTHING MY CAR STARTED MAKING THIS HORRIBLE "KNOCKING NOISE" WHICH WAS MINIMAL AT FIRST AND GREW LOUDER AS I ACCELERATED. AND THE ENGINE LIGHT CAME ON AFTER THAT AND HAS NEVER GONE OFF. THIS IMMEDIATELY RAISED CONCERNS FOR ME BUT DID NOT NO THE CAUSE, I PULLED OVER TO A MECHANIC SHOP AND AFTER JUST 30 SECONDS OF HEARING MY CAR START THEN DIE WITH THE HORRIBLE KNOCKING NOISE.

I WAS TOLD I WOULD MORE THAN LIKELY NEED A WHOLE NEW ENGINE. HIS EXACT WORDS TO ME ARE "SOUNDS LIKE YOU GOT A ROD KNOCK". AND HE CHECKED MY OIL TO SEE IF ANY WAS IN THE ENGINE WHICH IT WAS AND ASKED ME ABOUT VEHICLE HISTORY.

FROM MY UNDERSTANDING AND THE 3 SEPARATE MECHANICS I HAVE SPOKE WITH SAYS THERE WOULD BE NO REASON FOR A 2011 THAT HAS 90K MILES TO HAVE AN INTERNAL ENGINE PROBLEM.

AT THE TIME I IMMEDIATELY CALLED KIA AND THEY SAY IT WON'T BE COVERED WHICH PUTS ME AT A LOST FOR WORDS AND HAVING ME TRY TO PREPARE TO BUY A ENGINE WHICH COST WILL EQUAL INTO THE $5,000 PRICE RANGE. THIS WAS NOT A REALISTIC OPTION FOR ME AND FORCED ME TO SEEK OTHER OPTIONS.

AND COME TO FIND OUT HYUNDAI SHARES THE SAME ENGINE IN MY 2011 KIA OPTIMA AND THEY RECALLED THEIRS.

BUT KIA IS CALLING THIS A MECHANISM DEFECT NOW, AND STILL FIGHTING CLAIMS.

IT JUST BAFFLES ME IF HYUNDAI IS THE PARENT COMAPNY OF KIA AND THEY RE CALLED THE ENGINE, WHY IS KIA FIGHTING EVERYONE SO HARD ON THESE CLAIMS... I JUST DON'T BELIEVE ALL US OPTIMA OWNERS IN AMERICA DON'T T KNOW HOW TO GET OIL CHANGES, AND THATS WHAT KIA WANTS US TO BELIEVE.

**November 27, 2018 NHTSA ID NUMBER: 11154184**

THIS CAR WAS INVOLVED IN A NON-COLLISION/SPONTANEOUS FIRE. THERE WHERE NO PRIOR INDICATIONS OF CAR DEFECTS. THE CAR WAS MOVING ON A CITY ROAD WHEN IT CAUGHT ON FIRE. DEKALB COUNTY GA FIRE DEPARTMENT WAS CALLED AND TOOK A REPORT. THIS WAS A BRAND NEW REPLACEMENT MOTOR INSTALLED BY KIA WITH A WARRANTY. THE NEW MOTOR HAD APPROXIMATELY 5000 MILES ON IT.

**June 25, 2020 NHTSA ID NUMBER: 11330799**

I REPORTED MY KIA WITH AN ENGINE FAILURE PROBLEM A FEW WEEKS AGO. GOT A CALL FROM KIA TODAY AND THEY REFUSE TO COVER BECAUSE EVEN THOUGH THE RECALL BY NHTSA IS FOR 2 AND 2.4 L OPTIMA , KIA IS CLAIMING IT IS FOR A SPECIFIC TYPE OF ENGINE. I SHOULD PAY 6200 AND SUBMIT FOR POSSIBLE REIMBURSEMENT. MINE IS AN MPI AND IT IS EXCLUDED. HOW CAN YOU EXCLUDE MY ENGINE? WHY WOULD MY ENGINE FAIL FOR NO VIABLE REASON AND THE DEALERSHIP CLAIMS TO HAVE NEVER SEEN THAT HAPPEN? MY CAR HAS ALWAYS BEEN SERVICED AT THE DEALERSHIP. I AM ASKING FOR A THOROUGH INVESTIGATION AND NOT A PHONE INVESTIGATION. . MY CAR IS A 2.4L I4 MPI HYBRID ELECTRIC DOHC. AN ENGINE FAILS FOR A REASON. KIA HAS HAD DEBRIS ISSUES WITH ENGINES AND IF MINE IS THE FIRST THEN SO BE IT. PLEASE HAVE SOMEONE LOOK AT THE CAR TO ASCERTAIN THIS WAS NOT A LEMON ENGINE FROM THE GET GO. THIS BRUSH OFF BY KIA IS UNACCEPTABLE. *JS

**September 15, 2020 NHTSA ID NUMBER: 11355232**

WHILE DRIVING ON A HIGHWAY IN OREGON, MY CAR STALLED AND MADE WEIRD SOUNDS OUT OF NOWHERE. ON A BROAD CURVE, MY CAR SLOWED DOWN QUICKLY AND LUCKILY THERE WEREN'T ANY CARS BEHIND ME. THERE WAS NO WARNING THAT THE ENGINE WAS GOING TO FAIL. I TRIED TO PULL OVER SAFELY TO THE NARROW SHOULDER AND LET THE CAR COOL DOWN FOR A LITTLE BIT. I TRIED STARTING IT AGAIN AND THE ENGINE SOUNDED LIKE ROCKS IN A BLENDER. I HAVE TAKEN GREAT CARE OF MY HYBRID AND HAS NO HISTORY OF OTHER ISSUES AND IT ONLY HAS 89,000 MILES ON

IT. THE MECHANIC SAID THE ENGINE NEEDS TO BE REPLACED AND THAT IT IS A COMMON PROBLEM WITH THE 2.4 L THETA II ENGINE FROM MY CAR'S YEAR.

### (xxxi) 2012 Kia Optima

**October 8, 2015 NHTSA ID NUMBER: 10780804**

METAL DEBRIS IN ENGINE OIL, SCORCH ENGINE- SAME ENGINE PROBLEM AS PARENT CO. HYUNDAI MOTOR RECALL. ON SONATA. A 2.4 LITER ENGINE., MANUFACTURED BEFORE APRIL 2012. ENGINE NEEDS TO BE REPLACED. ENGINE FAILED ON FREEWAY DURING NORMAL USE.

**January 15, 2016 NHTSA ID NUMBER: 10820571**

SUDDEN ENGINE FAILURE WITHOUT WARNING LIGHTS. KNOCKING SOUND. PARKED CAR AND HAD TOWED TO DEALER. CAR HAS 63,000 MILES ON IT. DRY OF OIL, AND OIL WAS CHANGED WITHIN PAST SIX WEEKS. SAME ENGINE (THETA II) FROM SAME PLANT (ALA) AS THE HYUNDAI SONATAS COVERED BY RECENT RECALL. SYMPTOMS ARE ALSO THE SAME. KIA REFUSING COVERAGE UNDER WARRANTY BECAUSE NOT ORIGINAL OWNER. WORKING THROUGH THEIR CONSUMER AFFAIRS TO ESCALATE. SO FAR, NO RESULTS. I BELIEVE WE ARE SEEING AN IDENTICAL PROBLEM IN MY CAR WITH IDENTICAL ENGINE TO SONATA AND KIA SHOULD FIX

**February 7, 2017 NHTSA ID NUMBER: 10950140**

LOUD KNOCKING SOUND COMING FROM ENGINE, THEN CHECK ENGINE LIGHT CAME ON. MADE TO DEALERSHIP AND DISCOVERED A BAD OIL PUMP CAUSED METAL TO FLOW INTO THE ENGINE AND WEAR THE CONNECTING RODS AND DESTROY THE ENGINE. KIA KNEW THERE WERE PROBLEMS WITH THE 2012 KIA OPTIMA 2.4L ENGINE AND YET DID NOTHING TO RECTIFY THE ISSUE. NOW THEY WANT ME TO PAY $6000 FOR A NEW ENGINE WHEN THEY KNEW THERE WAS AN ISSUE WITH THE 2012 OPTIMA ALL A LONG.

**April 22, 2019 NHTSA ID NUMBER: 11202922**

69

THETA II ENGINE FAILURE

WHILE DRIVING AT HIGH SPEEDS (50-65MPH) THE ENGINE BEGAN TO MAKE A LOUD KNOCKING SOUND. SOON AFTER, THE CHECK ENGINE LIGHT ILLUMINATED AS WELL AS THE OIL LIGHT. I DID PULL OVER AND CONTACT MY LOCAL KIA DEALER AND WAS ADVISED TO DRIVE THE VEHICLE TO THE SERVICE DEPARTMENT. UPON INSPECTION I WAS ADVISED THE VEHICLE NEEDING A NEW ENGINE. IT HAD BEARING DAMAGE DUE TO METAL SHAVINGS... SURPRISINGLY 3 MONTHS AGO THE VEHICLE WAS PREVIOUSLY INSPECTED FOR METAL DEBRIS / ENGINE BEARING FAILURE AND NO ISSUES WERE FOUND BY THE SAME LOCAL KIA DEALER.

**June 27, 2020 NHTSA ID NUMBER: 11331184**

DRIVING NO INDICATION OF A PROBLEM AND ENGINE SEIZED HAD TO BE TOWED TO OUR MECHANIC TOLD THE ENGINE SEIZED AND HAD PLENTY OF OIL AND OIL HAD JUST BEEN CHANGED? TOWED TO KIA DEALER IN LOWELL TO BE LOOKED AT AND HAVE NOT HEARD A WORD FOR 2 WEEKS..CALLED THE KIA HOTLINE AND NO WORD FROM THEM EITHER? IT IS EQUIPPED WITH A 2.4 THERA II ENGINE... NOW I'VE LEARNED THAT THIS IS A PROBLEM ENGINE AND IT APPEARS IM STUCK WITH A 6500 DOLLAR LAWN ORNAMENT!!!! THERE HAS BEEN A RECALL SC147 BUT WHEN I LOOK UP MY VIN NUMBER ITS NOT INCLUDED NOT SURE SAME ENGINE AND SAME PROBLEM? A NEW DRIVER BUT WAS ABLE TO GET SAFELY OFF ROAD WAY. *TR

**(xxxii)     2013 Kia Optima**

**August 1, 2017 NHTSA ID NUMBER: 11012088**

TL* THE CONTACT OWNS A 2013 KIA OPTIMA. THE CONTACTED HEARD AN ABNORMAL RATTLING AND KNOCKING NOISE WHILE DRIVING 20 MPH. THE VEHICLE STALLED AND THE CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS TOWED TO A LOCAL DEALER (KIA CAVENAUGH LOCATED AT 3315 STADIUM BLVD JONESBORO, AR 72404), BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT

NOTIFIED OF THE FAILURE. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 106,000.

**September 28, 2017 NHTSA ID NUMBER: 11024468**

2013 KIA OPTIMA. CONSUMER WRITES IN REGARDS TO ENGINE KNOCKING WHILE DRIVING AND WHILE ENGINE IS OFF. *LD

THE CONSUMER STATED THE DEALER WOULD NOT ACKNOWLEDGE THE ENGINE KNOCKING COMPLAINT. THE CONSUMER INQUIRED ABOUT VISITING A DIFFERENT DEALER. UPDATED 09/28/2017*JS

**April 26, 2018 NHTSA ID NUMBER: 11090295**

WHILE I WAS DRIVING THE CAR, I STOPPED AT A STOP LIGHT, AND REALIZED THAT MY CAR WAS ON FIRE FROM THE ENGINE AREA. THE ELECTRICAL SHORTED OUT AND I WAS LOCKED IN THE CAR, I HAD TO MANUALLY HOLD THE ELECTRIC LOCK TO BE ABLE TO ESCAPE FROM THE CAR. IT WAS ENGULFED IN FLAMES.

**March 19, 2019 NHTSA ID NUMBER: 11190135**

ISSUES WITH THE ENGINE- THETA II ENGINE SINCE 2015 (PREVIOUS OWNER LIZ REPORTED). I PURCHASED THE VEHICLE MARCH 2018 AND SENT IT IN KIA A MONTH LATER. LOCAL DEALERSHIP TOLD ME THE ENGINE NEEDED TO BE REPLACED BUT MY EXTENDED WARRANTY I PURCHASED DIDN'T APPROVE IT BECAUSE IT WAS A PREVIOUS PROBLEM (2015 ) OVAL DEALERSHIP TOLD ME ENGINE IS CONSUMING OIL AND THEY DO NOT KNOW WHERE THE OIL IS GOING. IT BLOWING SMOKE AND NOT DRIVABLE.

THE CAR HAS BEEN IN THE SHOP (ANCIRA KIA) SINCE JANUARY AND KIA CORPORATE HAS BEEN PAYING MY RENTAL.

**October 1, 2019 NHTSA ID NUMBER: 11265293**

MY 2013 KIA OPTIMA EX WITH A 2.4L...I WAS DRIVIN DOWN THE INTERSTATE AND CHECK ENGINE LIGHT CAME ON AND CAR WENT INTO A LEMP MODE. HAD CAR SCANED CODE IS P1326

71

SAME AS OTHER KIAS SAME YR LOOKED ONLINE TO SEE IF I HAD RECALLS ON MY CAR AND THERE IS NOT

(xxxiii)    **2014 Kia Optima**

**January 15, 2014 NHTSA ID NUMBER: 10560127**

MY KIA OPTIMA 2014 STARTED A NOISE NEAR THE ENGINE THAT SOUNDS LIKE A CLAPPING NOISE. THE FIRST KIA DEALER I TOOK IT TO SAID THAT IT IS NOT TO WORRY AND IS PART OF THE KIA ENGINEERING DESIGN. THE SECOND KIA DEALER I TOOK IT TO SAID THAT THE NOISE IS BAD NEWS AND AFTER FURTHER DIAGNOSTICS, THEY DETERMINED THAT THE ENTIRE ENGINE NEEDED TO BE REPLACED. JUST 5,000 MILES INTO THE LIFE OF MY BRAND NEW KIA OPTIMA 2014. I WANT PEOPLE TO BE AWARE THAT IF YOU HEAR A CLAPPING NOISE NEAR THE TOP OF THE ENGINE THAN PLEASE TAKE IT INTO A KIA DEALER IMMEDIATELY WHILE IT IS STILL UNDER WARRANTY. IT IS NOT CURRENTLY A KIA RECALL BUT I FEEL IT SHOULD BE SINCE THIS CAN LEAD TO REPLACING THE ENTIRE ENGINE. THANK YOU. *TR

**February 2, 2014 NHTSA ID NUMBER: 10562581**

I HAD MY CAR KID OPTIMA 2014 2 WEEKS (800 MILES ON MY NEW ).THE ENGINE WAS MAKING A KNOCKING NOISES TOOK IT BACK TO DEALERSHIP IT WAS THE PISTON NOT WORKING FULLY THEY SAID I WAS GOING TO HAVE TO HAVE ENGINE REPLACED .I DON'T WANT THE CAR ! I'M NOT HAPPY. *TR

**May 1, 2017 NHTSA ID NUMBER: 10982951**

MY CARS ENGINE STARTED MAKING A KNOCKING NOISE DURING IDLE AND AT HIGHWAY SPEEDS. THIS IS VERY CONCERNING BECAUSE I DO NEED MY CAR EVERYDAY TO GET MY 18 MONTH OLD DAUGHTER TO DAYCARE AND THEN TO WORK. THE DEFAULT ANSWER FROM THE DEALERSHIP IS "WE DON'T HEAR ANYTHING" WHICH IS TOTAL BS, YOU CAN CLEARLY HEAR IT KNOCKING. I DON'T WANT MY CARS ENGINE TO HAVE A CATASTROPHIC FAILURE DURING RUSH HOUR TRAFFIC WHEN I AM WITH MY DAUGHTER. THAT COULD CAUSE US TO BE IN A VERY SERIOUS ACCIDENT WHICH I DREAD. KIA

NEEDS TO OWN UP TO THE PROBLEM AND GET IT FIXED AND STOP WORRYING ABOUT THE MONEY THEY WILL LOSE DUE TO FIXING IT. I AM GLAD NHTSA EXISTS, IT KEEPS BIG POWERFUL COMPANIES LIKE KIA IN CHECK. ANY HELP WILL BE GREATLY APPRECIATED.

**July 25, 2018 NHTSA ID NUMBER: 11113500**

I WAS HEADING NORTH BOUND, CRUISE CONTROL SET AT 55 WHEN MY 2014 KIA OPTIMA THERA II MOTOR STARTED MAKING A GRINDING SOUNDS, LOST COMPLETE POWER AND STALLED OUT. CAR WOULD NOT TURN ON ANYMORE, A TEXAS STATE TROOPER AND SMALL TOWN COP HELPED ME PUSHED THE CAR INTO A PARKING LOT AFTER ABOUT AN HOUR, THE CAR STARTED SMOKING AND CAUGHT FIRE FROM THE ENGINE BAY. LUCKILY NO ONE GOT HURT BUT THE CAR IS A TOTAL LOSE AND I HAVE A FEELING KIA IS GOING TO GIVE ME THE RUNAROUND. THE THETA II DOES HAVE AN OPEN RECALL. THE MOTOR WAS CHECKED TWICE AND PASSED BOTH TIMES.

**May 11, 2021 NHTSA ID NUMBER: 11416055**

WHILE DRIVING IN TRAFFIC, THE VEHICLE CUT OFF AND I HAD TO COAST TO THE SIDE OF THE ROAD. AFTER SEVERAL ATTEMPTS, THE VEHICLE FINALLY STARTED. THIS IS THE 3RD TIME THIS HAS HAPPENED.

### (xxxiv)    2015 Kia Optima

**February 9, 2015 NHTSA ID NUMBER: 10682178**

TL*THE CONTACT OWNS A 2015 KIA OPTIMA. THE CONTACT STATED THAT WHILE DRIVING 25 MPH, THE VEHICLE MADE AN ABNORMAL NOISE WITHOUT WARNING. THE CONTACT MENTIONED THAT THE NOISE WAS EMITTING FROM THE ENGINE. THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO THE DEALER. THE TECHNICIAN WAS UNABLE TO DIAGNOSED OR REPAIR THE VEHICLE. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 10,000.

**June 15, 2016 NHTSA ID NUMBER: 10874312**

MY 2015 KIA OPTIMA HAS 26,456 MILES. THE LAST OIL CHANGE WAS PERFORMED AT 26,064 MILES. ON 6/4/16 WHILE DRIVING APPROX. 50MPH IN 3 LANE TRAFFIC THE ENGINE SEIZED UP, CAR SHUT DOWN AND INTERIOR FILLED WITH SMOKE. HAD VEHICLE TOWED TO KIA. WAS TOLD IT NEEDS A NEW ENGINE DUE TO SLUDGE IN THE OIL. KIA IS REFUSING TO HONOR THE WARRANTY BECAUSE I CANNOT PRODUCE RECEIPTS FOR PREVIOUS OIL CHANGES. I HAVE RESEARCHED AND MANY OTHER KIA VEHICLES ARE HAVING VERY SIMILAR PROBLEMS WITH LOW MILES! THERE HAS TO BE SOMETHING WRONG THAT KIA IS NOT AWARE OF OR IS JUST NOT WILLING TO ADMIT. NOT ONLY WILL THEY NOT FIX MY VEHICLE BUT I FEAR SOMEONE IS GOING TO GET HURT OR EVEN KILLED. I INFORMED KIA OF MY CONCERN BUT THEY DID NOT SEEM TO CARE

**September 9, 2016 NHTSA ID NUMBER: 10905150**

MY 2015 KIA OPTIMA HAS 23000 MILES.. I COULDN'T REMEMBER WHEN I HAD THE OIL CHANGED,BUT I WAS DRIVING ON 75 COMING FROM FLA. THE AC STOP WORKING AND THEN SHORTLY AFTER THAT THE CAR STARTED TO SLOW DOWN. IT FINALLY CAME TO A COMPLETE STOP, WHEN I GOT IT TO THE KIA DEALERSHIP THEY INFORMED ME THAT THE ENGINE HAD SEIZED .BECAUSE THE SAID I COULD NOT PROVE THAT THE OIL HAD BEEN CHANGED,THE WARRANTY WOULD NOT COVER IT. I BOUGHT THE CAR BRAND NEW. ONLY HAD IT 15 MONTHS. THERE WAS NO WARNING LIGHTS OR ANY SIGNS OF TROUBLE .KIA WILL NOT FIX IT, THEY WANT ALMOST 8.000 TO PUT IN A NEW ENGINE.

**February 8, 2018 NHTSA ID NUMBER: 11071736**

THE CAR ENGINE DIED ONE DAY WHEN I WAS DRIVING UP A HILL IN HEAVY RAIN ON A VERY BUSY TWO WAY STREET WITH FOUR LANES ACROSS. WE'RE LUCKY WE WEREN'T INJURED BECAUSE OTHER CARS COMING UP BEHIND US COULDN'T SEE THAT WELL IN THE RAIN. THERE WAS NEVER ANY KNOCKING OR INDICATION OF ANYTHING WRONG. IT JUST DIED OUT OF THE BLUE. WE TOOK IT TO KIA AND THEY SAID THE ENGINE SEIZED DUE TO SLUDGE. I HAD TO GET THE ENGINE REBUILT ON MY OWN DIME ($3000 PLUS TOWING ETC.) BECAUSE KIA REFUSED TO HONOR THE WARRANTY. THE CAR WAS ONLY

ABOUT A YEAR OLD AT THAT POINT. THEY TOLD ME I HAD TO GIVE THEM ALL RECEIPTS SHOWING OIL CHANGES ETC. AND EVEN WHEN I BROUGHT THE RECEIPTS THEY SAID IT WASN'T ENOUGH AND THAT IT WAS MY FAULT. NOT TO MENTION KIA HAS ALREADY RECALLED THIS SAME ENGINE IN EARLIER MODELS AND IT'S THE SAME ENGINE (THETA II) THAT IS IN THE HUYUNDAI SONATA WHICH WAS ALSO RECALLED FOR SEIZING/SLUDGE. IT IS PRETTY OBVIOUS THIS ENGINE IS FAULTY AND KIA NEEDS TO RECALL IT BUT THEY AREN'T INCLUDING THIS 2015 IN THE RECALL WITH THE 2014, 2013 AND 2012 MODELS.

**April 21, 2021 NHTSA ID NUMBER: 11413136**

I WAS DRIVING HOME FROM WORK AND I NOTICED MY VEHICLE HAVING A HARD TIME PICKING UP SPEED AND SOON AFTER IT WAS A NOTICEABLE KNOCKING NOISE COMING FROM THE ENGINE. THE RPM AND DASHBOARD GAUGES WERE VERY SPORADIC. I PARKED THE CAR AND POPPED THE HOOD TO FIND THAT THERE WAS SOMEHOW ABSOLUTELY NO OIL, BUT NO CURRENT SIGN OF LEAKING FROM UNDERNEATH. THE CAR CONTINUES TO KNOCK WHEN I START IT UP AND AM AFRAID OF IT OVERHEATING AND IT IS CURRENTLY PARKED. IT SMELLS DEFINITELY LIKE BURNTNESS AND WHEN SHIFTING INTO D3 AND D IT SEEMS TO BE THE MOST APPARENT THAT THE ENGINE COULD BE HAVING TOUBLE. SPEEDS AND RPM GAUGE ARE MOST SPORADIC AT HIGH SPEEDS AND THE EXHAUST PIPE SEEMS TO HAVE RESIDUE OF SOME SORT THAT ISN'T NORMAL.

### (xxxv)     2016 Kia Optima

**December 23, 2016 NHTSA ID NUMBER: 10937252**

TL* THE CONTACT OWNS A 2016 KIA OPTIMA. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE ACCELERATED INDEPENDENTLY AND THE ENGINE RPMS DRASTICALLY INCREASED TO 6 OR 7. THE CONTACT ALSO STATED THAT THE CHECK ENGINE WARNING INDICATOR ILLUMINATED AND THERE WAS A BURNING ODOR COMING FROM THE ENGINE. IN ADDITION, THE VEHICLE WAS LEAKING OIL. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE CVT VALVE NEEDED TO BE REPLACED. THE DEALER STATED

THAT THE VEHICLE WAS NUMBER 75 ON THE WAITING LIST FOR THE REPAIRS AND PROVIDED A LOANER VEHICLE. TWO DAYS LATER, THE CONTACT WAS INFORMED BY THE DEALER THAT THEY PERFORMED AN INTERIM REPAIR AND THAT THE VEHICLE COULD BE DRIVEN. THE DEALER ORDERED THE PART FOR A PERMANENT REPAIR. THE CONTACT FELT UNSAFE DRIVING THE VEHICLE. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,000.

**July 2, 2017 NHTSA ID NUMBER: 11002704**

I BOUGHT MY CAR 6 MONTHS AGO, I HAVE PERFORMED ALL REQUIRED MAINTENANCE FOR THE VEHICLE AND AT 17,000 MILES THERE WAS A TICKING SOUND WHILE I WAS DRIVING ON A BUSY ROAD WITH MY HANDICAPPED MOTHER. THERE WAS A LOUD NOISE AND I THOUGHT I BLEW A TIRE, THE ENGINE SEIZED UP AND I WAS IN THE MIDDLE OF THE ROAD, I HAD TO CALL EMERGENCY ROAD SERVICE TO GET MY MOTHER AND I SAFELY HOME. AFTER GETTING THE VEHICLE TOWED TO THE KIA DEALERSHIP I AM TOLD THE ENGINE IS NEEDING TO BE REPLACED BECAUSE A ROD WAS THROWN THREW THE MOTOR. WE WERE VERY LUCKY THAT NEITHER ONE OF US WAS INJURED WITH THIS INCIDENT HOWEVER OTHERS MAY NOT BE SO LUCKY.

**July 12, 2019 NHTSA ID NUMBER: 11231282**

I BOUGHT A 2016 KIA OPTIMA FROM AIRPORT KIA IN 12/16. BEGINNING ON 5/24/19, WHILE DRIVING MY VEHICLE ON A BUSY ROAD THE SPEED FELL FROM 45 TO 35 IN LESS THAN A MINUTE AND BEGAN TO JERK. I HAD IT TOWED TO GALEANA KIA (G.A.) SERVICE DEPT, DUE TO PREVIOUS ISSUES WITH AIRPORT KIA'S NEGLIGENCE AND REFUSAL TO FIX DEFOGGING ISSUES I HAD ON A PREVIOUS 2014 KIA OPTIMA THAT ALSO HAD SAFETY ISSUES. G.A. MADE REPAIRS TO MY VEHICLE FOR THAT VISIT. ON 6/24/19, IT WAS TOWED AGAIN TO G.A. FOR THE SAME ISSUE. THE ENGINE LIGHT CAME ON THE MILES DROPPED FROM 45 TO 35 WHILE DRIVING AND BEGAN TO JERK FORCEFULLY AGAIN. BOTH TIMES ALMOST RESULTED IN AN ACCIDENT. THIS TIME G.A.'S DIAGNOSTIC MACHINE DIDN'T PULL UP ANY ISSUES WITH MY 2016 OPTIMA. THEY OPENED UP A CASE WITH THE KIA CONSUMER TECHNICAL DEPT. WHEN I CALLED G.A. A FEW

DAYS LATER, THEY TOLD ME THAT IT WAS SUGGESTED THEY CHANGE OUT THE KNOCK SENSOR. ON 6/28/19, THE REGIONAL ANALYST CONTACTED ME. I VOICED MY CONCERNS OF THE SAFETY OF THIS VEHICLE AND THAT AIRPORT KIA GAVE ME ANOTHER DEFECTIVE CAR THAT PUTS MINE, MY CHILD'S LIFE AND THOSE AROUND ME IN JEOPARDY. I STRESSED HOW THE DIAGNOSTIC MACHINE ISN'T EVEN PICKING UP THE ISSUE OF MY VEHICLE SO BASICALLY THE ENGINEERS ARE GOING BASED ON HYPOTHETICAL'S AND CAN'T GUARANTEE SAFETY OF THE CAR. HER RESPONSE WAS THAT SHE'S 100% CONFIDENT THIS WILL FIX THE PROBLEM AND TO BUILD TRUST IN MY CAR. ON 7/9/19 THE REGIONAL ANALYST FROM KIA CONSUMER E-MAILED ME NOW CHANGING THE SERVICE TO BE DONE TO MY CAR STATING THAT THEY HAVE THE ENGINE ORDERED FOR MY VEHICLE AND THE HARNESS. WHEN I ASKED FOR INFORMATION AS TO WHAT CAUSED THE CHANGE SHE DID NOT PROVIDE INFORMATION ANSWERING MY QUESTION. G.A. WAS HONEST IN LETTING ME KNOW THAT THEY HAVE NOT BEEN CONTACTED AT ALL IN REGARDS ANY ENGINE OR HARNESS REPLACEMENTS AND THE LAST THEY HEARD FROM THEM ONLY INVOLVED CHANGING THE KNOCK SENSOR.

**August 8, 2019 NHTSA ID NUMBER: 11242680**

TL* THE CONTACT OWNS A 2016 KIA OPTIMA. THE CONTACT STATED THAT THE ENGINE MADE AN ABNORMAL KNOCKING SOUND AND THE VEHICLE STALLED. IN ADDITION, THE CHECK ENGINE INDICATOR ILLUMINATED. THE FAILURES OCCURRED WITHOUT WARNING. ON FOUR OCCASIONS, THE VEHICLE WAS TOWED AND DRIVEN TO SUNSET KIA OF VENICE (179 U.S. 41 BYPASS, VENICE, FL 34285) WHERE IT WAS DIAGNOSED THAT A NEW WIRING HARNESS FOR THE KNOCK SENSORS WAS NEEDED ALONG WITH A NEW ENGINE. THE VEHICLE WAS REPAIRED, BUT THE FAILURES RECURRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES AND NOT ASSIST. THE FAILURE MILEAGE WAS 62,000. THE VIN WAS UNKNOWN.

**May 9, 2021 NHTSA ID NUMBER: 11415737**

VEHICLE CONSUMES OIL AT HIGH RATE. APPROXIMATELY 5 QTS PER 3000 MILES DRIVEN SOMETIMES MORE OFTEN. AFTER NEW OIL IS ADDED, ACCELERATION WILL DELAY AT TIMES,

USUALLY WHEN STARTING FROM A COMPLETE STOP. WHEN THE VEHICLE BEGINS MOVING FORWARD A CLOUD OF BLUISH/WHITE EXHAUST WILL BE CREATED. THE CLOUDS OF EXHAUST OCCURS MORE OFTEN JUST AFTER AN OIL CHANGE OR OIL IS ADDED. WILL CONTINUE FOR THE FIRST 1000 MILES THEN WILL BECOME LESS FREQUENT AS MORE OIL IS CONSUMED AND THE AMOUNT REMAINING IN THE OIL PAN IS LESSENED. HAS OCCURRED SINCE I PURCHASED THE CAR.

### (xxxvi)    2011 Kia Optima Hybrid

**July 17, 2017 NHTSA ID NUMBER: 11005850**

MY ENGINE DID EXACTLY AS THE RECALL ON THE NON-HYBRID ENGINES. LOST OIL PRESSURE, OIL INDICATOR CAME ON, CHECK ENGINE LIGHT CAME ON AS ENGINE SEIZED ON HIGHWAY DURING DRIVING. DEALERSHIP REFUSING TO INCLUDE MY CAR ENGINE IN RECALL BECAUSE OF HYBRID - EVEN THOUGH IT HAS A GAS ENGINE. KIA CORPORATE CONTACTED AND STATED THEY WERE WILLING TO "WORK SOMETHING OUT" WITH IT IF DEALERSHIP WILL CONTACT THEM. I CANNOT GET DEALERSHIP TO DO THIS YET. LIKELY LEGAL COUNSEL WILL HAVE TO BE CONTACTED. INSURANCE ADJUSTER ALSO COMMENTED DEFECTIVE PART LIKELY CAUSE. GOOD THING I DID NO HAVE CARDIAC ISSUE -HAD TO WAIT IN HEAT ON HIGHWAY DURING SUMMER MORNING FOR TOW TRUCK AFTER SUDDEN ENGINE FAILURE IN TRAFFIC WHILE EXITING ON TO THE HIGHWAY. ALSO FORTUNATE THE CARS BEHIND ME DID NOT HIT ME CAUSING MORE DAMAGE OR PERSONAL INJURY. STILL TRAUMATIC EXPERIENCE.

**August 18, 2017 NHTSA ID NUMBER: 11016266**

TL* THE CONTACT OWNS A 2011 KIA OPTIMA HYBRID. THE CONTACT STATED THAT THE ENGINE SEIZED WHILE DRIVING 60 MPH. THE CONTACT WAS ABLE TO COAST THE VEHICLE OVER TO THE EMERGENCY LANE. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT WAS ABLE TO DRIVE THE VEHICLE. THE CONTACT ALSO STATED THAT THE VEHICLE MADE A VERY LOUD KNOCKING NOISE AND SOUNDED LIKE SOMETHING WAS DRAGGING FROM THE BOTTOM OF THE VEHICLE. THE CONTACT COASTED TO THE SIDE OF THE ROAD

AND WAS UNABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TOWED TO AN UNKNOWN KIA DEALER IN IRVINE, CA. THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE TORN DOWN TO DETERMINE WHAT CAUSED THE FAILURE. THE TECHNICIAN DIAGNOSED THAT THE FAILURE WAS DUE TO A ROD BEARING AND THERE WERE METAL SHAVINGS IN THE OIL PAN; HOWEVER, THE VEHICLE WAS FREE OF SLUDGE. THE MANUFACTURER WAS CONTACTED. BECAUSE THE CONTACT WAS THE THIRD OWNER OF THE VEHICLE, THE VEHICLE WOULD NOT BE REPAIRED FOR FREE. THE CONTACT WAS ALSO INFORMED THAT THE FAILURE WAS IDENTICAL TO A PREVIOUS UNKNOWN RECALL. THE VEHICLE HAD A 100,000 MILE WARRANTY, WHICH WAS NO LONGER VALID. THE APPROXIMATE FAILURE MILEAGE WAS 67,000. THE VIN WAS NOT AVAILABLE.

**November 30, 2017 NHTSA ID NUMBER: 11051611**

WHILE DRIVING ON THE HIGH WAY THE ENGINE STARTED MAKING A KNOCKING SOUND AND THEN THERE WAS A BURNING SMELL AND THE CAR WOULD NOT ACCELERATE THEN THE CAR SHUT OFF. I WAS FORCED TO SWITCH LANES AND GET OFF THE NEAREST EXIT.

**May 16, 2018 NHTSA ID NUMBER: 11094133**

DRIVING ON RAMP TO I10 IN CHANDLER AZ , SUDDENLY I'VE LOST POWER ON THE CAR, NO WARNING LIGHTS ON OR ANY SOUND HEARD .I COAST TO THE EMERGENCY LINE AND TRY TO START THE ENGINE AGAIN BUT NOTHING HAPPENED. AAA TOW THE CAR TO KIA DEALER AND THEY SAID THE ENGINE IS SEIZED. ONLY 64000 MILES . NO WARNING LIGHTS ON , NO ENGINE CHECK LIGHT ON .

**March 25, 2019 NHTSA ID NUMBER: 11191408**

OUR CAR BEGAN EXHIBITING A CLACKING NOISE WHEN DRIVING THAT WOULD WORSEN WITH ACCELERATION. WITHIN 1-2 DRIVES, IT QUICKLY PROGRESSED TO BE QUITE LOUD AND CONSTANT, SO WE TOOK IT TO OUR LOCAL DEALERSHIP. WE WERE INFORMED THAT OUR ENGINE HAD THROWN A ROD AND WOULD NEED TO BE COMPLETELY REPLACED. WE ARE JUST

OUTSIDE THE 100,000 MILE WARRANTY AND BOUGHT THE CAR BRAND NEW IN 2012 (YES, THE YEAR AFTER THE MODEL DATE, TAKING ADVANTAGE OF THE PRICE BREAK IN BUYING OLD STOCK), SO IT IS STILL A FAIRLY YOUNG ENGINE TO BE HAVING THIS PROBLEM. IT APPEARS OTHER NON-HYBRID KIA AND HYUNDAI MODELS FROM THE SAME YEAR ARE HAVING THE SAME PROBLEM AND HAVE BEEN RECALLED, BUT NOTHING ON THE HYBRID VEHICLES, DESPITE THAT WE WERE ALSO TOLD THIS HAS BEEN A COMMON PROBLEM.

### (xxxvii)    2012 Kia Optima Hybrid

**September 2, 2016 NHTSA ID NUMBER: 10903342**

AFTER ~20K MILES, I NOTICED A SLIGHT TAPPING/KNOCKING NOISE COMING FROM THE ENGINE. I TOOK THE CAR TO THE DEALERSHIP FOR MAINTENANCE AND ASKED ABOUT THE NOISE. THEY SAID THERE WAS NOTHING WRONG. OVER TIME, IT GOT A BIT LOUDER BUT NOT MUCH AND EACH TIME IT WAS TAKEN TO THE DEALERSHIP, THEY WOULD SAY THERE WAS NOTHING WRONG. AT ~80K MILES, MY WIFE WAS TRAVELING HOME ON THE FREEWAY AT 70MPH WHEN THE ENGINE STARTED MAKING A TERRIBLE NOISE (SOUNDED LIKE A ROD WAS ABOUT TO COME THROUGH THE ENGINE), LOST POWER, AND ALL OF THE LIGHTS CAME ON, WHICH ALMOST CAUSED HER TO WRECK, AS SHE WAS IN HEAVY TRAFFIC. SHE IMMEDIATELY PULLED OVER AND WE HAD TO CALL A TOW TRUCK. AFTER CALLING THE DEALERSHIP, THEY SAID THAT THEY WOULDN'T FIX IT AND THAT I'D HAVE TO PAY 7K TO HAVE THE ENGINE REPLACED. I ENDED UP BUYING AN ENGINE FROM A WRECKED 2014 KIA OPTIMA HYBRID. SO MUCH FOR A WARRANTY. AFTER DOING RESEARCH, IT SEEMS THAT THERE ARE NUMEROUS PEOPLE HAVING THE EXACT SAME ISSUES I'VE EXPERIENCED.

**January 3, 2017 NHTSA ID NUMBER: 10939306**

LOUD BANGING NOISE FROM THE MOTOR THEN LOUD BAND AND 2 PARTS FLEW OUT THE BOTTOM ANT IT STARTED SPILLING OIL EVERYWHERE

**May 18, 2018 NHTSA ID NUMBER: 11096650**

WHILE DRIVING, AT NIGHT WITH MY TWO YEAR OLD SON, ON A TWO LANE ROAD MY CAR STARTING MAKING A LOUD KNOCKING NOISE, I BEGAN TO LOSE POWER QUICKLY. THANK GOD I WAS ABLE TO GET THE CAR TO THE EDGE OF THE ROAD. I CALLED FAMILY, WHO SAID TO STAY PUT, THEY BROUGHT A TRAILER TO LOAD MY CAR ON. I WASN'T SURE WHAT TO DO NEXT, I WAS BEING TOLD THE MOTOR HAD THROWN A ROD. SADLY THEY WERE ALL CORRECT. I CALLED KIA HEADQUARTERS, THEY GAVE ME A CASE NUMBER AND THE NAME OF A DEALERSHIP NEAR ME, WHICH IS STILL 60 MILES AWAY, WEST PALM BEACH KIA. I TOWED THE CAR OVER ON APRIL 3, 2018, AFTER THEIR DIAGNOSES I WAS TOLD I NEEDED A MOTOR. I TOO QUESTIONED THE KIA OPTIMA RECALL, I WAS TOLD THE HYBRIDS ARE NOT INCLUDED IN THAT RECALL, NEITHER WAS MY VIN. TODAY IS MAY 18, 2018, MY CAR IS STILL AT WEST PALM BEACH KIA AWAITING A MOTOR. SINCE BEING AT WEST PALM BEACH KIA, WHO I REMIND YOU WAS SUGGESTED BY KIA HEADQUARTERS I HAVE BEEN THROUGH THREE SERVICE MANAGERS. I HAVE BEEN INFORMED THAT I WILL HAVE TO PAY $3500 OF THE $8000 BILL, DUE TO KIA GOODWILL." TENTATIVE DATE OF MAY 29, 2018", WHICH IS THE THIRD CHANGE OF DATE ALSO. MY CAR IS STILL THERE WITH A MY CAR HAS 92,000 MILES ON IT. WITH KIA OFFERING TO PAY AT ALL, IT SEEMS THEY KNOW THEY HAVE A PROBLEM MOTOR, WITH A SAFETY ISSUE SO WHY IS THERE NOT A RECALL?? MY TWO YEAR OLD SON AND I COULD HAVE BEEN HURT SERIOUSLY IF A SEMI TRACTOR TRAILER OR PICK UP TRUCK HAD BEEN BEHIND ME. PLEASE ISSUE A RECALL BEFORE PEOPLE GET KILLED!!!

**May 12, 2019 NHTSA ID NUMBER: 11207083**

WHILE DRIVING ON A HIGHWAY AROUND 45MPH, THE ENGINE SUDDENLY MADE A RATTLING NOISE, THEN SHORTLY AFTER, MADE A LOUD SQUEALING NOISE AND THEN A SUDDEN JOLT. THE CAR SHUT DOWN AND SHOWED AN ERROR ABOUT THE HYBRID SYSTEM MALFUNCTION AND I EXPERIENCED A QUICK DROP IN SPEED AND WAS UNABLE TO ACCELERATE. AFTER PULLING OVER, THE CAR WOULD NOT START. CAR WAS TOWED TO DEALER AND THEY WERE ABLE TO START VEHICLE, BUT IT MAKES A LOUD 'CLANKING' NOISE AND CAR VIBRATES. DEALER

INFORMED THAT APPEARS A PART INSIDE ENGINE HAD FAILED AND WILL NEED COMPLETE ENGINE REPLACEMENT

**January 19, 2021 NHTSA ID NUMBER: 11388790**

TL* THE CONTACT OWNS A 2012 KIA OPTIMA HYBRID. THE CONTACT STATED WHILE DRIVING 75 MPH, WHEN SHE HEARD AN ABNORMAL NOISE AND THE VEHICLE BEGAN TO DECELERATE. THE CONTACT STATED NO WARNING LIGHT WAS ILLUMINATED. THE CONTACT STATED THE VEHICLE FAILED TO EXCEED 40 MPH. THE CONTACT PARKED ON THE SIDE OF THE ROAD AND HAD THE VEHICLE TOWED TO AN INDEPENDENT MECHANIC WHERE THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS THEN TOWED TO BOB KING KIA (1725 LINK RD, WINSTON-SALEM, NC 27103, (336) 724-3866) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. UPON INVESTIGATION, THE CONTACT ASSOCIATED THE FAILURE WITH NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE) HOWEVER, THE VIN WAS NOT INCLUDED. THE MANUFACTURER WAS INFORMED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 118,000.

### (xxxviii)      2013 Kia Optima Hybrid

**September 11, 2018 NHTSA ID NUMBER: 11128714**

1. DRIVING VEHICLE ON FREEWAY AND THE ENGINE BLEW. KIA REBUILT THE TOP HALF OF THE ENGINE. 2. DRIVING VEHICLE ON STREET AND THE POWER STEERING WENT OUT. TOOK A LOT OF STRENGTH TO STEER TO THE SIDE OF THE ROAD. KIA RESET MAIN CONTROL UNIT TO FIX ISSUE. 3. DRIVING VEHICLE ON STREET AND THE POWER STEERING WENT OUT AGAIN. KIA WANTS TO REPLACE MAIN CONTROL UNIT. CAR HAS PASSED THE WARRANTY BY 10K MILES. NOT COVERED.

**May 26, 2019 NHTSA ID NUMBER: 11210065**

HYBRID WARNING LIGHT SUDDENLY CAME ON INDICATING THAT I SHOULD PULL OVER WHILE I WAS DRIVING ON THE FREEWAY. I IMMEDIATELY VEERED TO MY LEFT TO GET TO THE SHOULDER, AS THE CAR HAD ALREADY DIED, AND I WAS

MOVING ONLY ON MOMENTUM. I WAS ALMOST HIT BY A CAR BEHIND ME. I WAITED A WHILE, AND THE CAR RESTARTED. THE ENGINE LIGHT CAME ON AND WENT AWAY LATER THAT DAY. THIS WAS A SATURDAY, AND I TOOK THE CAR TO THE DEALERSHIP ON MONDAY. THIS WAS NOT THE FIRST OCCURRENCE. THE FIRST TIME I EXPERIENCED THE SAME SCENARIO AND ALSO ALMOST GOT HIT BY A CAR AS I WAS TRYING TO GET TO THE RIGHT SHOULDER. MY CAR DID NOT START IN THAT INCIDENT, AND I HAD TO GET IT TOWED. THE SECOND TIME WAS AGAIN THE SAME SCENARIO, AND IT DID RESTART. EACH TIME I TOOK IT TO THE DEALERSHIP. EACH TIME THEY SAID THEY COULDN'T REPLICATE THE PROBLEM, AND THEY MADE ANCILLARY UPDATES, WHICH DIDN'T HELP. THE THIRD TIME IT HAPPENED, I WAS ADAMANT THAT THEY FIX IT BECAUSE THEY WERE AT RISK OF SERIOUS LIABILITY BECAUSE I WAS BEING PLACED IN EXTREME DANGER. FURTHER, IT BROUGHT ABOUT MUCH ANXIETY KNOWING THAT THIS COULD HAPPEN WITHOUT WARNING AT ANY TIME WHILE DRIVING. MY CAR IS STILL WITHIN THE 100K WARRANTY. THE FIRST TIME, THEY REFUSED TO ADDRESS IT UNDER WARRANTY, AND THEY ARGUED WITH ME ABOUT IT ONLY TO CONCEDE LATER THAT, IN FACT, IT WAS COVERED UNDER WARRANTY.

**April 28, 2021 NHTSA ID NUMBER: 11414285**

TL* THE CONTACT OWNS A 2013 KIA OPTIMA HYBRID. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 20V750000 (ENGINE). THE CONTACT'S DAUGHTER WAS DRIVING AT AN UNDISCLOSED SPEED, WHEN THE VEHICLE STALLED. THE VEHICLE WAS TOWED TO KIA OF MCCOMB (1030 LONGLEAF RD, MCCOMB, MS 39648) AND DIAGNOSED THAT THE ENGINE HAD THROWN A ROD AND NEEDED TO BE REPLACED. THE DEALER INFORMED THE CONTACT THAT THE VEHICLE WAS ELIGIBLE FOR A NEW ENGINE UNDER THE RECALL HOWEVER, AFTER SPEAKING WITH THE MANUFACTURER, THE CONTACT WAS INFORMED THAT THE VEHICLE WAS EXCLUDED FROM THE RECALL REPAIR BECAUSE THE MILEAGE WAS OVER 150,000. THE CONTACT STATED THAT THE VEHICLE HAD A HYBRID AND GASOLINE ENGINE SO THE ODOMETER MILEAGE SHOULD NOT BE THE DECIDING FACTOR IN DETERMINING WHICH VEHICLES WERE INCLUDED OR EXCLUDED FROM THE

FREE RECALL REPAIR AND ENGINE REPLACEMENT. THE FAILURE MILEAGE WAS 162,900. VIN WAS UNAVAILABLE.

### (xxxix)    2011 Kia Sorento

**August 1, 2012 NHTSA ID NUMBER: 10468798**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. THE CONTACT STATED THAT THE VEHICLE WOULD STALL SPORADICALLY WITH THE ILLUMINATION OF THE CHECK ENGINE AND OIL WARNING LIGHTS. THE VEHICLE HAD BEEN TAKEN TO THE DEALER THREE TIMES FOR THE FAILURE BUT THE TECHNICIANS WERE UNABLE TO DUPLICATE OR CORRECT THE PROBLEM. THE VIN WAS NOT AVAILABLE. THE FAILURE MILEAGE WAS 7,000 AND THE CURRENT MILEAGE WAS 15,000.

**November 2, 2012 NHTSA ID NUMBER: 10483125**

TL* THE CONTACT OWNS A 2011 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING 10 MPH THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS UNABLE TO DIAGNOSE THE FAILURE BUT REPLACED THE ALTERNATOR AS A TEMPORARY REMEDY. THE REMEDY FAILED TO REPAIR THE FAILURE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE WHO ADVISED THE CONTACT THAT THEY WOULD FOLLOW UP WITH THE DEALER. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 10 AND THE CURRENT MILEAGE WAS 47,000.

**September 7, 2013 NHTSA ID NUMBER: 10542432**

FROM POINT OF PURCHASE (NOVEMBER 2010) THE VEHICLE ALWAYS HAD A HARD START, THE SEAT BELT WAS INCORRECTLY INSTALLED AND THE GAS LID FAILS TO OPEN WITHOUT MANUAL PRODDING. IN APRIL 2012 THE ENGINE FAILED TO START, AND THEN THIS CONTINUED TO HAPPEN MULTIPLE TIMES THEREAFTER. THE DEALERSHIP CHANGED THE BATTERY AND SERVICE THE VEHICLE. IN THE FOLLOWING MONTHS A SERIES OF ISSUES CONTINUED, WINDSHIELD WASHER PUMP STOPPED WORKING, FAILURE START, LOUD KNOCKING SOUND IN THE ENGINE WHILE IDLE AND DRIVING, AND THEN THE CAR STARTED TO STALL AND THRUST HARD

FORWARD. THE CAR WAS SERVICED AGAIN, OIL CHANGED, THE
CHANGED THE PUMP AND FILTERS, ALL REPORTED PROBLEMS
PERSISTED THROUGH 2013. FOR THREE MONTHS THE CAR
REMAINED IN THE DEALERSHIP SERVICE SHOP WHERE THE
ENGINE WAS SERVICED, AND SOME ?TAPPETS? WERE
REPLACED. THE DEALERSHIP CRACKED THE ENGINE COVER,
REPLACED IT, WITHOUT INFORMING ME. ALL ENGINE, FAIL
START, AND WINDSHIELD PUMP ISSUES CONTINUES TO PERSIST
TO DATE (SEPTEMBER 2013) DESPITE MULTIPLE SERVICES.

**July 21, 2016 NHTSA ID NUMBER: 10887421**

ENGINE WAS MAKING A CYCLICAL CLICKING/KNOCKING
NOISE. WE TOOK THE VEHICLE TO KIA DEALERSHIP AND THEY
SAID THEY COULD NOT FIND ANY ISSUES WITH THE CAR.
ABOUT A WEEK LATER THE CAR BROKE DOWN WHILE DRIVING
AT HIGHWAY SPEEDS. AFTER HAVING IT TOWED TO AN
INDEPENDENT GARAGE, WE WERE INFORMED THE ENGINE HAD
A CONNECTING ROD FAILURE. THIS IS THE EXACT SAME
PROBLEM THE HYUNDAI SONATA HAS WITH THE EXACT SAME
THETA 2.4 LITER ENGINE. HYUNDAI HAS ISSUES A RECALL BUT
KIA FAILS TO ACKNOWLEDGE THE ISSUE.

**January 14, 2021 NHTSA ID NUMBER: 11388180**

IT STARTED LIKE A LOW SOUND FROM THE ENGINE WHEN I
TRIED TO SPEED UP THREE DAYS BEFORE MONDAY. AND THIS
NOISE WAS GROWING WHILE DRIVING ON ROAD. THE CAR
SLOWED DOWN GRADUALLY AND STOPPED THE ENGINE. THE
MECHANIC HELPED ME REACH MY APT AND PARKED AFTER HE
CHANGED ONLY THE STARTER, HE SAID ENGINE FAILURE DUE
TO DEFEATED BEARING.

**April 27, 2021 NHTSA ID NUMBER: 11414131**

TL* THE CONTACT OWNED A 2011 KIA SORENTO. THE CONTACT
STATED WHILE DRIVING 70 MPH, THE CONTACT HEARD A LOUD
NOISE COMING FROM THE ENGINE COMPARTMENT. THE
CONTACT PULLED OVER TO THE SIDE OF THE ROAD AS SPARKS
AND FLAMES WERE SEEN COMING FROM THE ENGINE
COMPARTMENT. THE CONTACT EXITED THE VEHICLE, OPENED
THE HOOD AND A FIRE EMERGED FROM THE ENGINE. THE

CONTACT STATED THAT SHE SUSTAINED AN EYE INJURY DUE TO THE FLAMES. THE FIRE DEPARTMENT WAS CONTACTED AND WAS ABLE TO EXTINGUISH THE FIRE. THE CONTACT WAS UNAWARE IF A POLICE OR FIRE DEPARTMENT REPORT WAS FILED. THE VEHICLE WAS TOWED TO A JUNK YARD. THE CONTACT NOTIFIED KIA OF SOUTH AUSTIN (5306 S IH 35 FRONTAGE RD, AUSTIN, TX 78745) AND THEY INFORMED THE CONTACT THAT THEY COULD NOT ASSIST DUE TO THE VEHICLE NOT BEING UNDER A RECALL. THE VEHICLE HAD NOT BEEN DIAGNOSED OR REPAIRED. THE VEHICLE WAS DESTROYED. THE MANUFACTURER HAD BEEN INFORMED OF THE FAILURE AND COMPLAINT WAS FILED. THE FAILURE MILEAGE WAS UNKNOWN.

**(xl)    2012 Kia Sorento**

**August 9, 2012 NHTSA ID NUMBER: 10469985**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT WAS DRIVING 20 MPH WHEN THE VEHICLE STALLED WITHOUT WARNING. THERE WERE NO WARNING LIGHTS ILLUMINATING. THE ENGINE WAS TURNED OFF AND THEN RESTARTED WITHIN TEN MINUTES. THE DEALER WAS NOTIFIED AND THE CONTACT WAS WAITING ON A RETURN CALL. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 17,000.

**November 26, 2012 NHTSA ID NUMBER: 10486070**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING 60 MPH THE VEHICLE STALLED. THE VEHICLE WAS MERGED TO THE SIDE OF THE ROAD AND THEN TOWED TO A DEALER FOR DIAGNOSIS. THE TECHNICIAN STATED THAT THE ENGINE LOCKED UP AND AS A RESULT, IT WOULD NEED TO BE REPLACED. THE VEHICLE WAS IN THE PROCESS OF BEING REPAIRED. THE MANUFACTURER WAS NOTIFIED BUT OFFERED NO ASSISTANCE. THE FAILURE AND CURRENT MILEAGE WAS 22,000... UPDATED 01/04/13 *BF THE DEALER REPLACED THE ENGINE BLOCK UNDER WARRANTY. UPDATED 01/09/13

**July 7, 2015 NHTSA ID NUMBER: 10732492**

MY 2012 KIA SORENTO WAS RUNNING FINE, NO WARNING WHATSOEVER. I WAS ON THE HIGHWAY WHEN I HEARD A FLUTTER NOISE THAT TURNED INTO A KNOCKING SOUND. HAD THE CAR TOWED TO DEALER. TOW TRUCK DRIVER STARTED THE CAR AND DROVE IT APPROXIMATELY 60 FT TO A PARKING SPOT. I WAS TOLD BY THE DEALER I HAD CATASTROPHIC ENGINE FAILURE AND THAT THE ENGINE WAS SEIZED TIGHT (WHICH WAS NOT TRUE AT ALL) DUE TO NEGLECT. I HAVE PROVIDED KIA CORP. AND THE DEALER WITH ALL OF THE SERVICE RECORDS AS WELL AS THE OIL PURCHASE RECEIPTS, OIL FILTER RECEIPTS AND OIL CHANGE RECORDS. OIL CHANGES WERE PERFORMED TO WHAT KIA'S MANUAL SUGGESTS. I HAVE DONE RESEARCH AND HAVE FOUND NUMEROUS KIA OWNERS WITH THE EXACT SAME ISSUE I HAD. THEIR COMPLAINTS ARE ALMOST EXACTLY WORD FOR WORD WHAT HAPPENED TO MY KIA. SOMETHING NEEDS TO BE DONE ABOUT THIS...MOST KIA OWNERS HAD THIS CATASTROPHIC ENGINE FAILURE HAPPEN ON THE HIGHWAY OR WHEN THEIR TEENAGERS WERE DRIVING. KIA HAS A CLASS ACTION LAW SUIT AGAINST THEM FOR THIS VERY REASON. PLEASE DO SOMETHING BEFORE SOMEONE REALLY GETS HURT. I WAS VERY LUCKY THERE WAS NOT A LOT OF TRAFFIC AND WAS ABLE TO GET OFF OF THE HIGHWAY. IF THERE WERE TRAFFIC AND I WAS NOT ABLE TO GET OFF OF THE HIGHWAY.. IT COULD GAVE RESULTED IN MUCH WORSE. PLEASE I AM BEGGING YOU TO DO SOMETHING ABOUT THIS. I HAVE CAME ACROSS SO MANY PEOPLE IN STORES, RESTAURANTS, AND DEALERS WHILE LOOKING FOR ANOTHER CAR TO BE ABLE TO GET MY CHILD TO AND FROM SCHOOL, FOOTBALL, ETC. I STILL HAVE A LOAN ON MY KIA AND NOW HAVE ANOTHER LOAN BECAUSE THIS ISSUE. KIA HAS BASED MY WARRANTY REPAIR ON PICTURES THE DEALER TOOK. THEY ABSOLUTELY REFUSE TO LISTEN TO ME NOR HELP ME. I BEGGED AND PLEADED WITH THEM TO LOOK FURTHER INTO IT AND THEY WANTED NOTHING TO DO WITH IT. THEN I WAS TOLD THERE WAS NOTHING ELSE THEY COULD DO AND I NEEDED TO GET MY CAR OFF OF THEIR LOT.

**June 1, 2017 NHTSA ID NUMBER: 10992669**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE DRIVING 45 MPH, THE CRANK CASE BEARING IN THE ENGINE DISINTEGRATED AND RUINED THE MOTOR. THE VEHICLE WAS

TOWED TO OXONDALE KIA IN FLAGSTAFF ARIZONA WHERE IT WAS DIAGNOSED THAT METAL FRAGMENTS ENTERED INTO THE ENGINE OIL DEPOSIT, WHICH CAUSED FURTHER DAMAGE TO THE VEHICLE. THE SERVICE MANAGER AT THE DEALER STATED THAT THERE WAS A RECALL FOR THE FAILURE, BUT THE CONTACT'S VIN WAS NOT INCLUDED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE RECALL DETAILS WERE NOT PROVIDED. THE FAILURE MILEAGE WAS APPROXIMATELY 81,000.

**June 16, 2017 NHTSA ID NUMBER: 10995476**

TL* THE CONTACT OWNS A 2012 KIA SORENTO. WHILE OPERATING THE VEHICLE, A LOUD TICKING NOISE WAS PRESENT COMING FROM THE ENGINE AND THE VEHICLE SUDDENLY SHUT OFF. THE VEHICLE WAS TOWED TO SOUTHWEST KIA OF ROUND ROCK, TEXAS WHERE IT WAS DIAGNOSED THAT THE ENGINE WAS FAULTY AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 103,000.

(xli)   **2013 Kia Sorento**

**April 3, 2013 NHTSA ID NUMBER: 10505487**

ENGINE STARTED MAKING A LOUD NOISE, CHECKED OIL TURNED ENGINE OFF AND ON AGAIN AND NOISE CONTINUED. DROVE HOME APPROX 150 MILES FROM VISITING OUR SON AT COLLEGE. AFTER ARRIVING AT HOME ENGINE STILL MADE NOISE. TOOK INTO DEALER THE FOLLOWING DAY AND TODAY WAS INFORMED WE ARE NEEDING A NEW SHORT BLOCK ENGINE AND IT'S ON BACKORDER FOR A WEEK AND A HALF. NOT A HAPPY CUSTOMER, SINCE I AM MAKING CAR PAYMENTS AND DON'T HAVE THE VEHICLE. IT WORRIES ME WHAT IS YET TO COME WITH THIS VEHICLE. THE REASON WE PURCHASED IT TO BEGIN WITH WAS THE WARRANTY, BUT HAD WE KNOWN WE'D BE USING IT 7 MONTHS INTO OWNING THIS KIA I WOULD HAVE NEVER PURCHASED IT TO BEGIN WITH. I DO WANT TO SAY THE DEALERSHIP WE ARE DEALING WITH ARE EXTREMELY HELPFUL WITH A LOANER CAR, ALTHOUGH IT'S A SEDAN AND

NOT WHAT I PURCHASED. SO THEY ARE DOING THEIR PART AND I APPRECIATE THAT FACT. *TR

**March 27, 2014 NHTSA ID NUMBER: 10575062**

ENGINE STALLED A TOTAL OF 8 TIMES WHILE IN MOTION SINCE 6/13/12, THE DATE OF PURCHASE OF THIS NEW CAR. THIS CAR HAD BEEN TAKEN INTO THE DEALER MULTIPLE TIMES. KIA HAS SAID IT CANNOT DIAGNOSE THE PROBLEM. *TR

**October 2, 2017 NHTSA ID NUMBER: 11030863**

I EXPERIENCE A LOUD KNOCKING IN MY ENGINE, UPON BRINGING TO THE DEALERSHIP FOR FURTHER INSPECTION, THE ENGINE IS BELIEVED THAT THE ROD BEARINGS FAILED AND THE ENGINE HAS METAL DEBRI INSODE OF ENGINE. CAUSING THE ENGINE TO BE COMPLETELY UNUSABLE AND POSSIBLY OTHER ENGINE DAMAGE BECAUSE OF THIS. NOT TO MENTION THE SENSORS ON THE CAR NEVER CAME ON TO WARN ME OF ANY POSSIBLE PROBLEMS THAT MIGHT BE HAPPENING. THE CAR IS STILL BEING OWED ON AND IN UNDRIVABLE CONDITION. IT HAS BEEN SINCE PARKED, EXCEPT WHEN TOWED ( FULL BED TOW) TO THE DEALERSHIP FOR INSPECTION AND THAN TOWED BACK TO MY RESIDENCE. THE ESTIMATED COST KIA OFFERED WAS OVER $9,000 FOR PARTS AND LABOR WITH ONLY A 12,000 MILE/ 1 YEAR WARRANTY WHEN THE ORIGINAL ENGINE WARRANTY IS 100.000 MI WARRANTY. THE MAINTENCE HAS BEEN KEPT UP ON DURING THE LIFE OF THE VWHICLE AND NO KNOWN NEGLIGENCE WAS DONE TO CAUSE THIS PROBLEM. THE PROBLEM WAS IDENTIFIED WHEN MY HUSBAND WAS DRIVING AND THE CAR STALLED OUT 3 TIMES WHILE PICKING UP OUR KIDS FROM SCHOOL. WHEN HE ARRIVED HOME IT HAD LOUND KNOCKING NOISES COMING FROM ENGINE , SO WE ARRANGED FOR THE DEALER TO INSPECT THE ISSUE. THEY INFORMED ME IT WAS OVER THEIR WARRANTY BECAUSE OF THE MILEAGE AND WOULDNT COVER THE DAMAGE. I HAVE SINCE FOUND OUT OTHER OWNERS WITH SIMILAR PROBLEMS AS MY KIA HAPPENING TO THEM AS WELL AS THE LAWSUIT THAT KIA /HYUNDAI PAID OUT FOR REPAIRS IN THE CASE GREG WALLIS VS. KIA MOTORS CASE #8:16-CV-01033 (US DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. WITH THEM AGREEING TO PAY ALL REPAIRS.

**February 16, 2021 NHTSA ID NUMBER: 11396451**

DRIVING HOME FROM 30 MILE TRIP AND ENGINE MADE A BIG TICKING NOISE THEN A BOOM. LOTS OF SMOKE COMING FROM HOOD AND COASTED TO STOP. ONLY HAS 107K MILES. NEVER HAD A CAR DO THIS BEFORE. GOT IT ANALYZE FROM GARAGE AND THERE IS A HOLE IN THE ENGINE BLOCK.

**March 11, 2021 NHTSA ID NUMBER: 11400294**

TL* THE CONTACT OWNS A 2013 KIA SORENTO. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 40 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT COASTED TO THE SIDE OF THE ROAD AND TURNED OFF THE VEHICLE. THE VEHICLE WAS TOWED TO A CERTIFIED MECHANIC WHO STATED THAT THE ENGINE BEARINGS WERE WORN, CAUSING THE ENGINE TO SEIZE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND INFORMED THE CONTACT THAT THE VIN WAS NOT UNDER RECALL. THE APPROXIMATE FAILURE MILEAGE WAS 100,000.

### (xlii)  2011 Kia Sportage

**October 1, 2014 NHTSA ID NUMBER: 10640483**

SECOND CATASTROPHIC FAILURE OF 2.0 LITER TURBOCHARGED ENGINE IN LESS THAN 30,000 MILES SERVICE. *TR

**June 20, 2016 NHTSA ID NUMBER: 10875228**

ENGINE SHUT DOWN IN THE HIGHWAY CAUSING LOSS OF POWER STEERING/BRAKES. CAR HAS LESS THAN 80K MILES, ALL OIL CHANGES PERFORMED PER SPEC RECENTLY ADTER SWITCHING TO FULL SYNTHETIC OIL CHANGED EVERY 5000 MILES. ENGINE SEIZED. VERY SIMILAR TO HYUNDAI RECALL ISSUED 9/25/2015. SAME ENGINE MANUFACTURED IN THE SAME PLANT WITH A DIFFERENT NAME BADGE.

**February 13, 2017 NHTSA ID NUMBER: 10954281**

2011 KIA SPORTAGE - ENGINE FAILED WITHOUT WARNING WITH TWO TODDLERS IN CAR. LUCKILY THIS HAPPENED AS I TURNED OFF A HIGHWAY AND WAS ABLE TO STOP ON THE SHOULDER. MANUFACTURER REFUSES TO FIX BECAUSE I DON'T HAVE MAINTENANCE RECORD. I HAVE A FRIEND WHO HAS BEEN CHANGING OIL/SERVICING CAR. I HAVE LEARNED THAT MANY OWNERS OF THIS YEAR/MODEL CAR HAVE SIMILAR EXPERIENCES. I FEEL THE MANUFACTURER SHOULD DEAL WITH A PROBLEM AS SEVERE AS THIS IMMEDIATELY!

**October 13, 2017 NHTSA ID NUMBER: 11033238**

THE ENGINE BLEW UP IN MY 2011 KIA SPORTAGE. IT HAD JUST A LITTLE OVER 100,000 MILES ON IT. I'M TOLD THAT IT IS NOT ONE OF THE ENGINES THAT HAVE BEEN RECALLED AND I FEEL THAT IT SHOULD BE. I WAS DRIVING INTO WORK AND WAS STRANDED. I COULD HEAR A LOUD BANGING NOISE AS I WAS DRIVING INTO WORK. SO I TOOK IT TO A LOCAL MECHANIC AND HE SAID THAT THE ENGINE HAD BLOWN UP. I HAD TO HAVE IT TAKEN TO MY HOME ON A FLATBED.

**February 6, 2019 NHTSA ID NUMBER: 11174660**

I'M EXPERIENCING THE SAME BEARING WEAR ISSUE THAT THE ENGINE RECALL IS FOR BUT MY VIN IS NOT LISTED WITHIN THE RECALL. I WILL BE DRIVING AT SPEED AND WITHOUT WARNING THE ENGINE WILL STALL OUT FOR MAYBE 1 TO 2 SECONDS AND THEN PICK BACK UP AT THE SPEED I WAS TRAVELLING AT. IN CERTAIN INSTANCES WHEN THIS HAPPENS THE CHECK ENGINE LIGHT WILL COME ON AND THE CAR WILL IDLE EXTREMELY ROUGH UNTIL THE ENGINE IS SHUTOFF AND ALLOWED TO SIT FOR A FEW MINUTES BEFORE BEING RESTARTED. I FEEL THIS IS THE EXACT COMPLAINT THAT THE RECALL WAS ISSUED FOR BUT MY CAR IS NOT LISTED IN THE RECALL. I FEEL THE RECALL IS VERY LIMITED IN IT'S SCOPE AND THE RECALL SHOULD BE EXTENDED TO FURTHER VIN NUMBERS.

**(xliii) 2012 Kia Sportage**

**November 20, 2012 NHTSA ID NUMBER: 10485272**

I PULLED A TRAILER FOR THE FIRST TIME ON THIS DATE. THE TRUCK ONLY MADE IT 10 MILES, AND LOST ALL POWER, AND I

BARELY MADE IT OFF OF THE FREEWAY. BROUGHT IT TO THE DEALER, AND THEY FOUND THE SPARK PLUGS BLEW APART. ALL THEY DID WAS CHANGE THE SPARK PLUGS AND SENT ME ON MY WAY. ON JULY 13TH, I TOWED MY CAMPER, WHICH WAS LIGHTER THAN THE LAST TRAILER I PULLED. THIS TIME, ABOUT 6 MILES INTO THE TRIP, THE ENGINE COMPLETELY LET GO ON THE HIGHWAY. I HAD TO GET ACROSS 4 LANES OF TRAFFIC WITH NO POWER AND A CAMPER IN-TOW. WAITED AT THE SIDE OF THE ROAD FOR AN HOUR AND A HALF BEFORE KIA SENT A TOW VEHICLE. DISCOVERED ALL 4 SPARK PLUGS WERE DESTROYED, AND A HOLE IN CYLINDER 3. KIA WILL NOT WARRANTY IT, BLAMING THE ENGINE FAILURE ON THE CAMPER NOT HAVING TRAILER BRAKES(COMPLETELY ABSURD). THE FIRST FAILURE IN JUNE, THE TRAILER WEIGHED 500LBS MORE, AND HAD TRAILER BRAKES. KIA DOES NOT WANT TO ADMIT FAULT FOR THIS EXTREMELY DANGEROUS FAULT IN THEIR ENGINE. THE VEHICLE IS RATED FOR 2,000LBS TOWING CAPACITY, AND BOTH TRAILERS WERE WELL UNDER THE LIMIT. MY CAMPER IS ONLY 1,155LBS. COMPLETE ENGINE FAILURE ON THE HIGHWAY PUT ME AND MY ENTIRE FAMILY IN DANGER TWICE. THIS IS UN-ACCEPTABLE. THIS WAS A LOADED SX AWD.(TURBOCHARGED). *TR

**October 10, 2015 NHTSA ID NUMBER: 10781245**

WHILE DRIVING CAR AT HIGHWAY SPEEDS, SUDDENLY CAR BEGAN TO DECELERATE, LUCKILY WAS ABLE TO GET TO SHOULDER OF HIGHWAY. CAR DIED WHEN GETTING TO SHOULDER, STARTED AGAIN, ENGINE MAKING HORRIBLE KNOCKING SOUND, AND WOULDN'T MOVE. GOT TOWED TO KIA DEALER, STATED WE NEEDED A NEW ENGINE. KIA DEALER STATED THE CONNECTING ROD ON THE CRANKSHAFT EITHER SEIZED UP OR BROKE AND LOCKED UP.

**December 30, 2016 NHTSA ID NUMBER: 10938677**

WHILE DRIVING ON THE HIGHWAY, WE HEARD A THUMP FROM OUR 2012 KIA SPORTAGE. WHEN WE GOT HOME, MY HUSBAND CHECKED THE ENGINE AND HE FOUND WE HAD NO OIL. WE NEVER HAD A CHECK ENGINE OR OIL LIGHT COME ON AND NEVER HAD AN OIL SPOT UNDER OUR CAR. WE TOOK IT TO OUR KIA DEALER AND WAS TOLD IT NEEDED A NEW ENGINE. AFTER

READING OTHER COMPLAINTS ABOUT THE SAME ISSUE, I REALIZE WE WERE VERY LUCKY WE WERE ABLE TO MAKE IT HOME WITH OUR CAR THAT NIGHT. OUR KIA HAD LESS THAN 35,000 MILES ON IT AND WE CHANGED THE OIL REGULARLY , SO WE JUST KNEW IT WOULD BE UNDER WARRANTY. HOWEVER, BECAUSE MY HUSBAND DID SOME OF THE OIL CHANGES HIMSELF, THEY WOULD NOT HONOR THE WARRANTY- HE DIDN'T HAVE ALL OF THE RECEIPTS FOR THE OIL AND FILTERS SINCE 2012. THE RECEIPTS WE COULD PROVIDE FROM BUSINESSES THAT DID OIL CHANGES AND SOME COPIES OF RECEIPTS MY HUSBAND COULD GET FROM THE AUTO PARTS STORES SHOWED THAT THE OIL WAS CHANGED OFTEN, BUT WE DIDN'T HAVE ALL THE RECEIPTS. REGARDLESS, A VEHICLE WITH LESS THAN 35,000 MILES, WITH PROOF OF SEVERAL OIL CHANGES, NOT EVER HAVING A CHECK ENGINE OR OIL LIGHT COME ON, AND NO OIL SPOTS WHERE IT'S PARKED EVERY DAY- SHOULD NOT RUN OUT OF OIL AND NEED A NEW ENGINE. I KNEW THIS HAD TO BE A DEFECT WITH KIA ENGINES AND AFTER READING MANY COMPLAINTS FROM OTHER KIA OWNERS, IT'S OBVIOUSLY A KNOWN AND DANGEROUS DEFECT AND NEEDS TO BE ADDRESSED. *TR

**December 24, 2020 NHTSA ID NUMBER: 11384850**

2012 KIA SPORTAGE LX 2.4L MPI ENGINE WITH APPROXIMATELY 120K MILES ENGINE SEIZED AT MODERATE SPEED ON THE INTERSTATE. CAR WAS WELL MAINTAINED BOUGHT SECOND HAND FROM BRANDON KIA IN TAMPA, FL IN JULY 2018 WITH APPROX. 92K MILES. ENGINE SEIZED ON 14 DEC 2020. TOWED TO LOCAL REPAIR SHOP AND ANALYZED AS REPLACE ENGINE. WE READ ABOUT THE KIA/HYUNDAI ENGINE PROBLEMS SO WENT TO LOCAL KIA DEALER TO INQUIRE. THE SERVICE REP SAID TOW IT IN AND THEY WOULD ANALYZE AND IF THE SEIZURE MET THE CONDITIONS, THEY WOULD REPLACE PER KIA GUIDANCE. SO WE DID THIS, AND WERE TOLD "SORRY, YOUR VEHICLE ISN'T COVERED." SAME RUN AROUND AS EVERYONE ELSE IS EXPERIENCING WITH KIA. KIA NEEDS TO ADMIT EVERY THETA II ENGINE THEY PRODUCED BETWEEN 2011 AND 2014 HAD A MANUFACTURING FLAW AND JUST BITE THE BULLET AND REPLACE THEM WHEN THEY FAIL. WE ARE WEIGHING OUR OPTIONS NOW, NONE OF WHICH ARE GOOD AT THIS POINT. THE ENGINE REPLACEMENT WILL COST WHAT THE CAR IS WORTH,

SO IF KIA WILL NOT REPLACE THE ENGINE OR AT LEAST ABSORB SOME OF THE COST, THE CAR IS NOT WORTH REPAIRING. KIA NEEDS TO STAND BY THEIR PRODUCTS. NO ENGINE SHOULD FAIL AT 120K MILES FOR CRANKCASE ISSUES, WHICH IS WHAT IS HAPPENING WITH THESE THETA II ENGINES. PLEASE PUT PRESSURE ON KIA TO REPLACE THESE ENGINES, NO EXCLUSIONS!!!

**March 30, 2021 NHTSA ID NUMBER: 11405703**

I WAS DRIVE DOWN THE HWY AND THE TRUCK JUST CUT OFF ON THW HWY AND LITTLE SMOKE CAME FROM THE HOOD I HAD TO TRY PUSH THE TRUCK TO THE SIDE OF THE ROAD AND THE TRUCK NEVER CRANK AGAIN ITS DEAD

**March 30, 2021 NHTSA ID NUMBER: 11405573**

FIRST COMPLAINT #11340436 FILED IN JULY 2020 FOR ORIGINAL 2012 ENGINE. ENGINE LIGHT NEVER CAME ON. DRIVING ON A HIGHWAY 70-75 MPH. KNOCKING SOUND IN ENGINE. CRANKSHAFT PISTON ROD DAMAGED. ENGINE REPLACED WITH USED 2014 MOTOR. MARCH 2021 COMPLAINT BEING FILED FOR REPLACEMENT 2014 ENGINE (IN JULY 2020) ENGINE LIGHT HAS COME ON REPEATEDLY IN THE LAST MONTH WHEN JUST DRIVING AROUND TOWN. 1) OIL WAS CHANGED; LIGHT RESET. 2) SOLENOID SWITCH REPLACED; LIGHT RESET. 3) LEAKING OIL; VALVE COVER SECURED 4) VARIABLE VALVE TIMING GEAR PROBLEM, TIMING IS OFF CAUSING OIL PRESSURE PROBLEMS. VEHICLE RUNNING ROUGH, ENGINE IS AUDIBLY MISSING.

**(xliv) 2013 Kia Sportage**

**September 28, 2016 NHTSA ID NUMBER: 10910177**

TL* THE CONTACT OWNS A 2013 KIA SPORTAGE. WHILE DRIVING APPROXIMATELY 40 MPH AND APPROACHING A RAMP, THE VEHICLE SHUT DOWN WITHOUT WARNING. THE VEHICLE WAS COASTED OVER TO THE SIDE OF THE ROAD AND RESTARTED. THE CHECK ENGINE AND OIL INDICATORS ILLUMINATED. THE VEHICLE WAS DRIVEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE HAD BLOWN AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT

REPAIRED. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 57,000.

**March 29, 2017 NHTSA ID NUMBER: 10969408**

1ST INCIDENT ENGINE STALLED WHILE DRIVING, NOTICED RPM'S WERE RUNNING TO HIGH AND AUTOMATIC TRANS SHIFTED ONLY WHEN BACKING OFF ACCELERATOR PETAL AND A "PAAP" SOUND WAS EMITTED FROM THE ENGINE, ENGINE TURNED OVER BUT FAILED TO START BEFORE BATTERY DIED AFTER 3 TURNOVER, DEALER REPLACED THE BATTERY AND FOUND NO OTHER ISSUES, CUSTOMER WAS CHARGED $180.00. BUT, "OVER THE NEXT 14 DAYS DRIVER NOTICED ENGINE MOMENTARY RAN ERRATICALLY WITHOUT ANY PATTERN, THEN ABOUT 13 DAYS A CLACKING SOUND BEGAN, AND BECAME INCREASINGLY LOUDER, VEHICLE STALLED TWICE WHEN RELEASING THE ACCELERATOR PETAL, AFTER THE 2ND STALL THE CHECK ENGINE LIGHT CAME ON, A CODE P0014 WAS NOTED, ENGINE RESTARTED BUT WAS MAKING LOUD CLACKING SOUNDS, TOWED TO ANOTHER DEALER, STATED CONNECTING ROD BEARING FAILURE RESULTED IN CLOGGING THE OIL CONTROL VALVE STARVING THE TOP OF THE ENGINE OF OIL. DEALER ALSO STATED THE TIMING CHAIN HAD JUMPED. COVERED BY KIA WARRANTY A NEW ENGINE IS TO BE INSTALLED AT NO CHARGE, WERE HOPING, FAILURE OCCURRED AT 59,000 MILES, OIL WAS CHANGED AT REGULAR INTERVALS.

**July 4, 2017 NHTSA ID NUMBER: 11002915**

AT 85K MILES AND AFTER REGULAR MAINTENANCE, THE ENGINE SEIZED WHILE IN STOP-AND-GO TRAFFIC. THE CAR ACCELERATED TO ABOUT 35 MPH FROM ABOUT 10 MPH AND THEN JUST DIED, REQUIRING A NEW ENGINE. THERE WAS NO PRIOR INDICATION OF ANY ENGINE ISSUES. THE CAR HAD JUST COMPLETED A 400 MILE ROUND-TRIP ROAD TRIP THE PREVIOUS WEEKEND WITHOUT ANY ISSUES. WE BELIEVE THIS IS THE SAME ENGINE ISSUE CURRENTLY UNDER RECALL AND THAT THE RECALL SHOULD BE EXPANDED.

**September 25, 2019 NHTSA ID NUMBER: 11257996**

ENGINE HAD A KNOCKING IN IT. TOOK TO A GARAGE AND WAS TOLD ENGINE HAD FAILED AT 128,000 MILES AND NEEDS A NEW ENGINE. CALLED KIA AND WAS TOLD NOT ON RECALL EVEN THOUGH TWO OTHER ENGINES FOR THIS YEAR ARE RECALLED DUE TO EARLY ENGINE FAILURE. HOPING THIS MODEL ENGINE WILL SOON BE ON THE RECALL LIST ALSO.

**January 18, 2021 NHTSA ID NUMBER: 11388747**

WAS DRIVING HOME ALONE FROM LOUISIANA TO MISSISSIPPI AND PASSED A CAR AND CAR DIES AND ALL DASH LIGHTS COME ON SO I PULLED OVER AND TURNED OFF CAR AND SAT FOR A FEW MINUTES. I TURNED CAR BACK ON AND NO DASH LIGHTS CAME ON AND DIDN'T HEAR ANY NOISE TO INDICATE ANYTHING WAS WRONG WITH VEHICLE SO I CONTINUED ON MY TRIP BEING I WAS ALONE AND IN A RURAL AREA. CAR RAN NORMAL FOR ABOUT 30 MILES AND CAR STARTED SLOWING DOWN TO WHERE THERE WAS NO POWER AND FINALLY WOULDN'T GO. NOTE: NO ENGINE LIGHTS CAME ON AT THAT TIME.HAD IT TOWED TO MY HOME (3) HOURS AWAY, AND MY MECHANIC SAID THE BEARING ARE RUINED AND THERE'S METAL SHAVINGS IN THE OIL AND THE OIL HAS A BURNT SMELL TO IT. I HAD OIL CHANGED REGULARLY AND THAT OIL CHANGE HAD ABOUT 600 MILES ON IT.

### b.    Defendants' recent insufficient recalls of Class Vehicles evidence the defect.

34.    Defendants have recently—and belatedly—issued several insufficient recalls covering Class Vehicles. The recalls have similarities that point to the presence of a common defect in the Theta II MPI engines: (1) they all focus on mitigating the risks of engine stalls and/or fires; (2) they all point to common warning signs, including knocking sounds and "check engine" and "oil pressure" warnings; (3) they all relate to engines produced from 2010 to 2013; and (4) multiple recalls include updates to the vehicles' KSDS as part of their remedies. This last fact demonstrates that all of the Class Vehicles

suffer from the same problems, while acknowledging it can't actually be fixed, only

mitigated by warning when catastrophe is imminent.[5] In these recalls, the variations on

the concept of engine oil leaks that can result in fires all undersell the severity of the

problem: oil leaks that result in fire occur in the Class Vehicles' defective engines when a

hole is punched in the engine block by a broken and rapidly spinning connecting rod,

spilling engine oil and resulting in fire.

---

[5] *Part 573 Safety Recall Report for NHTSA Recall No. 19V063000*, NHTSA (Aug. 23, 2019), https://static.nhtsa.gov/odi/rcl/2019/RCLRPT-19V063-1419.PDF; *Part 573 Safety Recall Report for NHTSA Recall No. 20V746000*, NHTSA (Dec. 1, 2020), https://static.nhtsa.gov/odi/rcl/2020/RCLRPT-20V746-3838.PDF; *Recall 198 Attachment A; Chronology of Events Leading up to Defect Decision*, NHTSA, https://static.nhtsa.gov/odi/rcl/2020/RMISC-20V746-4680.pdf (chronology NHTSA Recall No. 20V746000); *Part 573 Safety Recall Report for NHTSA Recall No. 20V75000*, NHTSA (Dec. 2, 2020), https://static.nhtsa.gov/odi/rcl/2020/RCLRPT-20V750-5519.PDF; *Engine Compartment Fires (SC200); Basis of Safety Defect Determination 573.6(c)(6)*, NHTSA, https://static.nhtsa.gov/odi/rcl/2020/RMISC-20V750-6401.pdf (chronology NHTSA Recall No. 20V75000).

| Recall & Date | Vehicles & Engines | Recall Details | Production Dates & Locations for Class Vehicles |
|---|---|---|---|
| 19V063000 2/5/2019 | 2011-2013 Hyundai Tucson (all types) | **Reason:** Risk of engine stalls and fires due to "engine oil leak which . . . could eventually lead to engine damage."<br><br>**Warning signs:** "[k]nocking noise from engine[,]" "[r]educed power and/or hesitation," and "[c]heck [e]ngine" or "oil pressure" warning lights.<br><br>**Chronology:** NHTSA began investigating in March 2017, following up on related recalls for 2011-2014 Sonata and 2013-2014 Santa Fe Sports.<br><br>**Remedy:** Inspection and possible replacement of the oil pan and/or engine sub-assembly, along with oil pressure switch replacement. Possible reimbursement for prior repairs. | May 1, 2010 to Dec. 31, 2012 by Hyundai Motor Company. |

| Recall & Date | Vehicles & Engines | Recall Details | Production Dates & Locations for Class Vehicles |
|---|---|---|---|
| 20V746000 12/1/2020 | 2012 Hyundai Santa Fe (2.4L Theta II MPI)  2011-2013 and 2016 Hyundai Sonata Hybrid (2.4L Theta II MPI) | **Reason:** Risk of engine stalls and fires due to "premature wear of the connecting rod bearings," because "[t]he engines in the subject vehicles may have been produced with conditions that can cause premature wear[.]"  **Warning signs:** "Abnormal (knocking) noise from the engine," "[r]educed power and/or hesitation," and "[c]heck [e]ngine" or "oil pressure" warning lights.  **Chronology:** NHTSA began investigating in March 2019 "to assess the scope, frequency, and potential safety-related consequences of alleged defects relating to non-collision vehicle fires."  **Remedy:** Engine inspection to determine whether there is any bearing damage and updated KSDS software to "continuously monitor[] engine vibrations for unusual patterns potentially indicating an abnormal condition with the engine." Possible reimbursement for some repairs[6] | **Santa Fe:** Jan. 10, 2012 to July 3, 2012; Hyundai Motor Manufacturing.  **Sonata Hybrid:** June 2, 2010 to Dec. 17, 2013. |
| 20V75000 12/2/2020 | 2012-2013 Kia Sorento (2.4L Theta II MPI) | **Reason:** Risk of engine fire "due to potential fuel | **Sorento:** Apr. 26, 2011 to Jan. 10, 2013. |

99

| | 2012-2015 Kia Forte (2.4L Theta II MPI) and Forte Koup (2.4L Theta II MPI) 2011-2013 Kia Optima Hybrid 2014-2015 Kia Soul 2012 Kia Sportage (2.4L Theta II MPI) | leaking, oil leaking and/or engine damage." **Warning signs:** include "engine noise," "check engine" or "low oil" warning lights. **Chronology:** NHTSA began investigating in March 2019 re non-crash engine fires. **Remedy:** Engine inspection to determine whether there are any engine oil leaks or needed repairs, and updated KSDS software "that will prevent engine damage from potential excessive connecting rod bearing wear." Extended warranty coverage for 15 years/150,000 miles for engine long block assembly repairs due to connecting rod bearing damage. | **Forte:** June 1, 2011 to Mar. 22, 2013. **Sportage:** May 17, 2011 to May 24, 2012. |
|---|---|---|---|

---

[6] This recall itself does not include a warranty extension, but a related TSB, No 21-EM-005H does, "for certain engine repairs and/or replacement where the engine damage, defect, or failure is related to connecting rod bearing wear," which covers various Class Vehicles, including 2011-2012 Santa Fe and 2011-2013 Sonata Hybrid vehicles. *Hyundai TSB No. 21-EM-005H; Engine Warranty Extension*, NHTSA (Mar. 2021), https://static.nhtsa.gov/odi/tsbs/2021/MC-10190049-0001.pdf.

### c. Defendants' recent TSB illustrates the nature of the defect.

35. Hyundai Defendants' recent TSB No. 21-EM-004H attempts to test numerous Class Vehicles for connecting rod bearing clearance:[7]



| | | GROUP | NUMBER |
|---|---|---|---|
| **HYUNDAI**<br>**Technical Service Bulletin** | | **ENGINE** | **21-EM-004H** |
| | | DATE | MODEL(S) |
| | | **MARCH 2021** | **APPLICABLE VEHICLES BELOW** |
| SUBJECT: | BEARING CLEARANCE TEST SERVICE PROCEDURE | | |

**Description:** This bulletin provides the service procedure for engine connecting rod bearing clearance testing. Perform the procedure outlined in this bulletin to fulfill the Bearing Clearance Test inspection requirements to determine next required steps.

36. The TSB suggests that the connecting rod bearings in Class Vehicles may not have proper clearance within the engines, which is likely caused by the manufacturing and/or design defect related to poor machining of various engine components.[8]

37. The TSB applies to vehicles with both GDI and MPI engines:[9]

---

[7] *Hyundai TSB No. 21-EM-004H; Bearing Clearance Test Service Procedure*, NHTSA (Mar. 2021), https://static.nhtsa.gov/odi/tsbs/2021/MC-10190044-0001.pdf.
[8] *See id.*
[9] *Id.* (yellow highlighting added)

38.    NHTSA website ties the TSB to the following Class Vehicles, among numerous other Hyundai and Kia vehicles that evidently suffer from the same problems: 2010-2013 Santa Fe, 2009-2010 Sonata, 2011-2016 Sonata Hybrid, 2010-2013 Tucson, and 2010-2015 Genesis Coupe.[10]

39.    Similarly, Hyundai Defendants' March 2021 TSB No. 21-EM-005H, offers a warranty extension to 15 years or 150,000 miles for "certain engine repairs and/or

---

[10] *See generally Manufacturer Communications*, NHTSA, https://www.nhtsa.gov/vehicle/2012/HYUNDAI/SANTA%252520FE/SUV/FWD#manufacturerCommunications (last visited May 24, 2021) (2012 Hyundai Santa Fe, click "engine and engine cooling," March 30, 2021, click "Affected Products").

replacement where the engine damage, defect, or failure is related to connecting rod bearing wear."[11]

| | GROUP | NUMBER |
|---|---|---|
| **HYUNDAI**<br>**Technical Service Bulletin** | **ENGINE** | **21-EM-005H** |
| | DATE | MODEL(S) |
| | **MARCH, 2021** | **APPLICABLE VEHICLES BELOW** |

| SUBJECT: | ENGINE WARRANTY EXTENSION (TXXM) |
|---|---|

**Description:** The Powertrain warranty coverage for certain engine repairs and/or replacement *where the engine damage, defect, or failure is related to connecting rod bearing wear*, has been extended to 15 years or 150,000 miles from the date of original retail delivery or date of first use, whichever occurs first, and is valid for original and subsequent owners.

**Please refer to TSB # 21-01-025H (or latest revision) for applicable campaign part numbers and labor ops.**
If labor ops for a model/model years below are not available in the above TSB, please follow the shop manual and submit under warranty/goodwill using LTS related labor ops.

**Applicable Vehicles:**
Certain 2011-2012 Santa Fe (CM) equipped with 2.4L Theta II MPI Engines
Certain 2011-2013 MY Sonata HEV (YFE) vehicles with Theta II 2.4L MPI Hybrid engines
Certain 2016 MY Sonata HEV (LFE) vehicles with Nu 2.0L GDI Hybrid engines
Certain 2012-2017 MY Veloster (FS) vehicles with Gamma 1.6L GDI engines

40.    This warranty extension applies to some of the same vehicles covered by Hyundai's Recall No. 20V746000, but also ads 2011 Santa Fe's with 2.4L Theta II MPI engines, which are not covered by the recall.[12]

---

[11] *Hyundai TSB No. 21-EM-005H; Engine Warranty Extension (TXXM)*, NHTSA (Mar. 2021), https://static.nhtsa.gov/odi/tsbs/2021/MC-10190049-0001.pdf.
[12] *Id.*

### d. Defendants' Product Improvement Campaigns show evidence of the defect.

41.     Kia Defendants issued a "Product Improvement Campaign"—an informal recall—related to 2011-2013 Kia Sportages in April 2021.[13] This Product Improvement Campaign explains that Kia is attempting to protect vehicles equipped with 2.4L MPI engines from "excessive connecting rod bearing damage" by updating the Engine Control Unit ("ECU") and/or KSDS:[14]



**Kia Motors America, Inc.**
**Corporate Headquarters**
111 Peters Canyon Road, Irvine, CA 92606-1790 USA

#### PRODUCT IMPROVEMENT CAMPAIGN

April 21, 2021

Dear Kia Sportage Owner:

Kia Motors America, Inc. is conducting an important Product Improvement Campaign to perform a software update on some 2011-2013 MY Sportage vehicles equipped with 2.4-liter MPI engines to protect the engine from excessive connecting rod bearing damage.  The update will be done free of charge and will only involve the addition of newly developed computer software for the Engine Control Unit ("ECU").

**Why is Kia Conducting This Product Improvement Campaign?**

Kia has developed a Knock Sensor Detection System ("KSDS") that detects vibrations indicating the onset of excessive connecting rod bearing wear in the engine.  The KSDS is designed to alert a vehicle driver at an early stage of bearing wear <u>before</u> the occurrence of severe engine damage including engine failure.

**What Will Kia Do?**

- At no cost to you, Kia will perform a software update to the ECU in your vehicle.
- Upon completion of the KSDS software update, Kia will warrant any engine long block assembly repairs needed due to connecting rod bearing damage for 15 years/150,000 miles starting from the first date of service, whichever occurs first, for both new and used vehicle owners.

The above further speaks to not only the presence of the defect, but Defendants' inability to fix it.

---

[13] Letter from Kia Motors America, Inc. to Kia Sportage Owners Regarding Product Improvement Campaign (Apr. 21, 2021), https://static.nhtsa.gov/odi/tsbs/2021/MC-10190546-0002.pdf.

[14] *Id.*

**B.    Defendants knew that the Theta II MPI engines were defective before the Class Vehicles were sold in the United States.**

42.    Based on the following, Defendants knew that the Theta II MPI engines were defective before they were sold in the United States: (1) durability testing that subjected Defendants' engines to tens of thousands of miles of wear and tear; (2) early NHTSA complaints reporting engine knocking, component damage, stalls, and/or fires in Class Vehicles; (3) early warranty claims related to those or related issues; and (4) prior recalls of Defendants' vehicles aimed at addressing possible engine fires and/or premature engine component wear and damage related to the defect.

**1.    Defendants' early testing revealed the Theta II MPI engines' defect across all Class Vehicles before any vehicles were sold in the United States.**

43.    Hyundai and Kia have long touted the joint-testing facility they maintain in California, known as the "Proving Grounds."[15] Opened in 2005, the Proving Grounds—a $60 million facility—was designed as a "test site for the next-generation Hyundai and Kia vehicles," "reaffirm[ing] the compan[ies'] commitment to designing, testing, and building Hyundai [and Kia] products in the United States for North American consumers."[16] Commentators have also noted the thorough nature of tests conducted at the Proving Grounds, with one such commentator calling them a "searing torture test."[17]

---

[15] *Hyundai Celebrates Grand Opening of New $60 Mln U.S. Proving Ground*, Hyundai Motor Am. (Jan. 26, 2005), https://www.hyundainews.com/en-us/releases/393.
[16] *Id.*
[17] Graem Fletcher, *Kia's proving grounds a searing torture test* (Sept. 19, 2013), https://driving.ca/kia/auto-news/news/kias-proving-grounds-a-searing-torture-test-3.

105

According to Hyundai and Kia Senior Research Engineer, Jong-Woo Kim, all vehicles tested at the facility must pass a "30,000 miles . . . accelerated durability test and a 100,000 miles . . . field fleet durability test to be sold in North America."[18] Such rigorous testing is intended to simulate up to "five years' wear and tear."[19]

44.    The Theta II MPI engine defect is precisely the type of defect that such rigorous testing would reveal, because the defect is a manufacturing and/or design defect in which the metal debris is either already present in the vehicles before they are ever driven or begins to accumulate as mileage accrues and metal parts wear. As such, any tested vehicles would show evidence of the defect when the engines are examined after the testing is complete, or if the vehicles manifested symptoms, including knocking sounds, stalls, or engine fires during the high-mileage tests intended to simulate up to five years of driving. These symptoms would be consistent with the consumer NHTSA complaints quoted above, many of which report symptoms of engine hesitation, stalling, knocking sounds, total failure, and fires, well before the 30,000 or 100,000 mile distances to which Defendants claim to test their vehicles:

| NHTSA Complaint & Vehicle | Failure Mileage |
|---|---|
| 10379895 (2010 Santa Fe) | Under 2000 miles (unspecified) |
| 10436180 (2011 Santa Fe) | 673 miles |
| 10452900 (2012 Santa Fe) | 2,400 miles |

---

[18] *Enduring the Scorching Desert Heat in Extreme Heat Tests of Hyundai and Kia* (Sept. 15, 2020), https://news.hyundaimotorgroup.com/Article/Enduring-the-Scorching-Desert-Heat-in-Extreme-Heat-Tests-of-Hyundai-and-Kia#none.

[19] *See Behind the scenes at Kia's desert testing facility* (June 2, 2018), https://www.autocar.co.uk/car-news/new-cars/behind-scenes-kias-desert-testing-facility.

| NHTSA Complaint & Vehicle | Failure Mileage |
|---|---|
| 11023494 (2013 Santa Fe) | 78,000 miles |
| 11397903 (2013 Santa Fe) | 98,000 miles |
| 11277295 (2009 Sonata) | 79,930 miles |
| 10778266 (2010 Sonata) | 74,000 miles |
| 10724008 (2011 Sonata Hybrid) | 60,000 miles |
| 10870404 (2012 Sonata Hybrid) | 69,000 miles |
| 10893204 (2013 Sonata Hybrid) | 64,000 miles |
| 11104473 (2013 Sonata Hybrid) | 91,000 miles |
| 10991578 (2014 Sonata Hybrid) | Under 100,000 miles (unspecified) |
| 11030760 (2014 Sonata Hybrid) | 61,000 miles |
| 11055562 (2015 Sonata Hybrid) | 88,000 miles |
| 11103080 (2015 Sonata Hybrid) | 35,000 miles |
| 11061129 (2016 Sonata Hybrid) | 36,000 miles |
| 10556218 (2010 Tucson) | 20,000 miles |
| 10358198 (2011 Tucson) | 600 miles |
| 11352210 (2011 Tucson) | 78,000 miles |
| 10911312 (2012 Tucson) | 70,776 miles |
| 10978772 (2013 Tucson) | 61,000 miles |
| 10990692 (2013 Tucson) | 70,000 miles |
| 10993737 (2013 Tucson) | 95,000 miles |
| 11075162 (2009 Genesis Coupe) | ~100,000 miles |
| 10859999 (2010 Genesis Coupe) | 75,000 miles |
| 10845551 (2011 Genesis Coupe) | 23,000 miles |
| 11030377 (2012 Genesis Coupe) | 65,000 miles |
| 10730408 (2013 Genesis Coupe) | ~34,000 miles |
| 10910306 (2014 Genesis Coupe) | 43,514 miles |
| 11317277 (2015 Genesis Coupe) | 38,000 miles |
| 10608579 (2010 Forte) | 43,000 miles |
| 11349555 (2011 Forte) | ~100,000 miles |
| 10480912 (2012 Forte) | 8,900 miles |
| 10943968 (2012 Forte) | 40,00 miles |
| 10972281 (2012 Forte) | 71,462 miles |
| 11054770 (2013 Forte) | 66,000 miles |
| 11101299 (2013 Forte) | Under 60,000 miles (unspecified) |
| 2012 Forte Koup | Unclear |
| 11242998 (2013 Forte Koup) | 69,000 miles |
| 2009 Optima | Unclear |
| 2010 Optima | Unclear |

| NHTSA Complaint & Vehicle | Failure Mileage |
|---|---|
| 10778079 (2011 Optima) | 46,000 miles |
| 11154184 (2011 Optima) | 5,000 miles (on new engine) |
| 11355232 (2011 Optima) | 89,000 miles |
| 10820571 (2012 Optima) | 63,000 miles |
| 10560127 (2014 Optima) | 5,000 miles |
| 10562581 (2014 Optima) | 800 miles |
| 10682178 (2015 Optima) | 10,000 miles |
| 10874312 (2015 Optima) | 26,456 miles |
| 10905150 (2015 Optima) | 23,000 miles |
| 10937252 (2016 Optima) | 1,000 miles |
| 11002704 (2016 Optima) | 17,000 miles |
| 11242680 (2016 Optima) | 62,000 miles |
| 11094133 (2011 Optima Hybrid) | 64,000 miles |
| 10903342 (2012 Optima Hybrid) | 20,000 miles |
| 2013 Optima Hybrid | Unclear |
| 10468798 (2011 Sorento) | 15,000 miles |
| 10483125 (2011 Sorento) | 47,000 miles |
| 10469985 (2012 Sorento) | 17,000 miles |
| 10486070 (2012 Sorento) | 22,000 miles |
| 10992669 (2012 Sorento) | 81,000 miles |
| 11400294 (2013 Sorento) | 100,000 miles |
| 10640483 (2011 Sportage) | 30,000 miles |
| 10938677 (2012 Sportage) | 35,000 miles |
| 10910177 (2013 Sportage) | 57,000 miles |
| 10969408 (2013 Sportage) | 59,000 miles |

**2.    Early NHTSA complaints gave Defendants knowledge of the defect.**

45.    Defendants' customers have been filing NHTSA complaints related to the Class Vehicles since as early as 2010. Formal NHTSA complaints, like the hundreds if not thousands detailed in this Complaint and in the NHTSA database, were shared with Defendants. Automakers monitor NHTSA databases for consumer complaints regarding their automobiles as part of their ongoing obligation to identify potential defects in their vehicles, including safety-related defects. Further, federal law requires automakers to

108

communicate with NHTSA regarding potential defects.[20] There is a legal requirement compelling the confidential disclosure of defects and related data by automakers to NHTSA.[21] This includes field reports, customer complaints, and warranty data. Automakers also have a legal obligation to identify and report emerging safety-related defects under the Early Warning Report requirements. Therefore, Defendants knew of the hundreds if not thousands of complaints about defective engines in Class Vehicles logged with NHTSA long before they acted to attempt any repair or mitigation of this dangerous defect: the complaints' content, consistency, and volume alerted Defendants to the defect.

46.    As detailed more thoroughly above and in the NHTSA database, Defendants' customers began filing relevant NHTSA complaints in 2010. Many customers reported taking their vehicles to authorized dealers. Many complaints also noted that the manufacturer was notified of the issue. Many of the complaints also report repairs done well before the vehicle warranties would have expired, which means that Defendants were notified of the issue when the dealer submitted a warranty claim for reimbursement. The following table notes the earliest NHTSA complaints for each Class Vehicle. But because the vehicles all share the same Theta II MPI engines, these complaints put Defendants on notice of the defect as soon as they began showing up, with the earliest in 2010–2012:

---

[20] *See Early Warning Reporting*, NHTSA, https://www.nhtsa.gov/vehicle-manufacturers/early-warning-reporting (last visited May 28, 2021).
[21] *See generally* 49 C.F.R. § 579 *et seq.*

| Class Vehicle | Earliest NHTSA Complaints Evidencing Defect |
|---|---|
| 2010 Hyundai Santa Fe | July 25, 2010 |
| 2011 Hyundai Santa Fe | June 30, 2011 |
| 2012 Hyundai Santa Fe | March 25, 2012 |
| 2009 Hyundai Sonata | August 30, 2014 |
| 2010 Hyundai Sonata | September 28, 2015 |
| 2011 Hyundai Sonata Hybrid | April 14, 2014 |
| 2012 Hyundai Sonata Hybrid | September 15, 2014 |
| 2013 Hyundai Sonata Hybrid | August 4, 2016 |
| 2014 Hyundai Sonata Hybrid | May 25, 2017 |
| 2015 Hyundai Sonata Hybrid | March 6, 2017 |
| 2016 Hyundai Sonata Hybrid | January 8, 2018 |
| 2010 Hyundai Tucson | December 6, 2013 |
| 2011 Hyundai Tucson | September 29, 2010 |
| 2012 Hyundai Tucson | June 13, 2016 |
| 2013 Hyundai Tucson | April 17, 2017 |
| 2009 Genesis Coupe | October 11, 2014 |
| 2010 Genesis Coupe | May 12, 2015 |
| 2011 Genesis Coupe | March 8, 2016 |
| 2012 Genesis Coupe | October 19, 2016 |
| 2013 Genesis Coupe | June 28, 2013 |
| 2014 Genesis Coupe | September 28, 2016 |
| 2015 Genesis Coupe | October 28, 2015 |
| 2010 Kia Forte | March 25, 2014 |
| 2011 Kia Forte | October 28, 2015 |
| 2012 Kia Forte | October 17, 2012 |
| 2013 Kia Forte | May 2, 2013 |
| 2012 Kia Forte Koup | December 22, 2019 |
| 2013 Kia Forte Koup | August 10, 2019 |
| 2009 Kia Optima | June 22, 2017 |
| 2009 Kia Optima | April 28, 2016 |
| 2011 Kia Optima | May 29, 2015 |
| 2012 Kia Optima | October 8, 2015 |
| 2013 Kia Optima | August 1, 2017 |
| 2014 Kia Optima | January 15, 2014 |
| 2015 Kia Optima | February 9, 2015 |
| 2016 Kia Optima | December 23, 2016 |
| 2011 Kia Optima Hybrid | July 17, 2017 |

110

| Class Vehicle | Earliest NHTSA Complaints Evidencing Defect |
|---|---|
| 2012 Kia Optima Hybrid | September 2, 2016 |
| 2013 Kia Optima Hybrid | September 11, 2018 |
| 2011 Kia Sorento | August 1, 2012 |
| 2012 Kia Sorento | August 9, 2012 |
| 2013 Kia Sorento | April 3, 2013 |
| 2011 Kia Sportage | October 1, 2014 |
| 2012 Kia Sportage | November 20, 2012 |
| 2013 Kia Sportage | September 28, 2016 |

**3.    Hyundai Defendants' 2015 Sonata recall targeting metal debris and engine component damage in related engines shows that Defendants knew about the defect no later than 2015.**

47.    In September 2015, Hyundai issued Recall No. 15V568000 for 2011-2012 Hyundai Sonatas equipped with 2.4L and 2.0L turbo GDI engines for a defect described as "connecting rod wear" that "may result in engine stall."[22] Hyundai explained the recall by noting that "metal debris may have been generated from factory machining operations as part of the manufacturing if the engine crankshaft . . . . If the debris is not completely removed . . . it can be forced into the connecting rod oiling passages restricting oil flow to the bearings," "increasing the potential of premature bearing wear."[23]

---

[22] *See generally* Recalls, NHTSA, https://www.nhtsa.gov/vehicle/2012/HYUNDAI/SONATA/4%252520DR/FWD#recalls (last visited May 25, 2021) (2012 Hyundai Sonata, see click "engine," September 10, 2015 NHTSA CAMPAIGN NUMBER 15:V56800); *Part 573 Safety Recall Report for NHTSA Recall No. 15V568000*, NHTSA (Sept. 10, 2015), https://static.nhtsa.gov/odi/rcl/2015/RCLRPT-15V568-9490.PDFhttps://static.nhtsa.gov/odi/rcl/2015/RCLRPT-15V568-9490.PDF (recall report for No. 15V568000).

[23] *Id.*

48.     On information and belief, the 2.4L and 2.0L GDI engines covered by this recall utilize a different fuel injection system—"GDI" stands for gasoline direct injection—than the 2.4L and 2.0L MPI engines at issue here, but otherwise share the same overall architecture and manufacturing process, and may share the same rotating parts.

49.     Defendants' 2015 Sonata recall also explained where the ubiquitous knocking sound comes from and what it means: "A worn connecting rod bearing will produce a metallic, cyclic knocking noise from the engine which increases in frequency as the engine rpm increases."[24] Hyundai then explained that the knocking sound indicates a worn connecting rod bearing, the result of which is that "the bearing can fail, and the vehicle could stall while in motion."[25] Hyundai identified additional warning signs to include the oil pressure lamp.

50.     The above description from 2015 is entirely consistent with NHTSA complaints about the Class Vehicles and with Defendants' later recalls and TSBs of them. Many of the NHTSA complaints describe vehicles stalling, indicate the presence of a knocking or other engine sounds, and describe finding metal debris in the engines upon inspection. Defendants' later recalls identify the same warning signs and include software updates to the vehicles' knock sensors. The 2015 recall also shows that, as early as 2015, Defendants knew—from its presence in closely related engines—the severity of the

---

[24] *Id.*
[25] *Id.*

112

defect and how to identify the resulting damage, but did nothing to notify drivers of Class Vehicles or attempt to address the defect in their engines.

### 4. Hyundai's 2017 Sonata and Santa Fe recall targeting metal debris and engine component damage in other vehicles shows Defendants knew about the defect in 2017.

51. In March 2017, Hyundai issued Recall No. 17V226000 for over 500,000 vehicles, including 2013-2014 Hyundai Sonata and Santa Fe Sports equipped with 2.0L and 2.4L GDI engines.[26] Hyundai, as in the 2015 recall, explained that engines "may contain residual debris from factory machining operations, potentially restricting oil flow to the main bearings and leading to premature bearing wear."[27] And once again, Hyundai explained that worn connecting rod bearings "will produce a cyclic knocking noise from the engine," and that, "[o]ver time, the bearing may fail and the vehicle could lose motive power while in motion."[28] Hyundai's 2017 recall also indicates the following warning signs: (1) "[k]nocking noise from engine"; (2) "[r]educed power and/or hesitation"; (3) "[i]llumination of the '[c]heck [e]ngine' warning lamp"; and/or (4) "[i]llumination of engine oil pressure warning lamp."[29]

52. Hyundai's 2017 recall is entirely consistent with numerous NHTSA complaints related to Class Vehicles and with Defendants' later recalls and TSBs, which

---

[26] *Part 573 Safety Recall Report for NHTSA Recall No. 17V226000*, NHTSA (Mar. 31, 2017), https://static.nhtsa.gov/odi/rcl/2017/RCLRPT-17V226-4558.pdf.
[27] *Id.*
[28] *Id.*
[29] *Id.*

describe similar issues and identify the same warning signs. Defendants therefore knew about the defect in closely related engines and how to identify its symptoms in 2017, but did nothing to attempt to notify drivers of Class Vehicles, let alone fix their defective engines.

### 5. Kia's 2017 recall and subsequent TSBs targeting metal debris and engine component damage in other vehicles shows Defendants knew about the defect in 2017.

53. In March 2017, Kia issued Recall No. 17V224000—a virtually identical recall to the 2015 and 2017 Hyundai recalls—for 2011-2014 Optimas, 2012-2014 Sorentos, and 2011-2013 Sportage vehicles equipped with 2.0L turbo GDI or 2.4L GDI engines.[30] The Kia recall offered a nearly identical explanation of the issue: "Metal debris . . . generated from factory machining . . . may not have been completely removed from the crankshaft's oil passages during the [manufacturing] cleaning process."[31] Kia explained that the metal debris could restrict oil flow, increase engine temperatures, and cause "premature bearing wear," and that a "worn connecting rod bearing will produce a cyclic knocking noise."[32] If the vehicle continues to be driven, "the bearing may fail and the vehicle could stall while in motion."[33] Kia also identified additional warning signs including the "check engine" and "oil pressure" warning lights.[34]

---

[30] *Part 573 Safety Recall Report for NHTSA Recall No. 17V224000*, NHTSA (Mar. 31, 2017), https://static.nhtsa.gov/odi/rcl/2017/RCLRPT-17V226-4558.pdf.
[31] *Id.*
[32] *Id.*
[33] *Id.*
[34] *Id.*

114

54.    Kia's description of what was wrong with these engines is entirely consistent with hundreds of NHTSA complaints and various recalls related to Class Vehicles and Hyundai's 2015 and 2017 recalls for almost identical issues, suggesting that Kia knew what the defect was and how to identify it, but still did nothing for Class Vehicles with the same defect for many more years.

### 6.    Defendants' Product Improvement Campaigns for the same issues in other vehicles shows their knowledge of the defect.

55.    In November 2018, Kia issued a Product Improvement Campaign for 2011-2014 Optimas, 2012-2014 Sorentos, and 2011-2013 Sportages with GDI engines.[35] The campaign described a procedure for updating the vehicles KSDS software. The bulletin explained that "[i]f the vehicle's engine is already seized or severely knocking," dealers were to replace the engine long block.[36]

56.    In early 2019, Hyundai issued its own TSB for 2011-2018 Sonatas, 2013-2018 Santa Fe Sports, and 2014-2015 and 2018 Tucsons with GDI engines.[37] Hyundai's campaign purported "to enhance the knock sensor software to detect abnormal engine bearing noise before potentially severe engine damage occurs."[38]

---

[35] *Product Improvement Campaign: Engine Replacement Instructions for DTC P1326 (PI1803W/X)*, Kia (Nov. 2018), https://static.nhtsa.gov/odi/tsbs/2018/MC-10152488-9999.pdf.

[36] *Id.*

[37] *Technical Service Bulletin: Engine Monitoring Logic Product Improvement (Service Campaign 953)*, Hyundai (Feb. 2019), https://static.nhtsa.gov/odi/tsbs/2019/MC-10154674-9999.pdf.

[38] *Id.*

57.    Both campaigns show Defendants' ongoing knowledge of the defect, what its symptoms are, and how they intended not to fix it, but merely upgrade their vehicles' systems for detecting damage resulting from it.

**C.    Defendants continued marketing and selling vehicles with defective Theta II MPI engines despite knowing about the defect.**

58.    Defendants have long touted the safety and durability of their vehicles as well as the performance of their engines.

59.    The Hyundai Defendants, when talking about their safety and durability testing, even go so far as to refer to an "added safety feature" called "Hyundai Assurance":[39]



---

[39] *Why Hyundai*, Hyundai (Jan. 16, 2013), https://www.hyundaiusa.com/new-thinking/quality.aspx [https://web.archive.org/web/20130116092630/https://www.hyundaiusa.com/new-thinking/quality.aspx].



**All of our testing means it's ready for all of yours.**

Our California Proving Grounds is a tough place. We leave parts out in the sun for years on end to make sure they'll stand up to even the most extreme heat. We punish our vehicles over rough terrain, hairpin turns and pothole-riddled highways. We simulate America's most demanding driving conditions, over and over and over again. We do all this until we're completely satisfied that every Hyundai is durable, reliable and battle-tested. Then we take what we learn to create some of the safest vehicles on the road. So you can rest assured knowing that your car can handle all the tests you throw at it.

**Every car has an added safety feature we call Hyundai Assurance.**

We understand that buying a car is a big decision. And you want to know you've made the right decision long after leaving the lot. That's why we provide Hyundai Assurance to keep your mind at ease. So you can drive for the next 10 years or 100,000 miles worry-free with America's Best Warranty. And receive help from us, wherever you are and whenever you need it, with 24/7 Roadside Assistance.

**See all the ways we have your back.**

60.     Similarly, the Kia Defendants' advertising touts their safety and durability testing. Kia's website declares that: "We put our engines through rigorous testing in the highest, hottest, and coldest places that a car can possibly be before we put them in our cars."[40]

---

[40] *Performance*, Kia, https://www.kia.com/dm/experience/innovation-story/performance.Theta.html (last visited May 24, 2021).

Engines that can provide the power to run in any condition

We put our engines through rigorous testing in the highest, hottest and coldest places that a car can possibly be before we use them in our cars.

61.     Kia's website goes on to describe several specific durability tests it conducted, under the motto "[w]e ruin our cars in various ways, identify causes and find solutions to them to make our cars endure over a long time without fault."[41] These tests included: (1) "Item Durability test[s]" of individual parts; (2) "Module Durability test[s]" of entire assembled components; (3) a "Belgian road test" of driving over rough cobbles to test noise, vibration, and harshness; (4) a "High Speed test"; (5) a "Corrosion test"; (6) a "P/T test" of engine performance and temperature; and (7) a "General test test [sic]" to check whole-vehicle safety/crash testing:[42]

---

[41] *Id.*

[42] *Id.*





62.     On information and belief, Defendants marketed Class Vehicles' safety, durability, and warranties throughout the class period. This is reflected by the sales brochures Defendants issued for various Class Vehicles, which point to vehicle safety and also point to the purported power of their engines.[43]

63.     The 2012 Hyundai Santa Fe brochure, for example, points out that "the engine is widely considered to be the heart and soul of a vehicle," and that "it's easy to see why" when it comes to the 2012 Santa Fe:[44]

---

[43] *See generally Hyundai PDF Sales Brochures*, Auto-Brochures, https://www.auto-brochures.com/hyundai.html (last visited May 24, 2021); *Kia PDF Sales Brochures*, Auto-Brochures, https://www.auto-brochures.com/kia.html (last visited May 24, 2021).
[44] *2012 Hyundai Santa Fe*, Hyundai (2012), https://www.auto-brochures.com/makes/Hyundai/Santa%20Fe/Hyundai_US%20SantaFe_2012.pdf.



2012 SANTA FE **PERFORMANCE**

## A HEART FULL OF SMARTS.

While the engine is widely considered to be the heart and soul of a vehicle, it's easy to see why the 2012 Santa Fe's two powerplants might be considered the brains as well. Our 16-valve, all-aluminum Theta four-cylinder engine employs Variable Intake System and Continuously Variable Valve Timing technologies to deliver up to 28 mpg on the highway with a ULEV emission rating.¹ Santa Fe's 3.5-liter V6 goes even further, hustling from 0-60 mph in 7.5 seconds² while generating 276 horsepower with an equally stellar 26-mpg highway rating. Power is transferred onto the pavement through a 6-speed SHIFTRONIC® automatic transmission and 18-inch alloy wheels on SE and Limited models. Available All Wheel Drive routes this power to the wheels with the best traction at the press of a button, while an advanced braking system with new Downhill Brake Control helps navigate steep descents with confidence.

64.     The 2015 Sonata Hybrid brochure touts its "5-Star Overall Safety rating":[45]

## SMART MOVE.

Is there a smarter way to move than the Sonata Hybrid? After all, it's earned a 5-Star Overall Safety rating from NHTSA, the U.S. government's official safety arm.¹ And it's a Hyundai – a brand that continues to win fans who like the way we do business. Whether it's offering you America's Best Warranty or the innovative suite of technologies found in Hyundai Blue Link,® Sonata Hybrid is flush with new thinking.²

Most importantly, it's a state-of-the-science hybrid driven by next-generation lithium polymer battery technology. Sonata Hybrid uses a polymer gel as the electrolyte in its battery. It's capable of delivering the same power with 25 percent less weight, 40 percent less volume and 10 percent more efficiency than nickel-metal hydride batteries. It also discharges more slowly to maintain available power up to 1.7 times longer than traditional batteries.

The result is a spacious, stylish sedan with an EPA-estimated 40 MPG highway rating.³ Considering all that, it's easy to understand why owners of competing hybrids might turn a bit green with envy.

65.     Likewise, Kia Defendants' brochures for the 2012 Sorento tout its safety and "technologically advanced engines," including the 2.4L:[46]

---

[45] *2015 Hyundai Sonata Hybrid*, Hyundai (2015), https://www.auto-brochures.com/makes/Hyundai/Sonata/Hyundai_US%20SonataHybrid_2015.pdf.

[46] *2012 Kia Sorento*, Kia (2012), https://www.auto-brochures.com/makes/Kia/Sorento/Kia_US%20Sorento_2012.pdf.





Driving force. Thanks to its unibody design, the new Sorento rewards you with an exceptionally smooth and quiet ride matched by precise handling on curvy roads. A 6-speed automatic transmission provides smooth, seamless shifting and its Sportmatic® design allows you to choose between automatic shifting and, for a sportier driving experience, clutch-free manual shifting. To suit your individual driving needs, Sorento is available with three technologically advanced engines: a standard 2.4L 4 cylinder, an available 2.4L Gasoline Direct Injection (GDI) 4 cylinder,* and an available 3.5L V6.

66.     On information and belief, Defendants' brochures for other Class Vehicles make similar claims about safety, durability, and/or the technological prowess of the defective engine.

## V.    CLASS ACTION ALLEGATIONS

**A.    Class Definitions.**

67.     Pursuant to Rules 23(a), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure, Plaintiff brings this action on behalf of himself, the Nationwide Class, and State Class, defined as:

> **Nationwide Class:** All persons or entities in the United States (including its territories and the District of Columbia) who purchased or leased a Class Vehicle.

68.     In addition to the Nationwide class, and pursuant to Fed. R. Civ. P. 23(c)(5), Plaintiff seeks to represent the following State Class as well as any subclasses or issue classes as Plaintiff may propose and/or the Court may designate at the time of class certification:

> **Washington State Class:** All persons or entities in the state of Washington who purchased or leased a Class Vehicle.

69.     Excluded from the Classes are individuals who have personal injury claims resulting from the conduct and defects alleged herein; Defendants and their subsidiaries, affiliates, and officers; all persons who timely elect to exclude themselves from the Classes; and the Judge to whom this case is assigned and his or her immediate family. Plaintiff reserves the right to revise the Class definitions based on information learned through discovery.

70.    Certification of Plaintiff's claims for class-wide treatment is appropriate because Plaintiff can prove the elements of his claims regarding liability and entitlement to damages on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claim. This action has been brought and may be properly maintained on behalf of the Nationwide Class and/or State Class proposed herein under Fed. R. Civ. P. 23.

71.    Plaintiffs reserve the right to modify the definition of the Nationwide and/or any State Class prior to class certification.

**B.    Class Certification Requirements.**

72.    **Numerosity: Rule 23(a)(1):** The members of the Class are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. Plaintiff is informed and believes, based on available information on the volume of sales and recalls of Class Vehicles, that there are tens of thousands of members in the Class (if not hundreds of thousands). The precise number of Class members may be ascertained from Defendants' records and vehicle registration records. Class members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. mail, electronic mail, Internet postings, social media, and published notice.

73.    **Commonality and Predominance: Rules 23(a)(2) and 23(b)(3):** This action involves significant common questions of law and fact, which predominate over any questions affecting individual Class members, including, but not limited to:

A.     Whether Defendants engaged in the conduct alleged herein;

B.     Whether Defendants designed, advertised, marketed, distributed, leased, sold, or otherwise placed Class Vehicles into the stream of commerce in the United States;

C.     Whether the Class Vehicles have the defect alleged herein, and whether the defect constitutes a safety-related defect;

D.     Whether Defendants knew that the Class Vehicles contained the defect as alleged herein;

E.     Whether a reasonable consumer would consider the defect alleged herein and its consequences material to the decision to purchase or lease a Class Vehicle;

F.     When Defendants discovered or knew of the existence of the defects alleged herein;

G.     Whether Plaintiff and the other Class members overpaid for their Class Vehicles as a result of the defects and Defendants' concealment thereof;

H.     Whether Defendants had a duty to disclose the true nature of the Class Vehicles to Plaintiff and Class members;

I.     Whether Plaintiff and Class members suffered out-of-pocket losses as a result of the defect alleged herein and whether Plaintiff and Class members will suffer out-of-pocket losses as a result of the proposed recalls;

J.      Whether Defendants omitted, concealed, and/or failed to disclose material facts about the Class Vehicles;

K.      Whether Defendants' concealment of the true nature of the Class Vehicles would have induced a reasonable consumer to act to his or her detriment by purchasing and/or leasing the Class Vehicles;

L.      Whether Plaintiffs and the other Class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief;

M.      Whether Plaintiff and the other Class members are entitled to damages and other monetary relief and, if so, in what amount; and

N.      Whether Defendants continue to unlawfully conceal and misrepresent whether additional vehicles, besides those reported in the press to date, are in fact Class Vehicles.

74.      **Typicality: Rule 23(a)(3):** Plaintiff's claims are typical of the claims of the Class members whom he seeks to represent under Fed. R. Civ. P. 23(a)(3), because Plaintiff and each Class member purchased a Class Vehicle and were similarly injured through Defendants' wrongful conduct as described above. Plaintiff and the other Class members suffered damages as a direct, proximate result of the same wrongful practices by Defendants. Plaintiff's claims arise from the same practices and courses of conduct that give rise to the claims of the other Class members. Plaintiff's claims are based upon the same legal theories as the claims of the other Class members.

75.    **Adequacy: Rule 23(a)(4):** Plaintiff will fairly and adequately represent and protect the interests of the Class members as required by Fed. R. Civ. P. 23(a)(4). Plaintiff has retained counsel competent and experienced in complex class action litigation, including vehicle defect litigation and other consumer protection litigation. Plaintiff intends to prosecute this action vigorously. Neither Plaintiff nor his counsel have interests that conflict with the interests of the other Class members. Therefore, the interests of the Class members will be fairly and adequately protected.

76.    **Declaratory and Injunctive Relief: Rule 23(b)(2):** Defendants have acted or refused to act on grounds generally applicable to Plaintiff and the other members of the Class, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to the Class as a whole.

77.    **Superiority: Rule 23(b)(3):** A class action is superior to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiff and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendants, so it would be impracticable for members of the Class to individually seek redress for Defendants' wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments and increases the delay and expense to all parties and the court system. By contrast, the

126

class action device presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## VI.    EQUITABLE TOLLING

**A.    Discovery Rule Justifies Tolling.**

78.    Plaintiff and Class members did not discover, and could not have discovered through the exercise of reasonable diligence, Defendants' deception concerning the safety-related defect alleged herein.

79.    Defendants' concealment is ongoing, as evidenced by their piecemeal recalls and product improvement campaigns, which do not specifically identify the defect or offer a fix.

80.    Plaintiff and Class members could not have discovered through the exercise of reasonable diligence that Defendants were concealing the defect.

81.    Unless a Class member experienced a catastrophic engine failure, Plaintiff and Class members would have no reason to discover the defect alleged herein, and even if they did experience such a failure, would have no reason to discover the existence of a widespread defect and effort to conceal it.

82.    Plaintiff and Class members therefore did not discover, and did not know of, facts that would have caused a reasonable person to suspect that Defendants had concealed information about defects in the Class Vehicles until shortly before this action was filed.

83.    For these reasons, all applicable statutes of limitation have been tolled by operation of the discovery rule with respect to claims as to the Class Vehicles.

**B.    Fraudulent Concealment Justifies Tolling.**

84.    All applicable statutes of limitation have also been tolled by Defendants' knowing, active and ongoing fraudulent concealment of the facts alleged herein.

85.    Defendants concealed the defects and failed to disclose or remedy them for years because the Defendants still haven't admitted the defect, but Defendants knew about the defect before the earliest Class Vehicles were sold, based on presale durability testing. That testing put up to 100,000 miles on vehicle engines, while many of the relevant NHTSA complaints included above-described symptomatic engine issues and failures well before 100,000 miles. Additionally, early NHTSA complaints and warranty claims revealed the defect as early as 2010. Defendants' concealment continues to date.

**C.    Estoppel Justifies Tolling.**

86.    Defendants were and are under a continuous duty to disclose to Plaintiff and Class members the true character, quality, and nature of the Class Vehicles, including the vehicles' safety-related defect as alleged herein, and the inevitable repairs, costs, time, and monetary damage resulting therefrom. Defendants actively concealed the true character, quality, and nature of the Class Vehicles and have not disclosed the full nature of the safety-related defect.

87.    Based on the foregoing, Defendants are estopped from relying on any statutes of limitations in defense of this action.

## VII.   CLAIMS FOR RELIEF

88.    California state law applies to the claims of the Nationwide Class because Defendants' United States operations are headquartered in California. Defendants HMA and KA distribute, market, warrant, and test all Hyundai and Kia vehicles, respectively, sold or leased in the United States, including the Class Vehicles. Although these actions take place and have effects wherever in the United States the vehicles are sold, leased, registered, and operated, Defendants' operations for distributing, engineering and testing, marketing, warrantying, and supervising service of the Class Vehicles are located in California, and on information and belief, many of the decisions concerning Defendants' unfair, deceptive, and unlawful conduct emanated from those California headquarters.

### COUNT I
### FRAUD BY CONCEALMENT
### (Common Law)

89.    Plaintiff realleges and incorporates by reference all paragraphs as though fully set forth herein.

90.    Plaintiff brings this claim on behalf of himself and the Nationwide Class, or alternatively, the Washington State Class, against all Defendants.

91.    The Defendants intentionally concealed, suppressed, and failed to disclose the material fact that the Class Vehicles had a design and/or manufacturing defect that could damage various engine components and result in sudden and catastrophic engine stalling, failure, and fire. Defendants knew of the defect before any of the vehicles were sold due to (1) their involvement in the design, installation, calibration, manufacture,

durability testing, and warranty service of vehicles with the engines, (2) related recalls for similar issues in other vehicles, and (3) the hundreds of relevant NHTSA complaints filed related to Class Vehicles. And yet, at no time did any of these Defendants reveal the truth to Plaintiff or the Class. To the contrary, each Defendant concealed the truth, intending for Plaintiff and the Class to rely on their omissions. Each Plaintiff and Class member purchased or leased a Class Vehicle believing, in reliance on Defendants' statements and omissions, it to be safe and free from major engine defects.

92.    A reasonable consumer would not know the Theta II MPI engine contained a manufacturing and/or design defect that involved metal debris being present in the engine that could, through normal operation and driving, damage various engine components and adjacent systems and, eventually, result in engine stalls and/or fires. Plaintiff and the members of the Class did not know of the facts which were concealed from them by Defendants. Moreover, as ordinary consumers, Plaintiff and the members of the Class did not, and could not, unravel the deception on their own.

93.    Defendants had a duty to disclose the defect. Defendants had such a duty because the true facts were known and/or accessible only to them and because they knew these facts were not known to or reasonably discoverable by Plaintiff or the members of the Class unless and until the defect manifested in their personal vehicle. Additionally, the defect is safety related because it can damage various engine components and lead to engine stalls, at speed, and fires. As alleged herein, Defendants denied and concealed the

defect in the face of consumer complaints. Plaintiff and Class members did not, and could not, unravel Defendants' deception on their own.

94.     Defendants also had a duty to disclose the true nature of these vehicles as a result of their knowledge of the defect and issuance of prior and related recalls. By issuing recalls of certain vehicles and representing that these represented the full population of affected vehicles, Defendants led consumers and even safety regulators to believe, at least for a time, that they were remedying the engine problems. In fact, these recalls—in addition to being unsuccessful—failed to include hundreds of thousands of additional vehicles that suffered from similar major defects. For those vehicles for which Defendants have now announced recalls, those recalls do not go nearly far enough to remedy the problems or compensate consumers.

95.     Had Defendants not concealed the material facts of the safety-related defect, Plaintiff and the Class would not have purchased the Class Vehicles or would have paid less for them. Class Vehicles have also diminished in value as a result of Defendants' fraud and the growing public awareness of the incidence of stalling and fires in Class Vehicles. Accordingly, Defendants are liable to Plaintiff and the members of the Class for damages in an amount to be proven at trial.

96.     Defendants' acts were committed wantonly, maliciously, oppressively, deliberately, with intent to defraud; in reckless disregard of the rights and safety of Plaintiff and the Class; and to enrich themselves. Their misconduct warrants an

assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount shall be determined according to proof at trial.

97.    Plaintiff pleads this count pursuant to the laws of California, where Defendants' United States operations are headquartered, on behalf of all members of the Class. As necessary, and in the alternative, Plaintiff may allege a state subclass, based on the residence at pertinent times of Plaintiff, to allege fraudulent concealment under the law of Washington.

## COUNT II
## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### Cal. Bus. & Prof. Code § 17200, *et seq.*

98.    Plaintiff realleges and incorporates by reference all paragraphs as though fully set forth herein.

99.    Plaintiff brings this action on behalf of himself and the Nationwide Class against all Defendants.

100.   California Business and Professions Code § 17200 prohibits any "unlawful, unfair, or fraudulent business act or practice."

101.   Defendants have engaged in unlawful, fraudulent, and unfair business acts and practices in violation of the California Unfair competition Law by knowingly and intentionally concealing the serious safety-related defect in the Class Vehicles from Plaintiff and Class members, as well as the risks of serious harm and monetary damage stemming therefrom. This information was material to Plaintiff and Class members, just as it would have been to any reasonable consumer who purchased a vehicle that he or she

believed was fit to drive and not at risk that it may suddenly stall at speed and ignite in flame.

102.   Defendants were in a superior position to know the true nature of the Class Vehicles and Plaintiff and Class members could not discover the true facts about the defects through ordinary and reasonable diligence. Defendants also had a duty to disclose the defect because it constitutes a safety issue for drivers of Class Vehicles.

103.   Even though Defendants knew of the engine before any of the Class Vehicles were sold, they continued to produce and market Class Vehicles for sale. Plaintiff and Class members purchased or leased their Vehicles after Defendants had notice of the defects.

104.   Defendants' failure to disclose these facts violated the UCL, breached these duties to disclose, and injured Plaintiff and Class members. Plaintiff and Class members could not reasonably have avoided these injuries.

105.   These acts were likely to deceive the public, and did in fact deceive Plaintiff, about material information.

106.   Plaintiff requests that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices and to restore to Plaintiff and members of the Class any money Defendants acquired by unfair competition, including restitution and/or restitutionary disgorgement, as provided in California Business and Professions Code §§ 17203 and 3345; and for such other relief set forth below.

## COUNT III
## VIOLATIONS OF THE CALIFORNIA FALSE ADVERTISING LAW
### Cal. Bus. & Prof. Code § 17500, *et seq.*

107.  Plaintiff realleges and incorporates by reference all paragraphs as though fully set forth herein.

108.  Plaintiff brings this action on behalf of himself and the Nationwide Class against all Defendants.

109.  California Business & Professions Code § 17500 provides that "[i]t is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading[.]"

110.  Defendants caused to be made and/or disseminated untrue or misleading statements throughout California and the United States, which were known or should have been known to Defendants to be untrue and misleading to consumers, including Plaintiff and Class members, such as Defendants' claims about their rigorous testing and that "[t]here's one thing missing from every Hyundai. Worry."[47]

---

[47] *Why Hyundai*, Hyundai (Jan. 16, 2013), https://www.hyundaiusa.com/new-thinking/quality.aspx

111.   This conduct occurred in the course of Defendants' businesses and is part of a continuing pattern or generalized course of conduct in California and throughout the United States, including Washington State.

112.   Defendants' conduct violated the California False Advertising law because their misleading omissions concerning the safety and functionality of Class Vehicles were material and likely to deceive a reasonable consumer.

113.   Plaintiff and the other Class Members have suffered an injury in fact, including the loss of money or property, as a result of Defendants' unfair, unlawful, and/or deceptive practices. In purchasing or leasing Class Vehicles, Plaintiff and Class members relied on Defendants' misrepresentations and/or omissions concerning the safety and reliability of the Class Vehicles. These representations were untrue because the Class Vehicles contained a serious safety-related defect that could result in damage to various engine components, catastrophic engine failure, engine stalls, and fires. Had Defendants disclosed this, or had Plaintiff and Class members known this, Plaintiff and Class members would not have purchased or leased Class Vehicles at all or would have paid significantly less for them. Plaintiff and other Class members overpaid at the time of purchase for vehicles that were not what they bargained for and did not receive and still have not received the benefit of their bargain because, due to their safety-related defect, their vehicles were not fit to drive.

[https://web.archive.org/web/20130116092630/https://www.hyundaiusa.com/new-thinking/quality.aspx].

114.   Even though Defendants knew of the engine defect before they sold any Class Vehicles, they continued to produce and market Class Vehicles for sale. Plaintiff and Class members purchased or leased their Vehicles after Defendants had notice of the defect.

115.   Plaintiff requests that this Court enter such orders or judgments as may be necessary to enjoin Defendants from continuing their unfair, unlawful, and/or deceptive practices and to restore to Plaintiff and Class members any money Defendants acquired by these practices, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

## COUNT IV
## VIOLATIONS OF THE CALIFORNIA CONSUMER LEGAL REMEDIES ACT
## Cal. Civ. Code § 1750, *et seq.*

116.   Plaintiff incorporates by reference each preceding paragraph as though fully set forth herein.

117.   Plaintiff brings this action on behalf of himself and the Nationwide Class against all Defendants.

118.   Defendants are "person[s]" under Cal. Civ. Code § 1761(c).

119.   Plaintiff and Class members are "consumer[s]," as defined by Cal. Civ. Code § 1761(d), who purchased or leased one or more Class Vehicles.

120.   The California Legal Remedies Act ("CLRA") prohibits "unfair or deceptive acts or practices undertaken by any person in a transaction intended to result or that results in the sale or lease of goods or services to any consumer[.]" Cal. Civ. Code §

1770(a). Defendants have engaged in unfair or deceptive acts or practices that violated Cal. Civ. Code § 1750, *et seq.*, as described above and below by, at a minimum, representing that Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that Class Vehicles are of a particular standard, quality, and grade when they are not; advertising Class Vehicles with the intent not to sell or lease them as advertised; and representing that the subject of a transaction involving Class Vehicles has been supplied in accordance with a previous representation when it has not.

121.   In the course of their business, Defendants intentionally or negligently concealed and suppressed material facts concerning the serious and dangerous engine defect affecting the Class Vehicles. The Defendants concealed the truth about the defect and failed to make any adequate effort to remedy it despite the fact that they knew about it for years.

122.   Even though Defendants knew of the engine defect before any of the Class Vehicles were sold, they continued to produce and market Class Vehicles for sale. Plaintiff and Class members purchased or leased their Vehicles after Defendants had notice of the defects.

123.   Plaintiff and Class members had no way of discerning that Defendants had falsely and deceptively concealed the latent defect unless and until the defect manifested by causing catastrophic and sudden engine failures, stalls, or fires. Plaintiff and Class members could not unravel this deception on their own.

137

124.    Defendants' actions constitute a violation of the CLRA. Defendants knew the true nature of these vehicles as a result of pre-sale durability testing, complaints and warranty claims by consumers to Defendants directly as well as to NHTSA, and their previous recalls of the same or related engines for similar defects.

125.    Defendants owed Plaintiff a duty to disclose the defect and its resulting safety risks because Defendants:

A.    Possessed exclusive knowledge that they were manufacturing, selling, and distributing vehicles throughout the United States with a dangerous defect;

B.    Intentionally concealed the foregoing from regulators, Plaintiff, and Class members; and/or

C.    Made incomplete representations, via earlier recalls, concerning the safety and presence of a defect in the Class Vehicles, while actually purposefully withholding material facts from Plaintiff and Class members that contradicted these representations.

126.    Defendants' unfair and deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiff, about the true safety, roadworthiness, and value of the Class Vehicles.

127.    Plaintiff and Class members have suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' concealment of and failure to disclose material information. Plaintiff and Class members who purchased or leased Class Vehicles would not have done so at all, or would have paid significantly less for

them, if their true nature was disclosed by Defendants and/or known by Plaintiff and Class members.

128.  Meanwhile, Defendants had an ongoing duty to all of their customers to refrain from unfair and deceptive practices under the CLRA. All owners of Class Vehicles suffered ascertainable loss as a result of Defendants' deceptive and unfair acts and practices made in the course of Defendants' business.

129.  Defendants' violations present a continuing risk to Plaintiff as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

130.  Plaintiff seeks an order enjoining Defendants' unfair or deceptive acts or practices, costs of court, and attorneys' fees under Cal. Civ. Code § 1780(e), and any other just and proper relief available under the CLRA.[48]

## COUNT VI
## VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT
### Wash. Rev. Code § 19.86.010, *et seq.*

131.  Plaintiff incorporates by reference each preceding paragraph as though fully set forth herein.

132.  Plaintiff brings this action on behalf of himself and the Washington State Class.

---

[48] Additionally, Plaintiff notified Defendants of their CLRA violation, under California Civil Code § 1782(a), and intends to amend the complaint to add a request for damages under the CLRA once the notice period has passed.

133.    Defendants and Plaintiff and members of the Washington State Class are "person[s]" within the meaning of Wash. Rev. Code § 19.86.010(2).

134.    Defendants are engaged in "trade" or "commerce" within the meaning of Wash. Rev. Code § 19.86.010(2).

135.    The Washington Consumer Protection Act ("Washington CPA") makes unlawful "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce[.]" Wash. Rev. Code § 19.86.020.

136.    In the course of their business, Defendants intentionally or negligently concealed and suppressed material facts concerning the serious and dangerous engine defect affecting the Class Vehicles. The Defendants concealed the truth about the defect and failed to make any effort to remedy it despite the fact that they knew about it for years.

137.    Plaintiff and Class members had no way of discerning that Defendants had falsely and deceptively concealed the latent defect unless and until the defect manifested by causing catastrophic and sudden engine failures, stalls, or fires. Plaintiff and Class members could not unravel this deception on their own.

138.    Even though Defendants knew of the engine defects before any Class Vehicles were sold, they continued to produce and market Class Vehicles for sale. Plaintiff purchased his vehicle after that date, at which time Defendants were on notice of the defects.

139.    Defendants' actions constitute a violation of the Washington CPA. Defendants knew the true nature of these vehicles as a result of pre-sale durability testing, complaints and warranty claims by consumers to Defendants directly as well as to NHTSA, and previous recalls related to these or similar engines for similar defects.

140.    Defendants owed Plaintiff a duty to disclose the defect and its resulting safety risks because Defendants:

A.    Possessed exclusive knowledge that they were manufacturing, selling, and distributing vehicles throughout the United States with a dangerous safety-related defect;

B.    Intentionally concealed the foregoing from regulators, Plaintiff, and Class members; and/or

C.    Made incomplete representations, via recalls of Class Vehicles or related vehicles for similar defects, concerning the safety and presence of a defect in the Class Vehicles, while purposefully withholding material facts from Plaintiff and Class Members that contradicted those representations.

141.    Defendants' unfair and deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiff, about the true safety, roadworthiness, and value of the Class Vehicles.

142.    Plaintiff and Class members have suffered ascertainable loss and actual damages as a direct and proximate result of Defendants' concealment of and failure to disclose material information. Plaintiff and Class members who purchased or leased

141

Class Vehicles would not have done so at all, or would have paid significantly less for them if their true nature was known.

143.    Meanwhile, Defendants had an ongoing duty to all their customers to refrain from unfair and deceptive practices under the Washington CPA in the course of their business.

144.    Defendants' violations present a continuing risk to Plaintiff as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

145.    Pursuant to Wash. Rev. Code § 19.86.090, Plaintiff and the Washington Class seek an order enjoining Defendants' unfair and/or deceptive acts or practices, damages, punitive damages, and attorneys' fees, costs, and any other just and proper relief available under the Washington CPA. Because Defendants' actions were willful and knowing, Plaintiff's damages should be trebled. *Id.*

## VIII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the members of the Nationwide Class and Washington State Class, respectfully request that the Court grant certification of the proposed Nationwide Class and Washington State Class, including the appointment of Plaintiff as a named representative thereof, the appointment of the undersigned as Class Counsel, and the designation of any appropriate issue classes and/or subclasses, under the applicable provisions of Fed. R. Civ. P. 23, and that the Court enter judgment in their favor and against Defendants, as follows:

A.      Declaration that any applicable statutes of limitations are tolled due to the fraudulent concealment alleged in this Complaint, and that Defendants are estopped from relying on any statutes of limitation in defense;

B.      An order enjoining Defendants from continuing the unlawful, unfair, and fraudulent business practices alleged herein;

C.      Appropriate injunctive and equitable relief requiring Defendants to buy back all Class Vehicles and/or replace the defective engines with non-defective engines, and to fully reimburse and make whole all Class members for all costs and economic losses associated therewith;

D.      A determination that Defendants are financially responsible for all Class notice and administration of Class relief, including but not limited to accurate consumer-facing information about the defects at issue;

E.      An order requiring Defendants to pay both pre- and post-judgment interest on any amounts awarded;

F.      An award of costs and attorneys' fees;

G.      Leave to amend this Complaint to conform to the evidence produced in discovery and at trial; and

H.      Such other or further relief as the Court may deem appropriate, just, and equitable.

## IX.    DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for all claims so triable.

1   DATED this 15th day of June, 2021.

KELLER ROHRBACK L.L.P.

By *s/ Matthew J. Preusch*
Matthew J. Preusch (CSB No. 298144)
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
mpreusch@kellerrohrback.com

Lynn Lincoln Sarko *(pro hac vice forthcoming)*
Gretchen Freeman Cappio *(pro hac vice forthcoming)*
Ryan McDevitt *(pro hac vice forthcoming)*
Maxwell Goins *(pro hac vice forthcoming)*
Adele Daniel *(pro hac vice forthcoming)*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
mgoins@kellerrohrback.com
adaniel@kellerrohrback.com

Benjamin L. Bailey *(pro hac vice forthcoming)*
Jonathan D. Boggs *(pro hac vice forthcoming)*
**BAILEY GLASSER LLP**
209 Capitol Street Charleston, WV 25301
Tel. (304) 345-6555
Fax (304) 342-1110
bbailey@baileyglasser.com
jboggs@baileyglasser.com

W. Daniel "Dee" Miles, III *(pro hac vice forthcoming)*
H. Clay Barnett, III *(pro hac vice forthcoming)*

145

1

J. Mitch Williams *(pro hac vice forthcoming)*
**BEASLEY, ALLEN, CROW,**

2

**METHVIN, PORTIS & MILES, P.C.**
272 Commerce Street

3

Montgomery, Alabama 36104
Tel. (334) 269-2343

4

Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com

5

Mitch.Williams@Beasleyallen.com

6

*Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21