JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FLAHERTY, JOANNA CABALLERO, JAMES CARPENTER, MICA COLEMAN, DANNY DICKERSON, ROBERT FOCKLER, AMY FRANKLIN, DONALD HOUSE, RODNEY HUFF, DAVE LOOMIS, JOSEPH MCCALLISTER, ARRON MILLER, RICKY MONTOYA, SHARON MOON, LYNN NORTH, MARK RICE, REID SCHMITT, JAMES SMITH, CHRIS STACKHOUSE, and STANTON VIGNES, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,<br><br>               Defendants. | No. 8:18-cv-02223 JLS (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD AND SETTLEMENT COUNSEL** |

|    |    |    |
|----|----|----|
| 1  | KESHA FRANKLIN MARBURY, CHRISTINA ROOS, JAMES H. PALMER, JOHN H. CARO, ASHLEY GAGAS, and JAMES J. MARTINO, on behalf of themselves and all others similarly situated, | No. 8:21-cv-00379 JLS (JDEx) |
| 2  | | |
| 3  | | |
| 4  | | |
| 5  | Plaintiffs, | |
| 6  | v. | |
| 7  | HYUNDAI MOTOR AMERICA, HYUNDAI MOTOR COMPANY, KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION, | |
| 8  | | |
| 9  | | |
| 10 | Defendants. | |
| 11 | NICOLE THORNHILL, JANET O'BRIEN, and DAVID SHAPIRO, individually and on behalf of all others similarly situated, | No. 8:21-cv-00481 JLS (JDEx) |
| 12 | | |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC., | |
| 17 | | |
| 18 | Defendants. | |
| 19 | ROBERT BUETTNER on behalf of himself and all others similarly situated, | No. 8:21-cv-01057- JLS-JDE |
| 20 | | JS-6 |
| 21 | Plaintiff, | |
| 22 | v. | |
| 23 | | |
| 24 | HYUNDAI MOTOR AMERICA, INC., HYUNDAI MOTOR COMPANY, KIA AMERICA, INC., AND KIA CORPORATION, | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

**ORDER**

Having read and considered the Joint Stipulation to Consolidate Cases and Appoint Interim Co-Lead and Settlement Counsel, and good cause appearing, IT IS HEREBY ORDERED:

1. Under Rule 42(a) of the Federal Rules of Civil Procedure, *Flaherty, et al. v. Hyundai Motor Co., et al.*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.) ("*Flaherty*"), *Marbury, et al. v. Hyundai Motor Am., Inc., et al.*, No. 8:21-cv-00379-JLS-JDE (C.D. Cal.) ("*Marbury*"), *Thornhill, et al. v. Hyundai Motor Co., et al.*, No. 8:21-cv-00481-JLS-JDE (C.D. Cal.) ("*Thornhill*"), and *Buettner v. Hyundai Motor Am., Inc., et al.*, No. 8:21-cv-01057-JLS-JDE (C.D. Cal.) ("*Buettner*") are consolidated for all purposes because they share numerous common questions of law or fact (e.g., involve same Defendants, challenge the same general course of conduct by Defendants, allege the same defect in Defendants' vehicles, and seek similar relief for the putative Class).

2. The master docket and master file for the consolidated actions shall be No. 8:18-cv-02223 and the consolidated action shall bear the caption *In re: Hyundai and Kia Engine Litigation II*.

3. *Marbury*, *Thornhill*, and *Buettner* are administratively closed.

4. Under Rule 23(g) of the Federal Rules of Civil Procedure, Steve W. Berman of Hagens Berman and Matthew D. Schelkopf of Sauder Schelkopf are appointed Interim co-Lead Counsel for the putative class.

5. Under Rule 23(g) of the Federal Rules of Civil Procedure, Gretchen Freeman Cappio of Keller Rohrback L.L.P. is appointed Settlement Counsel for the putative class, with the primary role to collaborate with Interim co-Lead Counsel to negotiate, effectuate, and carry out any settlement for the putative class.

6. Defendants do not oppose the outlined leadership structure for purposes of ongoing, global settlement negotiations.

7. Interim co-Lead Counsel and Settlement Counsel will work cooperatively and diligently in good faith to further settlement efforts on behalf of and in the best interests of the putative class, with the shared goal of fair, efficient, and global resolution of the class claims.

8. Interim co-Lead Counsel and Settlement Counsel will all participate in settlement negotiations and confirmatory discovery. Interim co-Lead Counsel will be primarily responsible for the confirmatory discovery and court submissions related to any settlement, but will fairly assign work to Settlement Counsel.

9. If the parties reach a settlement, Interim co-Lead Counsel and Settlement Counsel will submit a joint fee petition aggregating their fees in moving for final approval.

10. The *Buettner* Plaintiffs withdraw their motion to appoint Gretchen Freeman Cappio of Keller Rohrback as Interim co-Lead Counsel. If the parties do not reach a settlement in the near term, the *Buettner* Plaintiffs may renew their motion and the *Flaherty*, *Marbury*, and *Thornhill* Plaintiffs do not oppose such motion or appointment.

DATED: September 08, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE